**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 02-1500C<br>(Judge George W. Miller) |

**PLAINTIFF JACOBS ENGINEERING GROUP INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jacobs Engineering Group Inc. ("Jacobs"), through its undersigned counsel, files this Motion for Summary Judgment pursuant to Rule 56(a) of the Rules of the United States Court of Federal Claims. The Plaintiff moves this Court for Summary Judgment under Jacob's Complaint.

As set forth in the pleadings, Jacobs' Proposed Findings of Uncontroverted Fact and its Memorandum of Law, which accompany this Motion, there are no material facts in dispute with respect to amounts due Jacobs for the performance of work under a research and development contract with the United States Department of Energy. Thus, Jacobs seeks a ruling and order from this Court establishing a judgment against the Defendant in the amount of $1,485,421.19 plus interest in accordance with the Contract Disputes Act, 41 U.S.C. § 601-613 and grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150
Counsel of Record for Plaintiff
JACOBS ENGINEERING GROUP INC.

July 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 14th day of July 2006, via electronic and first-class mail, postage prepaid, to the following:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Fax: (202) 514-7969

Robert J. Symon