# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | (Judge George W. Miller) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

THIS MATTER CAME BEFORE THE COURT upon Plaintiff Jacobs Engineering Group Inc.'s Motion for Summary Judgment in the above captioned case.

UPON CONSDIERATION of the merits of said motion and any opposition thereto, it is hereby

ADJUDGED, ORDERED AND DECREED that Plaintiff Jacobs Engineering Group Inc.'s Motion for Summary Judgment is GRANTED; and

IT IS FURTHER ORDERED that judgment be entered in favor of Jacobs, and against the United States in the amount of $1,485,421.19, plus interest in accordance with the Contract Disputes Act to fully reimburse Plaintiff for all costs incurred under Contract No. DE-AC21-92MC-28202.

IT IS SO ORDERED.

ENTERED THIS ___ day of____________, 2006.

________________________________

The Honorable George W. Miller

Copies to:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Fax: (202) 514-7969

Robert J. Symon, Esq.
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
Fax: (202) 719-8394