# APPENDIX

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING

PAGE 1 OF 37 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO. AC21-92MC28202

3. EFFECTIVE DATE: See Block 20C

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 21-92MC28202.000

5. ISSUED BY CODE

U. S. Department of Energy
Morgantown Energy Technology Center
3610 Collins Ferry Road
P. O. Box 880, ATTN: Laura Brandt
Morgantown, WV 26507-0880

6. ADMINISTERED BY (If other than Item 5) CODE

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

CRS Sirrine Engineers, Inc.
1041 East Butler Road
P. O. Box 5456
Greenville, SC 29606-5456

8. DELIVERY

☐ FOB ORIGIN ☒ OTHER (See Belo

9. DISCOUNT FOR PROMPT PAYMENT

N/A

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN ▶ ITEM G.003a

CODE FACILITY CODE

11. SHIP TO/MARK FOR CODE

Reference Article D.002

12. PAYMENT WILL BE MADE BY CODE

U. S. Department of Energy
Morgantown Energy Technology Center
P. O. Box 880, Accounts Payable
Morgantown, WV 26507-0880

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION

☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

89X0213.91 MEZ3.91 81/250 ME
Obligate: $5,426,727
See B&R's Below

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1 | Research Entitled "Gasification Product Improvement Facility" | 1 | Job | | 28,750,374 |
| | | | | Govt. Share | 23,000,299 |
| | | | | Contr. Share | 5,750,075 |
| | AA0510000 (YX) $3,223,000 | | | | |
| | AA0515000 (VJ) $ 54,727 | | | | |
| | AA8580000 (VQ) $2,149,000 | | | | |

15G. TOTAL AMOUNT OF CONTRACT ▶ $ 28,750,374

16. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 26 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | 4 | X | J | LIST OF ATTACHMENTS | 37 |
| | D | PACKAGING AND MARKING | 5 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 6 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | 7 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 8 | | L | INSTRS. CONDS. AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | 11 | | M | EVALUATION FACTORS FOR AWARD | |



CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or Print)

Jerry C. Calloway
Sr. Vice President, Power Division

20A. NAME OF CONTRACTING OFFICER

Louie L. Calaway, Director
Acquistion and Assistance Division

JApp 00001

19B. NAME OF CONTRACTOR

CRS Sirrine Engineers, Inc.

BY [signature]
(Signature of person authorized to sign)

19C. DATE SIGNED

30 Sept 1992

20B. UNITED STATES OF AMERICA

BY [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED

9/30/92

STANDARD FORM 26 (REV. 4-85)

Bill Craig

# CONTRACT/MODIFICATION TRANSMITTAL AND ACKNOWLEDGEMENT

## U.S. DEPARTMENT OF ENERGY

| MORGANTOWN ENERGY TECHNOLOGY CENTER<br>P.O. BOX 880<br>3610 COLLINS FERRY ROAD<br>MORGANTOWN, WEST VIRGINIA 26507-0880 | CONTRACT NO. DE-AC21-92MC 28202<br>MODIFICATION NO. (If applicable) A000 |
|---|---|

[X] Transmitted herewith are 3 copies of the above-referenced document for your execution. Please sign and return the following:

1. 2 copies of the attached document.
2. One copy of this transmittal slip.

Please do not alter the document in any manner. Upon execution by the Government, a fully executed copy will be returned for your files. YOUR EXPEDITIOUS ACTION IS REQUESTED. DELAY MAY RESULT IN REALLOCATION OF FUNDS RESERVED FOR THIS ACTION.

[ ] Attached is a fully executed copy of the above-referenced document. Please complete this transmittal slip to acknowledge receipt of the attached document and return a copy only of this transmittal slip to the undersigned.

pc

| SIGNATURE | PHONE NO. | MAIL STOP | COTR |
|---|---|---|---|
| Laura E. Brandt LAURA BRANDT | (304)291-4079 | I07 | R. JOHNSON |

**ACKNOWLEDGEMENT RECEIPT** *(To be completed by Contractor)*

| COMPANY ADMINISTRATOR (Name) | TELEPHONE NO. & EXTENSION |
|---|---|
| TLE | |
| (Signature) | DATE |

F87-384-A R3

PART I — SECTION B

SUPPLIES OR SERVICES AND PRICES/COSTS

B.003 ITEMS BEING ACQUIRED (APR 1986)

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of the following items of work:

Item 1 — Research entitled "Gasification Product Improvement Facility (GPIF)," in accordance with the Statement of Work, Part III, Section J, Attachment A.

