The contractor shall prepare a topical report describing the conceptual design of the innovative gasifier subsystem. This report shall include an overall plant operating summary, including plant emissions, utility consumption, feed flowrates and product flowrates. The report shall also include the process mass and energy balances, size of significant vessels, major operating parameters, process schematics, and host site interfaces. The contractor shall submit this topical report with a revised construction cost estimate to the DOE COR before proceeding to detailed construction design. The DOE COR will approve the conceptual design report or suggest changes within thirty (30) working days of receipt of the report.

Deliverable: Topical Report on the Conceptual Design

Task 5. Bench-Scale Technical Concept Studies.

If necessary, the contractor shall perform bench-scale technical studies required to clarify design issues and uncertainties surrounding the innovative gasifier concept. The contractor shall not perform bench-scale technical concept studies without prior approval by the DOE Contracting Officer. The studies are assumed to consist of empirical studies at small bench-scale facilities, as well as any paper or computer studies considered necessary. The contractor shall assess the risk to successful operation of the gasifier concept based on the results of the bench scale technical concept studies. The contractor shall prepare topical report(s) as necessary, which shall describe the bench scale technical concept studies and any results derived from them. The contractor shall submit topical report(s) to the DOE COR at the conclusion of the bench scale technical concept studies.

Deliverable: Topical Report on Bench-Scale Concept Studies

Task 6. Detailed Construction Design.

Upon approval of the conceptual design, the contractor shall prepare a detailed construction design of the GPIF infrastructure and gasifier subsystem, including all ancillary requirements and modify the work plan as necessary. Upon completion of this task, the contractor shall submit a topical report describing the construction design, which shall include, but not be limited to: 1) quality assurance plan; 2) piping and instrument drawings (P&ID's); 3) mass and energy balances including all streams; 4) structural analysis of supporting structure and major vessels; 5) identification of all long lead-time items listed by description, time requirements, estimated costs, and point in time which each item should be installed to meet the schedule; 6) a list of American Society of Mechanical Engineers (ASME) pressure coded vessels; 7) process schematics, and equipment specifications; and 8) reproducible drawings for the GPIF infrastructure and the gasifier subsystem, its ancillary equipment, and site specific details. The contractor shall describe any

changes from the Task 4 of Phase I Conceptual Design. The contractor shall submit this topical report to the DOE COR, who will approve or suggest changes within thirty (30) working days of receipt of the report.

Deliverable: Topical report on detailed construction design.

Task 7. Site Preparation/Construction.

The contractor shall perform all activities necessary to prepare the site for the GPIF and shall procure and fabricate all needed components, equipment and supplies, in accordance with Task 6 of Phase I. The contractor shall assemble and install the GPIF infrastructure and install the gasifier subsystem in accordance with the approved Task 2 work plan.

Task 8. Pre-Operational Test Plan.

The contractor shall submit a test plan which shall address the GPIF infrastructure, gasifier subsystem, and all ancillary Phase I components as individual components and as integrated subsystem. The test plan shall include, but not be limited to, the test objectives, the evaluation criteria, the specification of per-operational acceptance requirements, the test durations and sequences, the test conditions, the expected process variable ranges for each test sequence, brief descriptions of the startup, shutdown, and emergency procedure, and training of DOE personnel in the startup, operation and emergency procedures. A draft test plan shall be submitted to the DOE COR thirty (30) days prior to testing. The DOE COR will provide written approval or suggest changes within twenty (20) working days after receipt of the draft test plan. The contractor shall submit an approved test plan.

Deliverables: Test Plan

Task 9. Pre-Operational Testing.

The contractor shall perform all pre-operational testing and training in accordance with the approved pre-operational test plan. The contractor shall prepare a topical report describing pre-operational testing, the results of the testing, assessment of the results, and an operations manual for Phase I operation. In addition, the topical report shall include the as-constructed P&ID's. This report shall be shall be submitted to the DOE COR within 30 days of completion of testing. The DOE COR will approve or suggest changes within 20 working days of receipt of the report.

Deliverables: A Topical Report describing pre-operational testing and commissioning, and an operations manual.

THE CONTRACTOR SHALL INITIATE PHASE II ACTIVITY ONLY AFTER THEY HAVE RECEIVED WRITTEN AUTHORIZATION TO PROCEED TO PHASE II FROM THE DOE CONTRACTING OFFICER.

II PHASE II — DESIGN, FABRICATION, AND INSTALLATION OF THE HOT FUEL GAS CLEANUP SUBSYSTEM

Task 1. Work Plan.

