Jacobs-Sirrine Engineering, Inc.
Gasification Product Improvement Facility
Contract No. DE-AC21-92-MC28202

Summary of Claimed Costs
By Cost Element

| Fiscal Year | Direct Labor | Fringe Benefit Expense | Overhead Expense | Other Direct Costs-PC/CAD | Other Direct Costs | Subcontract Costs - PSIT | Subcontract Costs - Riley | Subcontract Costs - Other | G&A Expense | Subtotal Costs | FCCOM | Total Costs Claimed | Fee on Costs @ 5% | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | $239,057.00 | $0.00 | $363,366.64 | $3,610.75 | $24,722.05 | $88,000.00 | $0.00 | $0.00 | $0.00 | $718,756.44 | $2,749.16 | $721,505.60 | $35,937.82 | $757,443.42 |
| 1994 | $306,199.35 | $0.00 | $557,282.82 | $7,316.95 | $45,262.29 | $491,999.09 | $205,100.87 | $0.00 | $0.00 | $1,613,161.37 | $2,663.93 | $1,615,825.30 | $80,658.07 | $1,696,483.37 |
| 1995 | $1,026,421.19 | $252,150.63 | $0.00 | $23,912.64 | $132,191.09 | $66,723.50 | $884,106.03 | $0.00 | $558,671.96 | $2,944,177.04 | $8,842.60 | $2,953,019.64 | $147,208.85 | $3,100,228.49 |
| 1996 (a) | $31,634.76 | $7,908.69 | $0.00 | $196.38 | $5,210.41 | $0.00 | $387,364.12 | $2,074.00 | $11,064.65 | $445,453.01 | $278.94 | $445,731.95 | $22,272.65 | $468,004.60 |
| Subcontractor Settlements | $0.00 | $0.00 | | $0.00 | $0.00 | $161,680.65 | $369,142.76 | $0.00 | $0.00 | $530,823.41 | $0.00 | $530,823.41 | $26,541.17 | $557,364.58 |
| **Subtotal Claimed Costs** | $1,603,312.30 | $260,059.32 | $920,649.46 | $35,036.72 | $207,385.84 | $808,403.24 | $1,845,713.78 | $2,074.00 | $569,736.61 | $6,252,371.27 | $14,534.63 | $6,266,905.90 | $312,618.56 | $6,579,524.46 |
| Settlement Costs | $179,541.70 | $44,885.43 | $0.00 | $5,140.69 | $12,417.70 | $2,213.83 | $153,801.00 | $54,129.00 | $62,796.95 | $514,926.30 | $1,583.11 | $516,509.41 | $25,746.31 | $542,255.72 |
| **Total Claimed Costs** | $1,782,854.00 | $304,944.75 | $920,649.46 | $40,177.41 | $219,803.54 | $810,617.07 | $1,999,514.78 | $56,203.00 | $632,533.56 | $6,767,297.57 | $16,117.74 | $6,783,415.31 | $338,364.87 | $7,121,780.18 |
| | | | | | | | | | | | | **Less:** | | |
| | | | | | | | | | | | | **Amount Already Paid** | | ($5,579,582.60) |
| | | | | | | | | | | | | **Equals:** | | |
| | | | | | | | | | | | | **Amount Now Due** | | $1,542,197.58 |

Note (a): 01 October 1995 thru 30 April 1996

JApp 00184

Jacobs-Sirrine Engineers, Inc.
Gasification Product Improvement Facility
Contract No. DE-AC21-92MC28202

Summary of Actual Costs
Fiscal Year 1993

| Cost Element | Indirect Rate Used | Amount as Booked | Adjustments | Amount Claimed | Comments |
|---|---|---|---|---|---|
| 1. Direct Material | | $0.00 | $0.00 | $0.00 | |
| 2. Direct Labor | | $239,708.51 | ($651.51) | $239,057.00 | |
| 3.a. Fringe Benefit Expense | 0.000% | $0.00 | $0.00 | $0.00 | Combined Pool in FY 93 |
| 3.b. Overhead Expense | 152.000% | $424,284.06 | ($60,917.42) | $363,366.64 | Combined Pool in FY 93 |
| 4. Special Tooling/STE | | $0.00 | $0.00 | $0.00 | |
| 5.a. Other Costs -- PC/CAD | $25.00 | $3,610.84 | ($0.09) | $3,610.75 | |
| 5.b. Other Direct Costs | | $24,881.87 | ($159.82) | $24,722.05 | |
| 5.c.1. Other Costs - PSIT | | $88,000.00 | $0.00 | $88,000.00 | |
| 5.c.2. Other Costs - Riley | | $0.00 | | $0.00 | |
| 5.c.3. Other Costs - Other SubKs | | $0.00 | $0.00 | $0.00 | |
| 6. Gen. & Admin. Expense | 0.000% | $0.00 | | $0.00 | Combined Pool in FY 93 |
| 7. Total Costs (Items 1 - 6) | | **$780,485.28** | **($61,728.84)** | **$718,756.44** | |
| 8. FCCOM | 1.150% | $3,179.46 | ($430.30) | $2,749.16 | |
| 9. FEE on Costs (Item 7) | | | | | |
| 10. Total Costs Plus Fee | | **$783,664.74** | **($62,159.15)** | **$721,505.60** | |

NOTES:

1. Indirect rates billed at 177.0% in FY 1993.
2. Subcontractors shown as paid/booked, which reflected a 20% reduction for cost sharing.
3. FCCOM billed at 1.33% in FY 1993; base for FCCOM is direct labor dollars.