Item 2 — Reports in accordance with reporting requirements described in Part III, Section J, Attachment B and the clause in Section H entitled "Preparation and Submission of Reports and Other Documents for DOE Review."

B.007(S) COST-SHARING ARRANGEMENT (APR 1984)

A. Estimated Cost. The total estimated cost for the work to be accomplished under this contract is $28,750,374. (See the clause entitled "Cost-Sharing Contract — No Fee" or "Cost-Sharing Contract — No Fee — Alternate I").

B. Cost Sharing. The Contractor and the Government agree to share the cost of the effort for Phase I and Phase II as follows:

| | Government (80%) | Contractor (20%) | Total (100%) |
|---|---|---|---|
| Phase I | $19,850,784 | $4,962,696 | $24,813,480 |
| Phase II | 3,149,515 | 787,379 | 3,936,894 |
| Total | $23,000,299 | $5,750,075* | $28,750,374 |

* Includes foregone fee in the amount of $1,181,594 for Phase I and $169,531 for Phase II.

C. Cost Sharing — Overruns. If the Contracting Officer approves a cost overrun under this contract, the Contractor agrees that its share of the overrun cost will be at the following percentage share:

20%

D. Cost Sharing — Changes. In the event that there is a change in the contract in accordance with Contract Clause No. 61, FAR 52-243-2, "Changes (Cost Reimbursement) Alternates I and V", the parties will negotiate an appropriate cost-sharing ratio for the work.

B.008c LIMITATION OF FUNDS — COST SHARING (APR 1984)

Pursuant to the clause entitled "Limitation of Funds," $5,426,727 is obligated and made available for payment of the Government's share of allowable costs to be incurred from the effective date of this contract through the period estimated to end June 30, 1993.

## PART I — SECTION C

## DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

C.001 STATEMENT OF WORK (APR 1984)

The Statement of Work is located in Part III — Section J, Attachment A to this contract.

C.002 REPORTS (APR 1986)

Reports shall be prepared and submitted in accordance with the reporting requirements described in Part III — Section J, Attachment B, and the clause in Section H entitled "Preparation and Submission of Reports and Other Documents for DOE Review."

## PART I — SECTION D

## PACKAGING AND MARKING

D.001 PACKAGING (APR 1984)

A. Preservation, packaging, and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s).

B. Except for those reports required by the Reporting Requirements Checklist of the contract, which are coded by A (As required) or X (With proposal) where the urgency of receipt of the report by the Government necessitates the use of the most expeditious method of delivery, reports deliverable under this contract shall be mailed by other than first-class mail, unless the urgency of the deliverable sufficiently justifies the use of first-class mail. The Contractor shall not utilize certified or registered mail or private parcel delivery service for the distribution of reports under this contract without the advance approval of the Contracting Officer except for those reports coded A or X.

D.002 MARKING (APR 1984)

A. Each package, report or other deliverable shall be accompanied by a letter or other document which:

1. Identifies the contract by number under which the item is being delivered.

2. Identifies the deliverable Item Number or Report Requirement which requires the delivered item(s).

3. Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

B. For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required in A. above shall be simultaneously provided to the office administering the contract, as identified in Section G of the contract, or if none, to the Contracting Officer.

## PART I — SECTION E

## INSPECTION AND ACCEPTANCE

E.001 INSPECTION (APR 1984)

Inspection of all items under this contract shall be accomplished by the DOE Contracting Officer's Representative (COR), or designee.

E.002 ACCEPTANCE (APR 1984)

Final acceptance of all work and effort under this contract (including "Reporting Requirements," if any) shall be accomplished by the Contracting Officer.

PART I — SECTION F

DELIVERIES OR PERFORMANCE

F.004b PERIOD OF PERFORMANCE (FEB 1985)

The period of performance for Phase I and Phase II of the project shall commence on the effective date of the contract and shall continue for forty-two (42) months thereafter unless sooner terminated by the parties in accordance with Article H.099(S), "Project Continuance" or by the Government in accordance with FAR 52.249-6, "Termination — Cost Reimbursement".

F.005 PRINCIPAL PLACE OF PERFORMANCE (APR 1984)

The principal place of performance shall be at the contractor's facility located in Greenville, South Carolina and the Fort Martin Power Station located near Morgantown, West Virginia.