The contractor shall prepare a detailed work plan for the performance of Phase II which shall include, but not be limited to: (1) any additional permitting; (2) preparation of a conceptual design; (3) any bench-scale technical concept studies needed to define the geometry, dimensions, and operability of the hot gas cleanup subsystem; (4) preparation of a detailed construction design, including all instruments, controls, and interfaces with existing equipment at the project site; (5) procurement of all necessary materials and supplies; (6) fabrication and installation of the hot gas cleanup subsystem; and (7) pre-operational testing including the preparation of an updated operations manual. The work plan shall also address the preparation of topical reports, project briefings and other presentations to the DOE COR. The contractor shall submit the work plan to the DOE COR for approval prior to beginning conceptual design activities. The DOE COR will approve or suggest changes within twenty (20) working days of receipt of the work plan.

Deliverable: Work Plan

Task 2. Permit Information.

The contractor shall identify any additional all permits required by Federal, state, regional, and local agencies necessary to complete Phase II of the project. These permits are anticipated to be in addition to those submitted under Phase I or modifications to those submitted in Phase I. The contractor shall provide information which shall include, but not be limited to, Phase II areas addressed by the host utility permits; a schedule showing calendar dates for submittal and anticipated approval for each required permit; a brief description of the information to be supplied and an explanation of why it is required; and the name of the agency which is requiring the information. The information shall be provided within six (6) months after the Contracting Officer's authorization to proceed with Phase II activities.

Deliverable: Permit Information Report

Task 3. Conceptual Design.

The contractor shall prepare a conceptual design of the hot gas cleanup subsystem, including interfaces with existing equipment at the project site, in accordance with the approved work plan prepared in Task 1 of Phase II. The hot gas cleanup subsystem shall be based on a metal oxide as the sulfur sorbent and shall be capable of treating the full dirty gas flow from the gasifier subsystem. The hot gas cleanup subsystem will be

based on a fluidized-bed process. The contractor shall prepare a topical report describing the conceptual design of the hot gas cleanup subsystem. The report shall include material and energy balances and other information necessary to communicate the conceptual design to the DOE. The contractor shall submit this topical report to the DOE COR before proceeding with detailed construction design activities. The DOE COR will approve or suggest changes within thirty (30) days of receipt of the report.

Deliverable: Topical Report on the Conceptual Design

Task 4. Bench-Scale Technical Concept Studies.

If necessary, the contractor shall perform bench-scale technical concept studies required to clarify design issues and uncertainties surrounding the hot gas cleanup concept. The contractor shall not perform bench-scale technical concept studies without prior approval by the DOE Contracting Officer. The studies are assumed to include empirical studies at the GPIF or smaller scale for any novel designs for the hot gas cleanup system as well as any paper or computer studies deemed necessary. The contractor shall assess the risk to successful operation of the hot gas cleanup concept based on the results of the bench-scale technical concept studies. The contractor shall prepare a topical report which shall describe the bench-scale technical concept studies and any results derived from them. The contractor shall submit this topical report to the DOE COR at the conclusion of the bench-scale technical concept studies.

Deliverable: Topical Report on Bench-Scale Technical Concept Studies

Task 5. Detailed Construction Design.

Upon approval of the conceptual design, the contractor shall prepare a detailed construction design of the full flow hot gas cleanup subsystem in accordance with the approved work plan. Upon completion of the construction design, the contractor shall prepare a topical report describing the construction design. The contractor shall submit this topical report to the DOE COR within thirty (30) days of completion of the detailed construction design. The DOE COR will approve or suggest changes within fifteen (15) working days of receipt of the report.

Deliverable: Topical report on detailed construction design.

Task 6. Construction.

The contractor shall procure all needed equipment and supplies in accordance with Task 5 of Phase II and fabricate all needed components, and assemble them into the full flow hot gas cleanup subsystem in accordance with the approved work plan prepared in Task 1 of Phase II.

Task 7. Pre-Operational Test Plan.

The contractor shall submit a test plan which shall address the full flow hot gas cleanup subsystem and all the ancillary Phase II components as individual components and as integrated systems. The test plan shall include, but not be limited to, the test objectives, the evaluation criteria, the specification of pre-operational acceptance requirements, the test durations and sequences, the test conditions, the expected process variable ranges for each test sequence, brief descriptions of the startup, shutdown, and emergency procedures, and training of DOE personnel in the startup, operation and emergency procedures. A draft test plan shall be submitted to the DOE COR thirty (30) days prior to testing. The DOE COR will provide written approval or suggest changes within twenty (20) working days after receipt of the draft test plan. The contractor shall submit an approved test plan.