Jacobs-Sirrine Engineers, Inc.
Gasification Product Improvement Facility
Contract No. DE-AC21-92MC28202

Summary of Actual Costs
Fiscal Year 1994

| Cost Element | Indirect Rate Used | Amount as Booked | Adjustments | Amount Claimed | Comments |
|---|---|---|---|---|---|
| 1. Direct Material | | $0.00 | $0.00 | $0.00 | |
| 2. Direct Labor | | $306,252.46 | ($53.11) | $306,199.35 | |
| 3.a. Fringe Benefit Expense | 0.000% | $0.00 | $0.00 | $0.00 | Combined Pool in FY 94 |
| 3.b. Overhead Expense | 182.000% | $542,066.85 | $15,215.96 | $557,282.82 | Combined Pool in FY 94 |
| 4. Special Tooling/STE | | $0.00 | $0.00 | $0.00 | |
| 5.a. Other Costs -- PC/CAD | $20/$25.00 | $7,316.74 | $0.21 | $7,316.95 | |
| 5.b. Other Direct Costs | | $46,618.43 | ($1,356.14) | $45,262.29 | |
| 5.c.1. Other Costs - PSIT | | $491,913.47 | $85.62 | $491,999.09 | |
| 5.c.2. Other Costs - Riley | | $205,100.87 | $0.00 | $205,100.87 | |
| 5.c.3. Other Costs - Other SubKs | | $0.00 | $0.00 | $0.00 | |
| 6. Gen. & Admin. Expense | 0.000% | $0.00 | | $0.00 | Combined Pool in FY 94 |
| 7. Total Costs (Items 1 - 6) | | **$1,599,268.82** | **$13,892.54** | **$1,613,161.37** | |
| 8. FCCOM | 0.870% | $4,072.45 | ($1,408.52) | $2,663.93 | |
| 9. FEE on Costs (Item 7) | | | | | |
| 10. Total Costs Plus Fee | | **$1,603,341.28** | **$12,484.03** | **$1,615,825.30** | |

NOTES:
1. Indirect rates billed at 177.0% in FY 1994
2. Subcontractors shown as paid/booked, which reflected a 20% reduction for cost sharing.
3. PC/CAD booked amount calculated as 66.81 hrs. @ $20.00 plus 239.23 hrs. @ $25.00
4. FCCOM billed at 1.33% in FY 1994; base for FCCOM is direct labor dollars.

Jacobs-Sirrine Engineers, Inc.
Gasification Product Improvement Facility
Contract No. DE-AC21-92MC28202

Summary of Actual Costs
Fiscal Year 1995

| Cost Element | Indirect Rate Used | Amount as Booked | Adjustments | Amount Claimed | Comments |
|---|---|---|---|---|---|
| 1. Direct Material | | $0.00 | $0.00 | $0.00 | |
| 2. Direct Labor | | $1,031,500.10 | ($5,078.91) | $1,026,421.19 | |
| 3.a. Fringe Benefit Expense | 24.566% | $247,546.40 | $4,604.23 | $252,150.63 | |
| 3.b. Overhead Expense | 0.000% | $1,590,952.84 | ($1,590,952.84) | $0.00 | No overhead pool in FY95 |
| 4. Special Tooling/STE | | $0.00 | $0.00 | $0.00 | |
| 5.a. Other Costs -- PC/CAD | $9.25 | $28,027.67 | ($4,115.03) | $23,912.64 | |
| 5.b. Other Direct Costs | | $136,943.56 | ($4,752.47) | $132,191.09 | |
| 5.c.1. Other Costs - PSIT | | $66,723.50 | $0.00 | $66,723.50 | |
| 5.c.2. Other Costs - Riley | | $884,105.61 | $0.42 | $884,106.03 | |
| 5.c.3. Other Costs - Other SubKs | | | | | |
| 6. Gen. & Admin. Expense | 43.695% | $0.00 | $558,671.96 | $558,671.96 | Separate pool in FY95 |
| 7. Total Costs (Items 1 - 6) | | **$3,985,799.68** | **($1,041,622.65)** | **$2,944,177.03** | |
| 8. JEG FCCOM | 0.692% | $13,651.40 | ($4,808.80) | $8,842.60 | |
| 9. JEG FEE on Costs (Item 7) | | | | | |
| 10. JEG Total Costs Plus Fee | | **$3,999,451.09** | **($1,046,431.45)** | **$2,953,019.64** | |

NOTES:
1. Indirect rates billed at 155.0% in FY 1995; adjusted to reflect JEG accounting methods.
2. Subcontractors shown as paid/booked, which reflected a 20% reduction for cost sharing.
3. PC/CAD claimed at submitted rate for FY 1995.
4. FCCOM billed at 1.33% in FY 1995; base for FCCOM is JEG direct labor dollars PLUS FRINGE BENEFIT DOLLARS.