PART I — SECTION G

CONTRACT ADMINISTRATION DATA

G.001 CORRESPONDENCE PROCEDURES (MAR 1986)

All correspondence submitted by the Contractor (except for invoices and reports) shall be subject to the following procedures:

A. Technical Correspondence

Technical correspondence concerning performance of this contract shall be addressed to the DOE Contracting Officer's Representative (COR), with an information copy of the correspondence to the DOE Contracting Officer (CO) and to the cognizant Government Contract Administration Office (if other than DOE) designated on the face page of this contract.

B. Patents/Technical Data Correspondence

Correspondence concerning patent or technical data issues shall be addressed to the Office of Patent Counsel, as designated in Clause G.002, with an information copy to the METC Patent Advisor, the CO, and the COR.

C. Non-technical Administrative Correspondence

1. If a Government Contract Administration Office is designated in Block 6 on the face page of this contract, all non-technical administrative correspondence shall be addressed to the CO at the Government Contract Administration Office so designated, with information copies of the correspondence to the DOE CO and the COR.

2. If no Government Contract Administration Office is designated in Block 6 on the face page of this contract, all non-technical administrative correspondence shall be addressed to the DOE CO with an information copy of the correspondence to the COR.

D. Subject Line(s)

All correspondence shall contain a subject line as illustrated below:

"SUBJECT: Contract No. (Insert the contract number from cover page Block 2) (Insert subject topic after contract number, e.g., "Request for subcontract placement consent")."

G.002 DESIGNATION OF PATENT COUNSEL (NOV 1991)

The Office of Patent Counsel, U.S. DOE, Oak Ridge Field Office, P.O. Box 2001, Oak Ridge, Tennessee, 37831-8751, is hereby designated to represent the Contracting Officer in administering the Patents and Technical Data clauses of this contract. Correspondence with respect to these clauses, as well as any general questions concerning these issues, should be directed to the Office of Patent Counsel, with information copies to the METC Patent Advisor, the CO and the COR.

G.003c SUBMISSION OF VOUCHERS/INVOICES (COST-SHARING CONTRACTS) (APR 1989)

A. Introduction

These instructions are provided for use by Contractors in the preparation and submission of vouchers requesting reimbursement for work performed under cost-sharing type contracts. Compliance with these instructions will reduce correspondence and other causes for delay to a minimum and will thus promote prompt payments to the Contractor.

B. Voucher Form

In requesting reimbursement, Contractors shall use Standard Form 1034 (Public Voucher for Purchases and Services Other Than Personal), supported by a Statement of Cost. An acceptable substitute (which provides the same necessary information) may be used provided the written consent of the Contracting Officer is first obtained.

C. Standard Form 1034 shall be completed in accordance with the following instructional notations:

1. Leave blank.

2. Enter voucher number (number consecutively, commencing with "1").

3. Enter date voucher prepared.

4. Enter contract number and date of contract award.

5. Enter Contractor's name, mailing address, and telephone number of officer responsible for submitting voucher.

6. If a task order or project agreement is involved in the billing, enter the number and date thereof, otherwise, leave blank.

7. Identify the period the billing covers (e.g., "January 1992" or "January-March 1992").

8. Enter the dollar amount of this billing. The amount claimed must agree with the "Government Share" amount reflected in the attached Statement of Cost.

9. Place an "X" in the appropriate block for the type of payment for which reimbursement is requested.

The Statement of Cost shall be completed, making due allowance for the Contractor's cost accounting system. Costs claimed shall be only those recorded costs authorized for billing by the payment provisions of the contract. Indirect costs shall be claimed at no more than those rates which have been approved for billing purposes by the Contracting Officer. Additional supporting data for claimed costs shall be provided in such form and reasonable detail as an authorized representative of the Contracting Officer may require. The Contractor's share shall be deducted from the total, and the remainder (Government share) shall be the amount billed for payment.

D. Submission

The Certification of the Statement of Cost attached to the original must be signed by a responsible official of the Contractor. Submit the original voucher and two copies (each supported by a copy of the Statement of Cost) to the following address:

U.S. Department of Energy
Morgantown Energy Technology Center
ATTN: Accounts Payable
P.O. Box 880
Morgantown, WV 26507-0880

Another copy of the voucher shall be sent concurrently to:

Defense Contract Audit Agency
Houston Branch Office
8876 Gulf Freeway, Suite 500
Houston, TX 77017-6544

E. Billing Period

Vouchers shall be submitted no more frequently than monthly (unless prior written consent of the Contracting Officer for more frequent billing is obtained). The period of performance covered by vouchers should be consistent with the requirements of the contract.