Deliverables: Test Plan

Task ~~7~~ 8. Pre-Operational Testing.

The contractor shall perform the pre-operational testing and training in accordance with the approved Phase II pre-operational test plan. The contractor shall prepare a topical report describing preoperational testing, the results of the testing, assessment of results and shall include the operations manual of the hot gas cleanup subsystem and any updates to the Task 9, Phase I operations manual. In addition, the topical report shall include as-constructed P&ID's. This report shall be shall be submitted to the DOE COR within thirty (30) days of completion of testing. The DOE COR will approve or suggest changes within twenty (20) working days of receipt of the report.

Deliverables: Topical Report describing the pre-operational testing and commissioning and an updated operations manual.

## C. DELIVERABLES

### 1. Reports

Reports shall be submitted in accordance with the attached "Reporting Requirements Checklist" and the instructions accompanying the checklist.

### 2. Other Reports and Deliverables

2.1. Phase I

- Environmental Report (Task 1)
- Work Plan Report (Task 2)
- Permitting Information Report (Task 3)
- Conceptual Design Topical Report (Task 4)
- Bench-scale Technical Concept Studies Topical Report (Task 5)
- Detailed Construction Design Topical Report (Task 6)
- Test Plan (Task 8)
- Pre-Operational Testing Topical Report (Task 9)
- Operations Manual (Task 9)

2.2. Phase II

- Work Plan Report (Task 1)
- Permitting Information Report (Task 2)
- Conceptual Design Topical Report (Task 3)
- Bench-scale Technical Concept Studies Topical Report (Task 4)
- Detailed Construction Design Topical Report (Task 5)
- Test Plan (Task 7)
- Pre-Operational Testing Topical Report (Task 8)
- Updated Operations Manual (Task 8)

## D. TECHNICAL PRESENTATIONS

1. The contractor shall annually attend the Gasification Contractor's Review Meeting to be held in Morgantown, WV. When appropriate, the contractor shall make a presentation concerning the status of the project at this meeting.

2. The contractor shall prepare detailed project progress briefings for presentation at Morgantown, West Virginia to the DOE COR. The briefings are to outline and explain the progress of the detailed construction design and construction at 25% and 75% completion for each Phase.

## INFORMATION REQUIRED FOR THE NATIONAL ENVIRONMENTAL POLICY ACT (NEPA)

The following is a description of the environmental, safety, and health (ES&H) information to be provided by the contractor to enable DOE to prepare the appropriate NEPA documentation for the proposed project. The ES&H information shall include, but is not limited to:

1.0 Brief, nonconfidential description of the project including project objectives, project schedule, summary of test plans, map location(s), description of existing facilities, and description of facilities to be constructed for the project. If appropriate, the contractor should provide process flow diagrams, and plan and elevation views. The contractor should provide sizes and capacities for major equipment. A discussion should be included on the quantities and types of materials to be used in the project including feedstocks, utilities, fuels, reactants, products, effluents, unrecovered materials, and solid waste.

2.0 Discussion regarding current environmental characteristics of the site(s) and any potential environmental impacts from the project. Information on environmental impacts should provide data in terms of minimum, maximum, and average values rather than qualitative statements, such as "insignificant" or "minimal," which are subject to interpretation. Include discussion regarding compliance with Federal, state, and local environmental regulations. The following is a list of potential environmental impacts to be included in the discussion.

Air Quality — Include discussion regarding potential environmental impact from the seven criteria pollutants in the Clean Air Act (i.e., sulfur oxides, nitrogen oxides, carbon monoxide, hydrocarbons, particulate matter less than 10 microns (i.e., $PM_{10}$), lead, and ozone) and the Hazardous Air Pollutants (i.e., air toxics) list in the 1990 Title III amendment to the Clean Air Act. Discuss other potential air pollutants including carbon dioxide, volatile organic carbon, volatile metal compounds, and radioactive materials. Include air emission rates, pollutant emission rates, and duration of emissions.

Water Resources — Include discussion regarding potential environmental impact to surface and ground waters. Include changes to water quality and quantity. The uses of the surface and ground waters should be included in the discussion. The discussion should include sources of water supply (e.g., public water supply or dedicated well) and any National Pollutant Discharge Elimination System (NPDES) permit(s). Include discussion regarding on-site treatment of wastewater. Include discussion regarding compliance with local, state, and Federal environmental regulations. Discuss status of local, state, and Federal

permits for water use and discharges. Describe any stream diversions caused by construction activities. Discuss potential for surface and groundwater water to be contaminated by organics, heavy metals, radioactive materials, and other hazardous substances.