Jacobs-Sirrine Engineers, Inc.
Gasification Product Improvement Facility
Contract No. DE-AC21-92MC28202

Summary of Actual Costs
Fiscal Year 1996 thru 4/30/96

| Cost Element | Indirect Rate Used | Amount as Booked | Adjustments | Amount Claimed | Comments |
|---|---|---|---|---|---|
| 1. Direct Material | | $0.00 | $0.00 | $0.00 | |
| 2. Direct Labor | | $40,889.76 | ($9,255.00) | $31,634.76 | |
| 3.a. Fringe Benefit Expense | 25.000% | $11,653.44 | ($3,744.75) | $7,908.69 | |
| 3.b. Overhead Expense | 0.000% | $0.00 | $0.00 | $0.00 | No overhead pool in FY96 |
| 4. Special Tooling/STE | | $0.00 | $0.00 | $0.00 | |
| 5.a. Other Costs -- PC/CAD | $9.25 | $169.84 | $26.54 | $196.38 | |
| 5.b. Other Direct Costs | | $5,267.88 | ($57.47) | $5,210.41 | |
| 5.c.1. Other Costs - PSIT | | $0.00 | $0.00 | $0.00 | |
| 5.c.2. Other Costs - Riley | | $387,364.12 | $0.00 | $387,364.12 | |
| 5.c.3. Other Costs - Other SubKs | | $2,074.00 | $0.00 | $2,074.00 | Jones & Donovan |
| 6. Gen. & Admin. Expense | 27.981% | $0.00 | $11,064.65 | $11,064.65 | Separate pool in FY96 |
| 7. Total Costs (Items 1 - 6) | | **$447,419.04** | **($1,966.03)** | **$445,453.01** | |
| 8. JEG FCCOM | 0.705% | $420.74 | ($141.80) | $278.94 | |
| 9. JEG FEE on Costs (Item 7) | | | | | |
| 10. JEG Total Costs Plus Fee | | **$447,839.78** | **($2,107.83)** | **$445,731.95** | |

NOTES:

1. Indirect rates billed at 86.0% in FY 1995; adjusted to reflect JEG accounting methods.
2. Subcontractors shown as paid/booked, which reflected a 20% reduction for cost sharing.
3. PC/CAD claimed amount at submitted rate for FY 1995.
4. FCCOM billed at 1.33% in FY 1996; base for FCCOM is JEG direct labor dollars plus fringe benefit dollars

JACOBS-SIRRINE ENGINEERING, INC.
MORGANTOWN ENERGY TECHNOLOGY CENTER
GASIFICATION PRODUCT IMPROVEMENT FACILITY
CONTRACT NO. DE-AC21-92MC28202

| Voucher Number | Date | Amount Invoiced | Amount Paid |
|---|---|---|---|
| 1 | 01/22/93 | $48,839.02 | $48,839.02 |
| 2 | 01/22/93 | $39,521.01 | $39,521.01 |
| 3 | 02/09/93 | $27,005.82 | $27,005.82 |
| 4 | 3/93 | $4,484.62 | $4,484.62 |
| 5 | 04/08/93 | $159,561.03 | $159,561.03 |
| 6 | 04/27/93 | $99,232.50 | $99,232.50 |
| 7 | 05/27/93 | $138,328.00 | $138,328.00 |
| 8 | 07/01/93 | $158,009.00 | $158,009.00 |
| 9 | 08/19/93 | $81,946.01 | $81,946.01 |
| 10 | 09/02/93 | $26,692.36 | $26,692.36 |
| 11 | 10/04/93 | $38,888.00 | $38,888.00 |
| 12 | 11/11/93 | $62,474.28 | $62,474.28 |
| 13 | 12/07/93 | $387,314.72 | $387,314.72 |
| 14 | 01/18/94 | $62,764.34 | $62,764.34 |
| 15 | 02/03/94 | $40,948.86 | $40,948.86 |
| 16 | 03/08/94 | $193,156.40 | $193,156.40 |
| 17 | 04/06/94 | $133,036.01 | $133,036.01 |
| 18 | 05/05/94 | $47,746.09 | $47,746.09 |
| 19 | 06/01/94 | $137,301.70 | $137,301.70 |
| 20 | 07/07/94 | $112,756.61 | $112,756.61 |
| 21 | 08/03/94 | $166,818.66 | $166,818.66 |
| 22 | 08/31/94 | $330,200.81 | $330,200.81 |
| 23 | 10/05/94 | $222,246.75 | $222,246.75 |
| 24 | 11/09/94 | $192,017.32 | $192,017.32 |
| 25 | 12/15/94 | $194,306.46 | $194,306.46 |
| 26 | 01/13/95 | $366,017.03 | $366,017.03 |
| 27 | 02/15/95 | $187,419.42 | $187,419.42 |
| 28 | 03/15/95 | $279,438.66 | $279,438.66 |
| 29 | 04/17/95 | $401,034.20 | $401,034.20 |
| 30 | 07/10/95 | $234,558.10 | $234,558.10 |
| 31 | 06/14/95 | $151,366.03 | $151,366.03 |
| 32 | 07/10/95 | $149,466.41 | $149,466.41 |
| 33 | 08/10/95 | $520,756.76 | $520,756.76 |
| 34 | 09/12/95 | $32,303.13 | $32,303.13 |
| 35 | 10/10/95 | $103,060.41 | $103,060.41 |
| 36 | 11/10/95 | $17,820.17 | $17,820.17 |
| 37 | 12/11/95 | $18,617.88 | $18,617.88 |
| 38 | 01/15/96 | $15,767.50 | $15,767.50 |
| 38A | 02/12/96 | ($14,084.65) | ($14,084.65) |
| 39 | 02/12/96 | $3,080.60 | $3,080.60 |
| 40 | 03/11/96 | $4,067.70 | $4,067.70 |
| 41 | 04/12/96 | $3,296.87 | $3,296.87 |
| 42 | 05/10/96 | $414,190.56 | Rejected |
| Total | | $5,993,773.16 | $5,579,582.60 |