PART I — SECTION H

SPECIAL CONTRACT REQUIREMENTS

H.001 CONTINUOUS NUMBERING (MAY 1985)

Due to automated procedures employed in formulating this document, clauses contained within it may not always be continuously numbered.

H.002 TECHNICAL DIRECTION (APR 1984)

A. Performance of the work under this contract shall be subject to the technical direction of the DOE Contracting Officer's Representative (COR). The term "technical direction" is defined to include, without limitation:

1. Directions to the Contractor which redirect the contract effort, shift work emphasis between work areas or tasks, require pursuit of certain lines of inquiry, fill in details or otherwise serve to accomplish the contractual Statement of Work.

2. Provision of written information to the Contractor which assists in the interpretation of drawings, specifications or technical portions of the work description.

3. Review and, where required by the contract, approval of technical reports, drawings, specifications, and technical information to be delivered by the Contractor to the Government under the contract.

B. Technical direction must be within the scope of work stated in the contract. The COR does not have the authority to, and may not, issue any technical direction which:

1. Constitutes an assignment of additional work outside the Statement of Work;

2. Constitutes a change as defined in the contract clause entitled "Changes";

3. In any manner causes an increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

4. Changes any of the expressed terms, conditions, or specifications of the contract; or

5. Interferes with the Contractor's right to perform the terms and conditions of the contract.

C. All technical directions shall be issued in writing by the COR.

D. The Contractor shall proceed promptly with the performance of technical directions duly issued by the COR in the manner prescribed by this clause and within his authority under the provisions of this clause. If, in the opinion of the Contractor, any instruction or direction by the COR falls within one of the categories defined in B.1. through 5. above, the Contractor shall not proceed but shall notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall either:

1. Advise the Contractor in writing within thirty (30) days after receipt of the Contractor's letter that the technical direction is within the scope of the contract effort and does not constitute a change under the "Changes" clause of the contract; or

2. Advise the Contractor in writing within a reasonable time that the Government will or will not issue a written change order.

E. A failure of the Contractor and Contracting Officer to agree that the technical direction is within the scope of the contract, or a failure to agree upon the contract action to be taken with respect thereto shall be subject to the provisions of the clause entitled "Disputes — Alternate I."

<u>.ODIFICATION AUTHORITY (APR 1984)</u>

.otwithstanding any of the other clauses of this contract, the Con-.racting Officer shall be the only individual authorized to:

A. Accept nonconforming work,

B. Waive any requirement of this contract, or

C. Modify any term or condition of this contract.

H.004.(1)(S) <u>GOVERNMENT PROPERTY AND DATA (JUL 1985)</u>

A. <u>Contractor-Acquired Property -- Acquisition Authorization Requirements</u>

1. In the course of performance of this contract, the Contractor may only acquire and direct charge to this contract such facilities, equipment (including office equipment), furniture, fixtures, or other real or personal property items as have been specifically authorized by the Contracting Officer by inclusion of such items on the LIST OF GOVERNMENT PROPERTY — CONTRACTOR ACQUIRED, Part III — Section J, Attachment C to this contract.

2. Except as may otherwise be provided under this contract, the Contractor is not authorized to acquire as a direct charge item under the contract any facility, equipment (including office equipment), furniture, fixtures, or other real or personal property items having a unit acquisition cost of $10,000 or less. Exceptions to this rule will rarely be granted, but requests from the Contractor for such exceptions will be considered on a case-by-case basis. As in the case of other property acquisition requests, justification in support of the purchase of such items shall be provided as set forth in Paragraph 3. below.

3. The Contractor may request authorization for acquisition of additional direct charge items from the Contracting Officer. Any such request shall include the following, where applicable:

   a. Sufficient detail to justify and support the acquisition, including an itemized description and cost estimate;

   b. An analysis of the most economical method of acquisition (e.g., lease versus purchase); and

   c. A description of the material equity arising from any proposed lease arrangement, such as option credits.

4. Any changes in the acquisition authorization shall be reflected in a modification to this contract which amends the LIST OF GOVERNMENT PROPERTY — CONTRACTOR ACQUIRED.

5. Authorization to acquire does not constitute consent to the placement of a subcontract.

B. <u>Government-Furnished Property and Data</u>

The Government is not obligated to furnish any real or personal property or data under this contract. However, the Government will provide the contractor access to a participating utility generating site for the construction of the GPIF.

C. Reporting Requirements

1. The reports required in accordance with 48 CFR 945 shall be submitted on the forms provided by DOE in accordance with 48 CFR 945 and the forms' instructions.