Land Use — Include discussion on the amount of land at the existing site and the amount that will be used for construction of the project. The discussion should include the current use of the land, zoning requirements, and current access to the land. A discussion should be included on the uses and zoning of surrounding property. The discussion should include any modifications needed for access to the land as a result of the project. Include discussion on impacts to visual and aesthetic values.

Waste Management — Include discussion on solid and liquid waste management including waste characteristics, quantities, pretreatment, storage, transportation, and disposal practices. Identify any potentially hazardous waste materials. Include any results from analyzing solid waste in accordance with the Resource Conservation and Recovery Act characterization tests. Include discussion regarding compliance with Federal, state, and local environmental regulations. Discuss status of Federal, state, and local permits. Discuss storage, treatment, and disposal of any radioactive materials.

Ecological Impacts — Include a discussion regarding potential environmental impacts to vegetation, terrestrial wildlife, aquatic wildlife, threatened and endangered species, critical habitats, floodplains, and wetlands.

Socioeconomic Impacts — Include information regarding availability of labor for the project, availability of transportation, and any potential impact on public services. Include information on impact to visual or aesthetic quality.

Archaeological, Cultural, and Historical Resources — Include information regarding contacts with state agencies to assess project impact on archaeological, cultural, and historically significant resources.

Noise — Include a discussion on possible environmental impacts from noise generated by the project. Include a discussion on current noise levels and any possible increases in noise levels from the project. In general, the noise level is measured at the nearest point of public access. Include a discussion regarding proximity and any possible impact to noise-sensitive sites such as schools, hospitals, and nursing homes.

Occupational Safety and Health — Include a discussion on plans to protect worker safety and health on the project (e.g., clothing, hearing protection, operating practices). If the project presents a potential safety hazard beyond the project boundaries, emergency response plans should be included in the discussion. Include information on compliance with Occupational Safety and Health Act and facility designs related to mitigation of occupational impacts. Discuss hazards and mitigation measures related to construction activities and exposure to hazardous substances, heat, noise, and odor. Discuss worker protection equipment and procedures in potentially radioactive environments.

Cumulative Impacts — The cumulative impact is the impact to the environment which results from the incremental impact from the proposed action when added to impacts from past,present, and reasonably foreseeable future actions. Individual impacts may be minor, but the combined impact (i.e., cumulative) can be significant. Include a discussion on the contribution of environmental impacts from the proposed action to the cumulative impact. Each of the potential environmental impacts described above should be considered relative to their impact on the existing environmental setting and emissions. Generally, impacts which contribute to the cumulative impact include air emissions, water and liquid effluent treatment, solid waste management, and land use.

Summary of Environmental Impacts — Include a factual summary of potential environmental impacts.

3.0 A table should be prepared that identifies all Federal, state, and local permits and licenses required for the project. The table should provide information on the permitting and licensing schedule and current status of each permit and license. A discussion should be included on the allowable releases of solid, liquid, and air pollutants under the permit(s) and license(s). Include any emission limits set by the Nuclear Regulatory Commission.

4.0 Provide complete addresses and phone numbers for agencies and persons contacted to collect information on the ES&H aspects of the project.

**ATTACHMENT B**

**REPORTING REQUIREMENTS CHECKLIST**

# CONTRACT REPORTING REQUIREMENTS CHECKLIST

**Contract Title:** Gasification Product Improvement Facility

**Contract No.:** DE-AC21-92MC28202

NOTE: All required report deliverables are identified with an X and are to be submitted to the following address: U.S. Department of Energy, Morgantown Energy Technology Center, ATTN: Contractor Reports Receipt Coordina M/S F07, P.O. Box 880, 3610 Collins Ferry Road, Morgantown, WV 26507-0880