:
ier Direct Costs

| FY 1993 | July 92 | Aug 92 | Sept 92 | Oct 92 | Nov 92 | Dec 92 | Jan 93 | Feb 93 | March 93 | April 93 | May 93 | June 93 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Travel | | | | | 1,643.05 | 3,067.87 | 0.00 | 1,014.65 | 749.99 | 2,342.66 | 624.31 | 2,691.68 | 12,134.41 |
| Freight/Postage | | | | | 38.00 | 0.00 | 51.02 | 0.00 | 69.68 | 162.14 | 165.98 | 173.88 | 660.68 |
| Reproduction | | Invoiced first in Nov 92 | | | 756.28 | 351.08 | 930.57 | 1,704.72 | 1,323.48 | 1,328.09 | 3,029.28 | 1,710.44 | 11,131.94 |
| Telephone | | | | | 36.30 | 83.59 | 17.69 | 32.95 | 2.78 | 39.78 | 136.28 | 181.30 | 530.67 |
| Meeting Meals | | | | | | | | | 84.53 | 73.50 | 106.32 | | 264.35 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 2,473.63 | 3,502.54 | 999.28 | 2,752.32 | 2,230.46 | 3,944.17 | 4,062.15 | 4,757.50 | 24,722.05 |

| FY 1994 | July 93 | Aug 93 | Sept 93 | Oct 93 | Nov 93 | Dec 93 | Jan 94 | Feb 94 | March 94 | April 94 | May 94 | June 94 | July 94 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Travel | 1,473.42 | 79.00 | 3,038.12 | 1,784.72 | 2,832.53 | 0.00 | 963.95 | 866.10 | 4,533.56 | 1,763.39 | 0.00 | 4,732.98 | 1,446.51 | 23,614.28 |
| Freight/Postage | 69.60 | 61.89 | 70.32 | 37.18 | 150.06 | 21.46 | 129.95 | 409.34 | 244.50 | 100.66 | 393.89 | 213.84 | 353.73 | 2,256.32 |
| Reproduction | 566.14 | 148.18 | 364.86 | 520.21 | 1,623.05 | 641.03 | 324.17 | 3,639.41 | 639.00 | 1,005.80 | 3,618.84 | 1,100.33 | 2,725.95 | 16,916.97 |
| Telephone | 128.85 | 80.25 | 62.45 | 38.23 | 156.58 | 67.15 | 54.71 | 58.23 | 617.38 | 42.43 | 37.40 | 62.26 | 80.88 | 1,486.78 |
| Meeting Meals | 96.60 | 105.79 | 123.89 | | | | | | 163.66 | | 0.00 | | | 469.94 |
| Conferences | 105.00 | | | | | | | | | | 0.00 | | | 105.00 |
| Supplies | | | | | | | | | | | 493.00 | | | 493.00 |
| Total | 2,439.51 | 475.11 | 3,659.64 | 2,380.34 | 4,762.22 | 729.64 | 1,472.78 | 4,973.08 | 6,198.08 | 2,912.28 | 4,543.13 | 6,109.41 | 4,807.07 | 45,262.29 |