2. The reports are to include all capital equipment and sensitive items acquired or furnished under this contract, whether or not listed on the attachments referenced above.

D. Final Disposition

Upon completion of the contract, title to all property acquired and/or furnished under the contract shall vest with the Government. The contractor agrees to waive its right for reimbursement of their allowable percentage of cost participation for property acquired under this contract. In return, the Government releases the Contractor from all expenses relating to final disposition of the property, including dismantling and decommissioning and relieves the contractor from all environmental liabilities resulting from the transfer of the property to the Government, except for those liabilities caused by willful misconduct or lack of good faith on the part of the Contractor's managerial personnel.

H.005 KEY PERSONNEL (APR 1986)

Notwithstanding the reference in the contract clause entitled "Key Personnel" to an attachment to this contract, the Contractor's key personnel are as follows:

| NAME | TITLE |
|---|---|
| William Craig | Project Manager |
| Richard Sadowski | Director, Advanced Technology |
| William Skinner | Senior Staff Engineer |

The clause entitled "Key Personnel" contains a requirement for notification to the Contracting Officer reasonably in advance of diverting of, or substitution for, any of these individuals. That period of time shall not be less than thirty (30) days.

H.006 SUBCONTRACTS (APR 1984)

Prior to the placement of subcontracts and in accordance with the clause, "Subcontracts (Cost-Reimbursement and Letter Contracts)," the Contractor shall insure that:

A. They contain all of the clauses of this contract (altered when necessary for proper identification of the contracting parties) which contain a requirement for such inclusion in applicable subcontracts;

B. Any applicable subcontractor Certificate of Current Cost or Pricing Data (see FAR 15.804-2) and subcontractor Representations and Certifications; and

C. Any required prior notice and description of the subcontract is given to the Contracting Officer and any required consent is received. Except as may be expressly set forth therein, any consent by the Contracting Officer to the placement of subcontracts shall not be construed to constitute approval of the subcontractor or any subcontract terms or conditions, determination of the allowability of any cost, revision of this contract or any of the respective obligations of the parties thereunder, or creation of any subcontractor privity of contract with the Government.

H.007 <u>SERVICES OF CONSULTANTS (APR 1986)</u>

A. In addition to the provisions of the clause of this contract entitled "Subcontracts (Cost-Reimbursement and Letter Contracts)," the Contractor shall obtain the Contracting Officer's written consent prior to reimbursing any of its employees as a "consultant" under this contract, or prior to awarding any subcontract for consulting services which will exceed ten (10) days in any calendar year or exceed a total value of $2,500. The Contractor shall obtain and furnish to the Contracting Officer information concerning the need for and selection of any subcontracts for consultant services and the reasonableness of the fees to be paid, including, but not limited to, whether fees to be paid to any consultant exceed the lowest fee charged by such consultant to others for performing consulting services of a similar nature.

H.012b <u>INDIRECT COSTS (APR 1984)</u>

A. Pending establishment of final indirect cost rates for any period, billing, and reimbursement of indirect costs shall be made on the basis of provisional rates approved by the Contracting Officer. The following rates are the Contracting Officer approved rates as of the date of this contract:

| Indirect Costs | Base of Application | Provisional Rate(s) Contractor's Fiscal Year[1] | | | | |
|---|---|---|---|---|---|---|
| | | FY93 | FY94 | FY95 | FY96 | FY97 |
| Engineers Div. | Direct Labor | 177% | 177% | 177% | 177% | 177% |
| Construction Services Div. | Direct Labor | 92% | 92% | 92% | 92% | 92% |

[1] Fiscal Year beginning July 1 and ending June 30.

B. If, during the period of performance the Contractor's provisional rates change, the Contractor shall notify the Contracting Officer in writing. The Contractor shall also submit this notification to the cognizant Government audit agency and the cognizant Government agency for administration if this contract has been delegated. After notification from the cognizant administration agency and/or audit agency, the Contracting Officer shall modify the contract incorporating the DOE-approved provisional rates for the current period.

C. If, during the period of performance of this contract, provisional rates have not been established for a particular fiscal year via a contract modification, then the Contractor shall continue to bill those rates most recently approved by the Contracting Officer, until such time as the contract is modified to reflect the most current approved rates.