| Report/Plan | Form No.a/ | Report Disposition b/ | Report Freq. c/ | N C |
|---|---|---|---|---|
| A. GENERAL MANAGEMENT: | | | | |
| __ Management Plan | None | N/A | | |
| X Status Report | None | N/A | M. | |
| __ Summary Report | 1332.2 | N/A | | |
| B. SCHEDULE/LABOR/COSTS: | | | | |
| X Milestone Schedule/Plan | 1332.3 | N/A | O,C,Y | |
| __ Labor Plan | 1332.4 | N/A | | |
| x Cost Plan | 1332.7 | N/A | O,C,Y* | |
| X Milestone Schedule/Status | 1332.3 | N/A | M | |
| __ Labor Management Report | 1332.8 | N/A | | |
| x Cost Management Report | 1332.9 | N/A | M. | |
| C. EXCEPTION REPORTS: | | | | |
| X Conference Record | None | N/A | A | |
| x Hot Line Report | None | N/A | A | |
| D. TECHNICAL: | | | | |
| __ Technical Progress Report | | | | |
| __ Draft for Review | None | S | | |
| __ Final for Approval | | | | |
| X Topical Report | | | | |
| X Draft for Review | None | S | A | |
| X Final for Approval | None | A | A | |
| x Final Technical Report | | | | |
| x Draft for Review | None | S | F | 3 |
| x Final for Approval | None | A | F | 3 |
| __ Software | None | | | |
| __ Other (Specify) ______ | | | | |
| E. OTHER: | | | | |
| X Property Inventories** | See DEAR 945 | N/A | S,Y | 2 |
| X Subcontract Reporting | | | | |
| X Subcontracting Report for Individual Contracts | SF 294 | N/A | S*** | 2 |
| X Summary Subcontract Report | SF 295 | N/A | Y**** | 2 |
| __ (Specify) ______ | | | | |

F. SPECIAL INSTRUCTIONS:

JApp 00145

* The Yearly Cost Plan is due by September 15 for the following Federal Fiscal Year.

** Semiannual Reports of Government Property are due April 15 and October 15. Final accounting and disposition of Government property is due 120 days prior to expiration of the contract.

*** SF 294 shall be submitted semiannually and is due by the 30th day of the month following the close of the reporting periods (due April 30 and October 30).

**** SF 295 shall be submitted annually and is due 30 days after the close of the Government fiscal year (due October 30).

(REV 8/91)

## FOOTNOTES EXPLANATIONS

a/ The forms identified in the checklist are available from the cognizant Contract Specialist. If alternate forms are used, prior approval by the designated CO is required.

b/ This column indicates the Government's intended disposition of required technical report deliverables. "P" indicates intentio publish the report; "A" indicates intention to announce only; and "S" indicates intention to store/archive only. Specifically, th following instructions are applicable with respect to technical report disposition:

- Reports identified with a "P" require simultaneous submission of final reports and METC Form 1332.1, "Request for Pa Clearance for Release of Contracted Research Documents" (with Part A of this form completed). The number of final of reports to be published which are identified for submission shall include one reproducible master copy (i.e., camera- copy). Instructions for preparation of camera-ready copies are included in the Guidelines for Preparation of Reproduci Master (Camera-Ready) Copy of Reports clause of the contract which is included as a part of this attachment. All oth required copies to be submitted must be good quality duplicates suitable for microfiching.

- Reports identified with an "A" require simultaneous submission of final reports and METC Form 1332.1 "Request for P Clearance for Release of Contracted Research Documents" (with Part A of this form completed). The number of final of reports to be announced only which are identified for submission must be good quality duplicates suitable for microfi

- Reports identified with an "S" require submission of final reports. The number of final copies of reports to be stored/ar only which are identified for submission must be good quality duplicates suitable for microfiching.

c/ See definitions for frequency codes and report due date requirements below.

## REPORT FREQUENCY CODES AND DUE DATES

| Frequency Code - Definition | | Due No. of After Reporting |
|---|---|---|
| A - | As Required | * |
| C - | Contract Change | 15 |
| F - | Final - End of Effort | 0 |
| | Technical Report - Draft Version | - 60 |
| | Final Version | 0 |
| M - | Monthly - End of 1-Month Period | 20 |
| | Technical Report - Draft Version | 20 |
| | Final Version | 60** |
| O - | Once After Award | 15 |
| Q - | Quarterly - End of 3-Month Period | 30 |
| | Technical Report - Draft Version | 30 |
| | Final Version | 70** |
| S - | Semiannual - End of 6-Month Period | 30 |
| | Technical Report - Draft Version | 30 |
| | Final Version | 70** |
| X - | With Proposal | 0 |
| Y - | Yearly (Annual) - End of 12-Month Period | 30 |
| | Technical Report - Draft Version | 30 |
| | Final Version | 70** |

* For Hot Line Report due dates, see J.003l of this attachment. For due dates of Topical Reports and other plans/documents, the Statement of Work.