| FY 1995 | Aug 94 | Sept 94 | Oct 94 | Nov 94 | Dec 94 | Jan 95 | Feb 95 | March 95 | April 95 | May 95 | June 95 | July 95 | Aug 95 | Sept 95 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Travel | 1,213.25 | 2,505.62 | 4,341.51 | 4,713.47 | 3,306.33 | 2,411.19 | 3,033.99 | 4,239.38 | 3,324.35 | 4,286.42 | 1,684.16 | 2,791.55 | 0.00 | 0.00 | 37,853.22 |
| Freight/Postage | 149.12 | 593.38 | 511.10 | 234.92 | 584.48 | 349.57 | 607.99 | 725.84 | 980.63 | 1,011.81 | 742.24 | 168.99 | 453.96 | 169.86 | 7,323.91 |
| Reproduction | 2,335.36 | 2,850.98 | 2,480.88 | 2,479.90 | 2,640.28 | 2,236.02 | 3,723.95 | 7,067.07 | 5,880.78 | 5,319.93 | 3,718.46 | 1,841.73 | 990.65 | 1,287.98 | 44,833.95 |
| Telephone | 90.94 | 232.06 | 292.54 | 0.00 | 110.50 | 620.38 | 253.49 | 335.85 | 466.98 | 415.08 | 464.29 | 438.62 | 191.94 | 664.29 | 4,576.96 |
| Meeting Meals | 0.00 | | | | 334.43 | | | | 211.84 | 341.25 | | | | | 887.52 |
| Conference/Planning | 0.00 | | | | | 92.00 | | | | | | | | | 92.00 |
| Supplies | 0.00 | 183.60 | 34.50 | 72.00 | 72.66 | 354.19 | 217.85 | 129.82 | 789.08 | 773.97 | 152.72 | 62.80 | 246.24 | 89.49 | 3,178.82 |
| Temporary services | | | | | | | | | 217.00 | 370.26 | | 34.84 | 3.87 | 9.80 | 635.81 |
| Permit | | | | | | | | 585.00 | | | | | | | 585.00 |
| Patent Agreement | 32,224.00 | | | | | | | | | | | | | | 32,224.00 |
| Total | 36,012.67 | 6,365.54 | 7,660.53 | 7,500.29 | 7,050.68 | 6,063.35 | 7,837.27 | 13,082.96 | 11,870.66 | 12,518.72 | 6,761.87 | 5,358.57 | 1,866.66 | 2,221.42 | 132,191.19 |
| Posting Error | | | | (0.10) | | | | | | | | | | | (0.10) |
| | | | | | | | | | | | | | | | 132,191.09 |

The Nov 94 Invoice was billed less by $0.10 in error on the summary sheet. ( In other words the wrong number was brought from the detail page to the summary by .10 ) So we was paid $0.10 less because of it.

| FY 1996 | Oct 95 | Nov 95 | Dec 95 | Jan 96 | Feb 96 | March 96 | April 96 | Total |
|---|---|---|---|---|---|---|---|---|
| Travel | 0.00 | 1,617.77 | 98.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,715.83 |
| Freight/Postage | 136.64 | 36.27 | 139.75 | 118.25 | 46.82 | 39.50 | 62.87 | 580.10 |
| Reproduction | 946.22 | 626.25 | 409.91 | 148.30 | 171.41 | 208.50 | 111.04 | 2,621.63 |
| Telephone | 39.29 | 19.72 | 1.98 | 0.42 | 40.45 | | 2.64 | 104.50 |
| Meeting Meals | | | | | | | | 0.00 |
| Conferences | | | | | | | | 0.00 |
| Supplies | | 40.96 | 127.55 | | | | | 168.51 |
| Jones & Donovan | | | | | | | 2,074.00 | 2,074.00 |
| Temporary staff | | | | | | | | 0.00 |
| Total | 1,122.15 | 2,340.97 | 777.25 | 266.97 | 258.68 | 248.00 | 2,250.55 | 7,264.57 |

There is a $19.84 discrepancy bwt Reproduction and CAD on FY96. In other words, CAD was understated by 2.48 hours and 2.48*8.00= $19.84 and other ODC was overstated by $19.84.

# DISCUSSION OF JEG ACCOUNTING PRACTICES

**Discussion of Accounting Practices**

Costs were charged to this contract via the accounting methods of two different entities: CRS Sirrine Engineers and Jacobs Engineering Group Inc.

A. For Fiscal Years 1993 and 1994, costs were charged to this contract under the accounting methods of CRS Sirrine Engineers. Significant accounting methods included:

1. Fringe benefits, overhead and general & administrative expenses were combined into a single pool and allocated to final cost objectives on a basis of direct labor dollars. Cost bases and allocations are shown in Attachment 1 to this Section.

2. Jacobs Engineering Group Inc. (Jacobs) purchased CRS Sirrine Engineers from CRSS, Inc. (CRSS) as of 01 August 1994, and named the acquired entity Jacobs-Sirrine Engineers. The CRSS Fiscal Year ended 30 June, while the Jacobs' Fiscal Year began 01 October. In accordance with CAS 406, Jacobs and CRSS handled the transition period by adding one month to CRSS' FY 1994 (which now covered the period 01 July 1993 through 30 July 1994) and two months to Jacobs-Sirrine Engineers' FY 1995 (which now covered the period 01 August 1994 through 30 September 1995). This resulted in a 13 month FY 1994 and a 14 month FY 1995 for costs charged to this contract. The transition period accounting has been reviewed and accepted by the Defense Contract Audit Agency (DCAA) as part of its reviews of Jacobs' Fiscal Years 1993 and 1994 incurred costs.