H.013 GUARANTEED FINAL REPORT (APR 1984)

Notwithstanding the applicable cost principles of the Federal Acquisition Regulation (FAR) and the DOE Acquisition Regulation (DEAR) in effect on the date of this contract, and as authorized by Paragraph (a) of the clause of this contract entitled "Allowable Cost and Payment," the Contractor agrees to manage this contract in such a manner so as to guarantee to the Government the delivery of an acceptable Final Report. It is the Contractor's responsibility to ensure at all times that adequate funds remain to cover all allowable costs necessary for the preparation and delivery of the acceptable Final Report. All costs incurred by the Contractor during preparation and delivery of the acceptable Final Report that are in excess of the funds remaining in the contract shall be borne by the Contractor.

H.018 PAYMENT OF OVERTIME PREMIUMS (APR 1984)

A. Pursuant to Paragraph A. of the clause entitled "Payment for Overtime Premiums," the total cost of this contract contains overtime premium costs as listed below:

Overtime Premium: [NONE]

B. Any premium cost required in excess of the above amount shall require the prior written approval of the Contracting Officer.

H.024 RIGHTS TO PROPOSAL DATA (APR 1984)

Pursuant to the clause entitled "Rights to Proposal Data" the following is inserted therein:

".....pages 5 thru 9, 59, 64, 66 thru 75, and 82, of..... proposal dated October 21, 1991 and ... pages 12, 14, 16 thru 28, 29, 32, 33, 116 thru 121, 127 thru 131 of Volume II for ... proposal dated June 26, 1991"

H.025 PREPARATION AND SUBMISSION OF REPORTS AND OTHER DOCUMENTS FOR DOE REVIEW (MAR 1991)

A. Uniform Contractor Reporting

The Contractor shall prepare and submit (postage prepaid) the reports indicated on the "Reporting Requirements Checklist" attached to this contract (Part III, Section J, Attachment B) to the DOE Reports Receipt Coordinator. Detailed guidance for preparation of the specified reports is contained in DOE Order No. 1332.1A entitled "Uniform Reporting System," a copy of which will be provided by the DOE Contract Specialist upon request. The level of detail the Contractor must provide in the reports shall be commensurate with the scope and complexity of the work and the instructions included with the Checklist. The Contractor shall be responsible for levying appropriate reporting requirements on any subcontractors in such a manner as to ensure that data submitted is responsive to DOE requirements. If subcontractors are involved, the prime Contractor report submissions shall be structured to permit clear identification of the subcontractor's cost and manpower inputs.

B. Other Contract Reporting Requirements

Government property reports, if applicable, shall be prepared and submitted in accordance with the "Government Property" clause of this contract. If this contract contains a Small/Disadvantaged Business Subcontracting Plan, subcontracting reports shall be prepared and submitted in accordance with the Plan and the contract clause entitled "Small Business and Small Disadvantaged Business Subcontracting Plan."

C. DOE and Utility Review and Approval of Scientific and Technical Documents

Prior to submission for publication, announcement, or presentation, the contractor shall submit to DOE for review and approval prior to release all documents generated by the contractor, or any subcontractor, which communicate the results of scientific or technical work supported by DOE under this contract, whether or not such work is specifically identified in the contract. Such documents include, in addition to technical reports identified on the Reporting Requirements Checklist, other scientific and technical reports, journal articles, conference papers and proceedings, etc. All information which receives DOE approval shall be submitted by DOE to Monongahela Power Company (MPC) for review and approval prior to publication, announcement, or presentation.

All these documents require clearance by the METC Patent Advisor prior to publication, announcement, or presentation. The DOE Reports Receipt Coordinator is responsible for obtaining patent clearance for all applicable technical reports identified on the Reporting Requirements Checklist. However, journal articles, conference papers and proceedings, etc., usually must be cleared by the METC Patent Advisor in a relatively short period of time. Therefore, the Contractor shall make the following direct distribution of these documents upon authorization by the COR:

Furnish one copy each concurrently to the COR and to the METC Patent Advisor at the following addresses:

U.S. Department of Energy
Morgantown Energy Technology Center
ATTN: Contracting Officer's Representative (By Name)
P.O. Box 880
Morgantown, WV 26507-0880

U.S. Department of Energy
Morgantown Energy Technology Center
ATTN: Patent Advisor, Mail Stop A03
P.O. Box 880
Morgantown, WV 26507-0880

All documents submitted for patent clearance shall be accompanied by a properly completed METC Form 1332.1, "Request for Patent Clearance for Release of Contracted Research Documents."

All final copies of documents designated by the COR for publication shall be prepared in accordance with the article in Section J entitled "Guidelines for Preparation of Reproducible Master (Camera-Ready) Copy of Reports."