** When a draft version is not required, the final version is due when the draft version would have been due.

JApp 00146

INSTRUCTIONS FOR PREPARATION AND SUBMISSION OF CONTRACT REPORTS

J.003a REPORT DISTRIBUTION ADDRESS (AUG 1991)

U.S. Department of Energy
Morgantown Energy Technology Center
ATTN: Contractor Reports Receipt Coordinator, M/S F07
P.O. Box 880, 3610 Collins Ferry Road
Morgantown, WV 26507-0880

J.003c STATUS REPORT (JUN 1986)

The "Status Report" is the Contractor project manager's concise narrative assessment of the status of the work being performed under the contractual agreement. DOE management uses the report to monitor status and to provide early recognition of potential problem areas. The report highlights changes to objectives, changes to technical approach, task variances from baselines in excess of stipulated thresholds by reporting element, causative factors, and actions taken or proposed to resolve them, as well as factors with potential for causing significant variances in the future. The report next identifies open items requiring action by DOE or the Contractor. The report also provides a summary assessment of the current situation, including a forecast of the near future and the expected impact on project accomplishment. The report may be accompanied by attachments, including funding status, funding by time period, and a cost change reconciliation.

J.003e MILESTONE SCHEDULE PLAN (JUN 1986)

The "Milestone Schedule Plan/Status Report" (DOE F 1332.3) is a dual purpose form to be used first as a baseline plan and then as a status report (see J.003h). When used as the "Milestone Schedule Plan," it establishes the Contractor's time schedule for accomplishing the planned events and milestones for each reporting category identified in the contract. It encompasses each line item or task required by the contractual agreement. Standard symbols and charting conventions described on the reverse side of the form are used to chart the intermediate events and milestones of each reporting category. A "Milestone Log," which is included as an attachment to the "Milestone Schedule Plan/Status Report," lists intermediate events and critical milestones with the element code, descriptive name of the event or milestone, and the scheduled date of completion. If both this report and a Management Plan are requested (i.e., Clause J.003b, if applicable), this report should be included with the Management Plan.

J.003g COST PLAN (JUN 1986)

The "Cost Plan" (DOE F 1332.7) establishes the plan for accruing total costs for the life of the contractual agreement. The time-phased baseline plan establishes the basis for the measurement of actual cost accumulation and provides basic information for updating and forecasting budget requirements. The "Cost Plan" itemizes accrued costs for prior fiscal years, the current fiscal year by month, and future fiscal years until completion of the contractual agreement. If both this report and a Management Plan are requested (i.e., Clause J.003b, if applicable), this report should be included with the Management Plan.

J.003h MILESTONE SCHEDULE STATUS REPORT (JUN 1986)

The "Milestone Schedule Plan/Status Report" (DOE F 1332.3) is a dual purpose form. As the "Milestone Schedule Status Report," it measures the completion status of activities and events shown on the baseline "Milestone Schedule Plan" (see J.003e) and shows planned and accomplished events and milestones, and changes in schedule. It addresses each item or task required by the contractual agreement at the same level of detail as the baseline plan.

J.003j COST MANAGEMENT REPORT (JUN 1986)

The "Cost Management Report" (DOE F 1332.9) is a periodic report of the cost status of the contractual agreement to be compared with the "Cost Plan" (see J.003g). Both DOE and Contractor management use it for monitoring, controlling, and planning allocation of dollar resources. This form contains actual cost status for the reporting and prior periods, and estimates of dollar costs for the remainder of the fiscal year and the balance of the effort.

J.003k CONFERENCE RECORD (JUN 1986)

The "Conference Record" documents for the DOE Contracting Officer's Representative (COR), DOE Contracting Officer, and the contractor an understanding of significant decisions, direction or redirection, or required actions resulting from meetings with DOE representatives. It is required for any meeting, conference, or phone conversation in which a decision is made that may change the schedule, labor, cost, or technical aspects of the contractual agreement or the approved baseline plans. The report shall contain the following information as applicable:

A. Report title ("Conference Record"), number, and the date prepared.

B. Contract title and number, and the contractor's name and address.

C. Date of meeting or telephone conversation, with a list of those involved and their titles.

D. Subject(s) discussed, decisions reached, and directions given.

E. Variances from previous directions and conclusions.

F. Required actions.

G. Distribution.

H. Signature of preparer.

J.0031 HOT LINE REPORT (NOV 1991)

A. The "Hot Line" Report may be used to report a major breakthrough in research, development, or design; an event causing a significant schedule slippage or cost overrun; an environmental, safety and health violation; achievement of or failure to achieve an important technical objective; or any requirement for quickly documented direction or redirection. The report shall be submitted by the most rapid means available, usually electronic, and should confirm telephone conversations with DOE representatives. Identification as a "Hot Line Report" serves notice at each link in the delivery chain that speed in handling is required. Unless otherwise agreed by the parties involved, DOE is expected to take action and respond in a similarly speedy manner. The report should include:

1. Contractor's name and address;

2. Contract title and number;

3. Date;

4. Brief statement of problem or event;

5. Anticipated impacts; and

6. Corrective action taken or recommended.

B. Hot line reports shall document the incidents listed below, in addition to those required by the Uniform Reporting System (i.e., Paragraph A above):

1. Any single fatality or injuries requiring hospitalization of five or more individuals is to be immediately reported.

2. Any significant environmental permit violation is to be reported as soon as possible, but within 24 hours of the discovery of the incident.