3. Facilities Capital Cost of Money (FCCOM) was applied to a base of direct labor dollars. (See Attachment 1)

B. For Fiscal Years 1995 and 1996, costs were charged to this contract under the accounting methods of Jacobs-Sirrine Engineers, a wholly owned subsidiary and separate business unit of Jacobs Engineering Group Inc. A Form CASB-DS-1 (Disclosure Statement) covering the accounting practices of this entity was submitted to the Jacobs' Administrative Contracting Offficer, and is available for review. Significant accounting methods include:

1. Fringe benefits expenses for all domestic United States employees are collected into a single indirect expense pool, and allocated to final cost objectives on a basis of direct labor dollars (including overtime premium dollars). (See Attachment 1)

2. Overhead and general & administrative expenses are collected into a separate indirect expense pool, and allocated to final cost objectives on a basis of direct labor dollars (including overtime premium dollars) and associated fringe benefit dollars. (See Attachment 1)

3. Personal Computers (PCs) and Computer Aided Design (CAD) charges are collected into a single indirect pool (service center) and allocated to final cost objectives on a basis of machine hours used. (See Attachment 1)

4. Facilities Capital Cost of Money (FCCOM) is applied to a base of direct labor dollars (including overtime premium dollars) and associated fringe benefit dollars. (See Attachment 1)

**Accounting Practices**
**Attachment 1**
**Schedule of Pools and Bases by Fiscal Year**

| Pool | Base | Provisional Rate | Claimed Rate |
|---|---|---|---|
| Fiscal Year 1993 (01 July 1992 - 30 June 1993) | | | |
| Reflects indirect rates submitted for DCAA audit by CRSS, Inc. | | | |
| Fringe Benefits | NONE -- INCLUDED IN OVERHEAD POOL | | |
| Overhead | Direct Labor $ | 177.0% | 152.0% |
| Gen. & Admin. | NONE -- INCLUDED IN OVERHEAD POOL | | |
| FCCOM | Direct Labor $ | .00133 | .00115 |
| Fiscal Year 1994 (01 July 1993 - 30 July 1994) | | | |
| Reflects indirect rates submitted for DCAA audit by CRSS, Inc. | | | |
| Fringe Benefits | NONE -- INCLUDED IN OVERHEAD POOL | | |
| Overhead | Direct Labor $ | 177.0% | 182.0% |
| Gen. & Admin. | NONE -- INCLUDED IN OVERHEAD POOL | | |
| FCCOM | Direct Labor $ | .00133 | .00087 |
| Fiscal Year 1995 (01 August 1994 - 30 September 1995) | | | |
| Reflects indirect rates submitted for DCAA audit by Jacobs Engineering | | | |
| Fringe Benefits | Direct Labor $ | 0.0% | 24.566% |
| Overhead | See Note below. | | |
| Gen. & Admin. | Direct Labor $ + Fringe $ | 0.0% | 43.695% |
| FCCOM | Direct Labor $ | .00133 | .00692 |
| Note: Overhead continued to be billed on a basis of direct labor dollars at a rate of 155.0%. | | | |
| Fiscal Year 1996 (01 October 1995 - 30 September 1996) | | | |
| Reflects estimated final indirect rates based on actuals experienced through 30 April 1996 | | | |
| Fringe Benefits | Direct Labor $ | 0.0% | 25.000% |
| Overhead | See Note below. | | |
| Gen. & Admin. | Direct Labor $ + Fringe $ | 0.0% | 27.981% |
| FCCOM | Direct Labor $ | .00133 | .00705 |
| Note: Overhead continued to be billed on a basis of direct labor dollars at a rate of 86.0%. | | | |

# MEMORANDUM
# OF TERMINATION SETTLEMENT OF SUBCONTRACTORS' PROPOSALS

JE ®

# Jacobs Engineering GroupInc.
# MEMORANDUM OF TERMINATION SETTLEMENT OF SUBCONTRACTORS' PROPOSALS

**July 31, 1996**
**Contract No. DE-AC21-92MC28202**
**PROJECT NO.: 16N25706**

---

## I. BACKGROUND

This memorandum outlines the results of Jacobs Engineering Group Inc.'s settlement agreements reached with its subcontractors D.B. Riley and Physical Sciences Inc. as a result of the Department of Energy's (DOE) termination for convenience of Contract No. DE-AC21-92MC28202.

Contract No. DE-AC21-92MC28202 was awarded to CRS Sirrine Engineers, now a division of Jacobs Engineering Group Inc. The contract was awarded by the Department of Energy (DOE) on 9/30/92 and terminated for convenience on 08/02/95. The purpose of the contract was to design and build a "Gasification Product Improvement Facility (GPIF)" based upon technology already owned by Jacobs and its subcontractors.

As a vehicle for this project the DOE set up a "Cost Sharing" arrangement under which the DOE would be responsible for 80% of the cost and the Jacobs team would be responsible for 20%. The cost sharing provision of the contract provided that:

(1) The contractor is liable for 20% of the costs if the contractor terminates the agreement;
(2) Upon completion of the contract, title to all property vests in the Government and the contractor waives its right for reimbursement of its cost percentage;
(3) The contract at Part I-Section B, clause B.007(D) Cost Sharing Changes, states that; "In the event of a change, (increase or decrease), in accordance with contract clause no. 61, FAR 52.243-2, "Changes", (Cost Reimbursement) Alternates I and V", the parties will negotiate an appropriate cost-sharing ratio for the work.
(4) Upon Termination for Convenience FAR 52.249-6 "Termination (Cost-Reimbursement) (May 1986)" shall govern.