3. Other incidents that have the potential for high visibility in the media are to be reported as quickly as possible, but within 24 hours following discovery.

4. Any failure resulting in damage to Government-owned equipment in excess of $50,000 is to be reported as quickly as possible, but within 24 hours of the discovery of the failure.

5. Any unplanned event which is anticipated to cause a schedule slippage or cost increase significant to the project is to be reported within 24 hours.

6. Any verbal or written <u>Notice of Violation</u> of any Environmental, Safety, and Health statutes arising from the performance of this contract is to be immediately reported.

7. Any accidental spill or release which is in violation of any Environmental, Safety, and Health statutes arising from the performance of this contract is to be immediately reported, but within 24 hours of the discovery of the accident.

8. Any incident which causes a significant process or hazard control system failure, or is indicative of one which may lead to any of the above defined incidents, is to be reported as soon as possible, but within 5 days of discovery.

C. The requirement to submit Hot Line Reports for the incidents identified in B.1, B.2, B.3, B.6, or B.7 is for the sole purpose of enabling DOE officials to respond to questions relating to such events from the media and other public.

D. When an incident is reported in accordance with B.4, B.5, B.6, B.7, or B.8, the contractor shall conduct an investigation of its cause and make an assessment of the adequacy of resultant action. A written report is required no later than ten (10) calendar days following the incident and shall include an analysis of the pertinent facts regarding the cause, and a schedule of the remedial events and time periods necessary to correct the action.

E. When an event results in the need to issue a written or verbal statement to the local media, the statement is to be cleared first, if possible, by the METC Technology Transfer Division Public Affairs Specialist and coordinated with the COR.

J.003m TECHNICAL REPORTS -- GENERAL (JUN 1986)

Each report of a scientific, technical, and engineering information nature should begin with a statement of the original objective of the effort and a concise summary of the progress achieved during the reporting period. The body of the report should contain a full account of progress, problems encountered, plans for the next reporting period, and an assessment of the prospects for future progress. The author(s) of the report should clearly identify technical factors which affect, either positively or negatively, plans for achieving the objectives on schedule and within the funds available.

The report should include sufficient detail to allow the work to be reproduced by others. Each report should include a thorough account of activities directed toward application of the results, such as investigation of user needs, work or collaboration with potential users, and activities to disseminate the results. It should also include a discussion of how these activities have affected the course of the project, and may include utilization activities.

Computer programs and routines with scientific, technical, and technology-related applications developed by the Contractor should be discussed in the report and provided to the Energy Science and Technology Software Center under the policies and procedures of DOE Order 1360.4B, Scientific and Technical Computer Software.

J.003q TOPICAL REPORT (JUN 1986)

A "Topical Report" is a comprehensive statement of the technical results of work performed on a specific task or phase of a research and development effort. It can also be a detailed description of scientific or technological advances. If a draft Topical Report is required, DOE will review the draft report and provide comments within 30 days after receipt from the Contractor. The Contractor will then submit the report in final form within 30 days after receipt of DOE's comments.

J.003r FINAL TECHNICAL REPORT (JUN 1986)

"Final Technical Reports" are required for all contractual agreements for research and development work. These reports are technical accounts of the total work performed under the contractual agreement. They are comprehensive descriptions of the results achieved and of the investigations undertaken, and they include tabulations of data, figures, photographs, and bibliographic citations in support of the investigations undertaken. Where applicable, they summarize all topical and technical progress reports. The Contractor shall deliver a draft copy of the final report sixty (60) days before the completion of the period of performance. The Government shall be allowed thirty (30) days to review the draft copy and to notify the Contractor, in writing, of approval or recommended changes. If the Government does not approve or recommend changes within thirty (30) days of receipt of the draft copy, the report shall be deemed approved. A camera-ready copy of the approved final report is due on the contract completion date. A definition of camera-ready copy and other copy preparation instructions are provided in J.003t below.