## II. SETTLEMENT WITH SUBCONTRACTORS

Jacobs required its subcontractors, D.B. Riley and Physical Sciences Inc. (PSI), to submit termination settlement proposals in accordance with FAR 52.249-6 "Termination (Cost-Reimbursement) (May 1986)." Jacobs has negotiated a settlement agreement with each of them and the results of the negotiations are as stated below.

### D.B. RILEY SETTLEMENT PROPOSAL (SUBCONTRACT NO. 16N25706)

A settlement agreement has been reached with D.B. Riley who participated as a major subcontractor to Jacobs. The negotiation objectives listed below were developed using the DCAA audit report that we released to Jacobs with the approval of D.B. Riley. The D.B. Riley proposal is provided in Attachment 1. The DCAA audit report is provided in Attachment 2.

The proposal from D.B. Riley was received by Jacobs on September 27, 1995. Several fact-finding sessions were conducted and followed by negotiations on March 19 and April 17 and 18, 1996. The

JApp 00195

following table represents the D.B. Riley proposal, the Jacobs objective and the negotiated settlement agreement which was finalized on April 30, 1996.

| | **D.B. RILEY PROPOSAL** | **JACOBS OBJECTIVE** | **NEGOTIATED AGREEMENT** |
|---|---|---|---|
| Total Base Contract Cost | $1,476,572.00 | $1,476,572.00 | $1,476,572.00 |
| Cost Share Dollars | $369,143.00 | $369,143.00 | $369,143.00 |
| Settlement Expenses | $133,019.00 | $87,067.00 | $109,754.00 - **(1)** |
| Reassignment Expenses | $12,290.00 | -0- | -0- - **(2)** |
| Severance Payments | $23,380.00 | $23,380.00 | $23,380.00 |
| REV 1 | $13,983.00 | $13,983.00 | (In base costs) - **(3)** |
| Commercialization Plan | $20,667.00 | (In settlement exp.) | $20,667.00-**(4)** |
| **Total Settlement Cost:** | **$2,029,318.00** | **$1,990,812.00** | **$1,999,516.00** |

FOOTNOTES SUPPORTING D.B. RILEY NEGOTIATIONS

(1) The negotiated agreement reflects a reduction in direct labor from $57,116.00 to $27,000.00 and an application of overhead in the amount of $48,000.00. The objective of $87,067.00 was based on direct labor of $24,890.00 and an application of recommended overhead rates comprised of payroll taxes, fringe benefits, occupancy costs, and immediate supervision costs. At the time of notification of termination all direct labor of the business unit which is composed of R&D and E&D, was dedicated solely to the Jacobs Subcontract. Additionally, a request for continuation of effort to complete the REV-1 Document and completion of a Commercialization plan created a circumstance where the direct labor expended by D.B. Riley could not be recategorized to fit within the meaning of FAR 31.205-42 (g)(iii), which recommends use of only fringes and supervisory costs as a burden to direct labor under a termination action. Therefore, the approved overhead rate of D.B. Riley and not the rate recommended in the audit report was used to determine the overhead applicable to the settlement expenses.

(2) Reassignment expenses were determined to be unallowable.

(3) REV-1 costs were included in the Base Contract Cost. The REV-1 costs were applicable to the basic contract and therefore subject to a cost share of 20%.

(4) The commercialization plan was directly tasked by the Contracting Officer's Representative and was not discussed with a Jacobs representative. The commercialization plan does not fit within the basic statement of work. Additionally, this tasking was not issued to Jacobs as the prime. The task was requested directly from D.B. Riley and therefore should not be subject to the cost share.

**PSI SETTLEMENT PROPOSAL (SUBCONTRACT NO. 31604)**

Jacobs received PSI's proposal on 09/11/95. PSI's proposal is provided in Attachment 3. Several telephone fact-finding sessions were held between Jacobs and PSI. PSI proposed a total settlement cost of $194,000.00. A request for audit assistance was made to DOE/METC. Due to the dollar level of PSI's proposal, an audit was not conducted. The following table represents PSI's proposal and the negotiated agreement which was finalized on April 23, 1996.

| | PSI PROPOSAL | NEGOTIATED AGREEMENT |
|---|---|---|
| Total Direct Labor (settlement only) | $1,659.00 | $2,069.00-(1) |
| Total Subcontract Costs (Cost Share) | $179,935.00 | $161,682.00-(2) |
| Subcontract Settlement Costs | $410.00 | $0.00-(3) |
| Total Direct Costs | $182,004.00 | $163,751.00 |
| Fee @ 7% | $12,739.00 | $144.83-(4) |
| **Total Settlement Cost:** | **$194,743.00** | **$163,895.83** |

**FOOTNOTES SUPPORTING PSI NEGOTIATIONS**

(1) The negotiated figure for direct labor is for that labor accountable to the settlement only. The labor of $1,659.00 was added to the labor of $410.00 which is equal to the negotiated amount of $2,069.00. Additionally, the labor is fully loaded.