J.003s CLARITY OF REPORTS (JUN 1986)

The Government intends to evaluate the acceptability of reports on the basis of their quality with respect to both substantive and presentational considerations. Evaluation of substantive aspects of these submittals will be based upon criteria generally accepted in the relevant technical field. For document presentation, the Contractor shall write the documents to: (1) explicitly describe and justify assumptions upon which the work is based, addressing what was accomplished, and (2) facilitate evaluation by readers who possess only general technical knowledge. Other factors which will be considered in evaluating presentation aspects of the documents submitted include: format, clarity, spelling and grammar, organization, continuity, completeness, readability, and legibility of illustrations and figures.

J.003t GUIDELINES FOR PREPARATION OF REPRODUCIBLE MASTER (CAMERA-READY) COPY OF REPORTS (JUN 1986)

A. After the required COR review has been completed, the Contractor is responsible for providing copies of all final technical reports to the Contractor Reports Receipt Coordinator. One copy of those final approved reports which are identified with a "P" in the report disposition column of the Contract Reporting Requirements Checklist must be an original reproducible master (camera-ready copy that can be used for photo-offset reproduction) suitable for printing, and the other copies required must be good-quality duplicates suitable for microfiching.

B. Copy Preparation for Printing or Microfiching

Production of good, useful microfiche is dependent on the quality of the copy that is submitted. Implementation of the following guidelines in preparing a reproducible master copy will ensure quality printed copies and microfiche of the document.

1. Page Specifications. Text should be prepared on good-quality 8 1/2 by 11 inch white bond paper, single spaced, one side of the sheet only. Maximum image width is 7 inches, and maximum image height is 10 inches, including the page number.

2. Typing. Typewriter fonts or keys should be clean, and a good-quality film ribbon should be used. Type size should be no smaller than 12-pitch elite type that has been reduced by no more than 10 percent. Check to see that sharp, clear characters of dark, uniform density are being produced and that any corrections made are clean. Erasures are not acceptable. If it is necessary to use computer generated pages, they should be of letter quality and not reduced more than 10 percent.

3. Page Numbering. The title page should be numbered page "i" and be followed by other prefatory material numbered with lower case Roman numerals. The main body of the report should begin with page 1, and all pages should be numbered consecutively throughout the report, including text, illustrations, pages with photographs, and fold-in pages. Pages will be printed front and back with odd-numbered pages on the right and even-numbered pages on the left. Do not place blank pages between chapters or sections. Each major section or part may start on a new page but not necessarily on a new odd page. Do not start renumbering with each new chapter, and, if possible, do not use chapter numbers as a prefix to folios (e.g., avoid use of I-1; use 1). Page numbers are to be centered at the bottom or top of each page.

4. Spacing. Single space all text material. Leave vertical space above and below display material, e.g., headings, equations, tabulations.

5. Photographs. Photographs to be included in the report should be supplied as continuous-tone black-and-white glossy prints. These require a negative to be made and placed into the copy of the document as part of the printing process. To aid the printer in positioning such photographs, indicate on the camera-copy exactly where the photograph will be positioned. The printer will place the photograph in this position. Any reduction of the photograph or crop marks must be indicated on

the photograph (do not actually cut photographs). Also indicate the top of the photograph and write the figure number in grease pencil or felt tip pen on the back of the photograph. Figure legends should be typed in the desired position on the camera copy.

6. Line Drawings. Line drawings, such as schematics, diagrams, and graphs, must be drawn in black ink. Original illustrative material is desirable because image clarity and density may become unsuitable or distorted on copies. Drawings should be confined to unruled sheets no larger than 8 1/2 by 11 inches, and the maximum allowable image area is 7 by 10 inches. When possible, use drawings smaller than full-page size. If a good reproduction of graph paper is desired, use graph paper printed in black because other colors may not reproduce for printing. Do not use pencil shading. Do not use color coding because it may become indistinguishable during black-and-white printing. Various shapes and shading patterns may be used for coding to achieve the desired results.

7. Oversize Illustrations. When the use of oversize charts, graphs, maps, and other materials cannot be avoided, use a fold-in if the image area is no greater than 10 inches in height and 27 inches wide. For microfiche production, however, the material will have to be microfilmed in 8 1/2 by 11 inch sections. Larger pages may be reduced to a standard page size or fold-in page if the type size and symbols permit.

8. Organization of Report Package. Material should be double checked to ensure that each report is complete, that pages are numbered and in proper sequence, and that good reproducible covers, text pages, photographs, and line drawings are submitted. The following parts usually are included in a scientific and technical report, as appropriate. The following sequence is recommended:

Cover
Disclaimer
Title Page

Abstract
Foreword (optional)
Preface (optional)
Acknowledgments
Table of Contents
List of Tables
List of Figures (or illustrations)