(2) Total Subcontract Costs are actually the Cost Share amount of PSI. However, PSI could not support the difference in the amount invoiced of $161,682.00 and the figure of $179.935.00. Therefore, PSI accepted the cost share amount of $161,682.00 as final.

(3) The amount was added to the total direct labor in item (1).

(4) PSI did not understand that the fee of 7% was deferred and therefore already present in the cost share amount. A fee of 7% was therefore only allowed on the direct labor.

## III. JACOBS' POSITION

It is Jacobs' position that due to the termination, and the fact that Jacobs could not market the Gasification plant to third parties, Jacobs and its subcontractors are entitled to be reimbursed for: (a) work completed under the contract but not billed; (b) the cost sharing elements; (c) reasonable termination costs; and (d) fee in accordance with the cost sharing provision and the termination for convenience clauses of the contract.

## IV. CONCLUSION

In accordance with FAR 52.249-6, Jacobs has negotiated settlement agreements with its subcontractors and prepared a Termination Settlement Proposal for submittal to the DOE which includes the negotiated settlement agreements between Jacobs and its subcontractors. In addition, actual costs have been segregated for the work expended up to the point of the termination and the costs related to termination activities.

ATTACHMENT 1

# D.B. RILEY
# TERMINATION PROPOSAL

# FINAL RELEASE FORM

TO: JACOBS ENGINEERING GROUP INC.
125 BROADWAY AVENUE
OAK RIDGE, TENNESSEE 37830
ATTENTION: Forrest V. Schweitzer

Subcontractor: DB Riley, Inc.

Subcontract No.: 16N25706

Jacobs' Project No.: DE-AC21-92MC28202

Owner: ____________________

Customer: ____________________

This release is made in accordance with the provisions of the above referenced Subcontract, including any and all modifications thereto.

If Subcontractor is paid $1,999,525.00 by September 1, 1996, then
In consideration of payments made heretofore, or to be made, by Jacobs to the Subcontractor for labor, materials, and services furnished by the Subcontractor in the performance of the above referenced Subcontract, the Subcontractor hereby unconditionally releases Jacobs, the Customer and the Owner, their officers, agents, employees, assignees or heirs from any and all claims whatsoever arising out of, or during, the performance of said Subcontract, other than such claims, if any, that have the consent of Jacobs, the Customer and the Owner as being specifically excepted from the terms of this Release, stated as follows: (None unless expressly stated herein)____________________

Subcontract further certifies that all labor, materials and services furnished in connection with the performance of said Subcontract and all applicable state and federal payroll taxes and payroll insurance have been paid.

Executed this 3 day of May, 19 96.

D.B. Riley, Inc.
Subcontractor

[signature]
Signature

James S. Brantl
Name

Vice President
Title

WITNESS

Janet A. Lane
Signature

JApp 00199

# JE® JACOBS ENGINEERING GROUP INC.

125 BROADWAY AVENUE. OAK RIDGE, TENNESSEE 37830
TELEPHONE (423) 220-4800 • FAX (423) 220-4848

May 3, 1996

AnnMarie Schiavitti-Smith
Research Center
45 Mckeon Road
Worcester, MA 01610

Subject: Subcontract No. 93856
DOE Prime Contract No. DE-AC-21-92MC28202
Riley Proposal for Termination for Convenience, Dated March 11, 1996.

Reference: DCAA Audit Report No. 2181-96J17100001
Telephone call FSchweitzer to AMSchiavitti-Smith on 4/22/96

Dear Ms. Smith:

We have reviewed and accept your offer of May 2, 1996. Please be advised that Jacobs ability to complete payment of any cost above those which have been paid to your company in Base Subcontract Dollars of $1,845,714 of which you have received 80% or I,476,571 are subject to negotiation and approval of Jacobs claim to the Department of Energy for Termination for Convenience. After review and inclusion of all invoices and payment we have determined your Base Subcontract Costs to be $1,476,571.00. The total contract cost before cost share is $1,845,714. Any difference in the below listed amounts and your offer of May 2, 1996 is due to the aforementioned Base Subcontract Cost determination which was as of May 3, 1996. A summary of our agreement is as follows:

| Proposal | JEG Offer 5/3/96 | DB Riley's Offer 5/2/96 |
|---|---|---|
| Base Subcontract cost | $1,476,571.00 | $1,476,572.00 |
| Cost Share Dollars | $369,143.00 | $369,143.00 |
| Settlement Expenses | $109,754.00 | $109,754.00 |
| Reassignment Expenses | $ -0- | $ -0- |
| Severance Payments | $23,380.00 | $23,380.00 |
| REV 1 | (in Base Subcontract Cost) | (in Base Subcontract Cost) |
| Commercialization Plan | $20,677.00 | $20,667.00 |
| Total Cost of Settlement | $1,999,525.00 | $1,999,526.00 |