Additionally, please forward a claims certification and a contingent release of claims. Please confirm your acceptance by signing and returning this document.

Sincerely,

Forrest V. Schweitzer

Forrest V. Schweitzer, CPCM
Contract Administrator

Vice President

Date:

Enclosure

cc: D. Carson
J. Dempsey
Contract File

DEUTSCHE BABCOCK

DB RILEY, INC

March 11, 1996

Forrest V. Schweitzer
Jacobs Engineering Group Inc.
125 Broadway Avenue
Oak Ridge, Tennessee 37830

Subject: Subcontract No. 93856
DOE Prime Contract No. DE-AC-21-92MC28202
D.B. Riley's Updated PyGas™ Termination Proposal

Reference: (1) AMSchiavitti-Smith and FVSchweitzer Conference Call on 2/28/96
(2) DCAA Audit Report No. 2181-96J17100001
(3) Fax to FVSchweitzer from AMSchiavitti-Smith on 2/28/96

Dear Mr. Forrest:

Enclosed is an updated proposal for the subject contract. As we discussed (Ref. 1), our financial update includes the following changes:

1. The hours in support of the commercialization plan are separately priced and subtracted from the settlement expenses.
2. Reassignment expenses are reduced to actual cost incurred to-date. Severance payments are added and replace reassignment cost estimates.

In addition, we do not agree with exceptions taken by DCAA in the Audit Report (Ref. 2) to: (1) Riley's request for reimbursement of cost share dollars and (2) Full government overhead rate on settlement expenses (Ref. 3).

Please contact me if you have questions or need further information.

Sincerely,

AnnMarie Schiavitti-Smith
Phone: 508/792-4821
Fax: 508/792-4817

Enclosure

CC: J. Brantl

JApp 00202



Mailing Address:
Research Center

Shipping Address:

Telephone:

PyGas™ TERMINATION

## TOTAL SUMMARY OF CLAIM TO JSE

| | | 3/96 UPDATE | | 9/27/95 SUBMISSION | | VARIANCE | Notes | Reference |
|---|---|---|---|---|---|---|---|---|
| *Total Base Contract Cost* | $ | 1,460,775 | $ | 1,456,555 | $ | 4,220 | *(1)* | *Page2* |
| *Cost Share Dollars* | $ | 365,194 | $ | 364,139 | $ | 1,055 | *(2)* | *Page2* |
| *Settlement Expenses* | $ | 133,019 | $ | 229,199 | $ | (96,180) | *(3)* | *Page3* |
| *Reassignment Expenses* | $ | 12,290 | $ | 180,438 | $ | (168,148) | *(4)* | *Page4* |
| *Severance Payments* | $ | 23,380 | $ | - | $ | 23,380 | *(5)* | *Page5* |
| *REV 1* | $ | 13,983 | $ | 9,443 | $ | 4,540 | *(6)* | *Page6* |
| *Commercialization Plan* | $ | 20,677 | $ | - | $ | 20,677 | *(7)* | *Page7* |
| TOTAL SUMMARY | $ | 2,029,317 | $ | 2,239,774 | $ | (210,457) | | |

Notes:
(1) Increase due to DM exchange rate differences from original estimate to the date of actual payment.
(2) Cost share increase associated with note (1) above.
(3) Settlement expenses reflect: (a) actuals to-date, (b) decrease in hours for commercialization plan and, (c) an estimate to complete of 160 hours.
(4) Reassignment expenses adjusted down to reflect only incurred actuals to-date.
(5) Added severance payments for personnel terminated due to cancellation of project.
(6) REV 1 updated to reflect increase in actuals for the hours to review the Final Report requested on 9/21/95 (not included previously) .
(7) Segregated Commercialization Plan hours from previously submitted settlement expenses.

JApp 00203

PyGas™ TERMINATION

## BASE CONTRACT COSTS

| FISCAL YEAR | 1993 Rates | 1993 Total | 1994 Rates | 1994 Total | 1995 Rates | 1995 ACT 9/95 | 1995 C-T-C | 1995 Total | TOTAL PROGRAM |
|---|---|---|---|---|---|---|---|---|---|
| LABOR HOURS | | | | | | | | | |
| R&D Engineering | | 561 | | 3,027 | | 6,519 | | 6,519 | 10,107 |
| Engineering & Drafting | | 342 | | 623 | | 1,517 | | 1,517 | 2,482 |
| Project Management | | 0 | | - | | 427 | | 427 | 427 |
| Purchasing | | 0 | | - | | 119 | | 119 | 119 |
| Production Control | | 0 | | - | | 631 | | 631 | 631 |
| Environmental | | | | | | | | - | - |
| TOTAL HOURS | | 903 | | 3,650 | | 9,212 | 0 | 9,212 | 13,765 |
| LABOR DOLLARS | FCCOM | | FCCOM | | FCCOM | | | | |
| R&D Engineering | 0.23522 | 25,001 | 0.13834 | 71,322 | 0.12576 | 167,174 | | 167,174 | 263,497 |
| Engineering & Drafting | 0.00813 | 11,712 | 0.01391 | 18,694 | 0.01581 | 37,811 | | 37,811 | 68,217 |
| Project Management | | - | | - | | 7,727 | | 7,727 | 7,727 |
| Purchasing | | - | | - | | 2,661 | | 2,661 | 2,661 |
| Production Control | | - | | - | | 10,201 | | 10,201 | 10,201 |
| Environmental | | - | | - | | 303 | | 303 | 303 |
| TOTAL LABOR DOLLARS | | 36,712 | | 90,015 | | 225,878 | - | 225,878 | 352,605 |
| OVERHEAD DOLLARS | | | | | | | | | |
| R&D Engineering | 242.8% | 60,701 | 179.0% | 127,666 | 174.1% | 291,051 | - | 291,051 | 479,418 |
| Engineering & Drafting | 111.8% | 13,094 | 106.9% | 19,983 | 125.7% | 47,529 | - | 47,529 | 80,606 |
| Project Management | | - | | - | 121.0% | 9,350 | - | 9,350 | 9,350 |
| Purchasing | | - | | - | 161.0% | 4,284 | - | 4,284 | 4,284 |
| Production Control | | - | | - | 85.0% | 8,671 | - | 8,671 | 8,671 |
| Environmental | | - | | - | 56.0% | 169 | - | 169 | 169 |
| TOTAL OVERHEAD | | 73,795 | | 147,649 | | 361,054 | - | 361,054 | 582,498 |
| OTHER DIRECT COSTS | | | | | | | | | |
| Professional Services | | 1,041 | | 69,561 | | 27,620 | | 27,620 | 98,222 |
| Travel | | - | | - | | 32,759 | | 32,759 | 32,759 |
| Subcontracts | | - | | - | | 295,489 | - | 295,489 | 295,489 |
| | | - | | - | | | | - | - |
| TOTAL OTHER DIRECT COSTS | | 1,041 | | 69,561 | | 355,867 | - | 355,867 | 426,469 |
| TOTAL DIRECT COST & OVHD | | 111,549 | | 307,225 | | 942,799 | - | 942,799 | 1,361,573 |
| G&A | 9.3% | 10,374 | 15.6% | 47,927 | 16.3% | 153,676 | - | 153,676 | 211,977 |
| COST OF MONEY | 0.00038 | 6,018 | 0.00020 | 10,188 | 0.00026 | 21,867 | - | 21,867 | 38,073 |
| TOTAL CONTRACT COST | | 127,941 | | 365,340 | | 1,118,342 | - | 1,118,342 | 1,611,623 |
| FEE | 13.3% | 17,016 | 13.3% | 48,590 | 13.3% | 148,739 | - | 148,739 | 214,346 |
| TOTAL CONTRACT COST + FEE | | 144,957 | | 413,931 | | 1,267,081 | - | 1,267,081 | 1,825,969 |
| COST PARTICIPATION | | | | | | | | | |
| Fee | | (17,016) | | (48,590) | | (148,739) | - | (148,739) | (214,346) |
| Cost Share | | (11,975) | | (34,196) | | (104,677) | - | (104,677) | (150,848) |
| TOTAL COST PARTICIPATION | -20.0% | (28,991) | -20.0% | (82,786) | -20.0% | (253,416) | - | (253,416) | (365,194) |
| NET COST - JSE | | 115,966 | | 331,145 | | 1,013,665 | - | 1,013,665 | 1,460,775 |

JApp 00204

PyGas™ TERMINATION

## CLOSURE COSTS – SETTLEMENT EXPENSES SCHEDULE

| *FISCAL YEAR* | *1995* | | | | *1996* | | | | *TOTAL* |
|---|---|---|---|---|---|---|---|---|---|
| *EWA 9002* | *FCST Rates* | *Y-T-D 8/95 ACTUALS* | *C-T-C* | *Total* | *FCST Rates* | *Y-T-D 12/95 ACTUALS* | *C-T-C* | *Total* | *PROGRAM* |
| LABOR HOURS | | | | | | | | | |
| R&D Engineering | $ 31.22 | 95 | 0 | 95 | $ 32.78 | 591 | 160 | 751 | 846 |
| Engineering & Drafting | $ 25.22 | 0 | 0 | 0 | $ 26.48 | 41 | 0 | 41 | 41 |
| Project Management | $ 28.78 | 0 | 0 | 0 | $ 31.12 | 5 | 0 | 5 | 5 |
| Purchasing | | | | 0 | | 1 | | 1 | 1 |
| Production Control | | | | 0 | | | | | - |
| Environmental | | | | 0 | | | | | - |
| TOTAL HOURS | | 95 | 0 | 95 | | 637 | 160 | 797 | 892 |
| LABOR DOLLARS | *FCCOM* | | | | *FCCOM* | | | | |
| R&D Engineering | 0.12576 | 2,606 | - | 2,606 | 0.12576 | 17,785 | 5,245 | 23,030 | 25,636 |
| Engineering & Drafting | 0.01581 | - | - | - | 0.01581 | 1,110 | - | 1,110 | 1,110 |
| Project Management | | - | - | - | | 161 | - | 161 | 161 |
| Purchasing | | | - | - | | 11 | - | 11 | 11 |
| Production Control | | | - | - | | - | - | - | - |
| Environmental | | | - | - | | - | - | - | - |
| TOTAL LABOR DOLLARS | | 2,606 | - | 2,606 | | 19,067 | 5,245 | 24,312 | 26,918 |
| OVERHEAD DOLLARS | | | | | | | | | |
| R&D Engineering | 174.1% | 4,537 | - | 4,537 | 181.2% | 32,227 | 9,504 | 41,731 | 46,268 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | 1,351 | - | 1,351 | 1,351 |
| Project Management | 121.0% | - | - | - | 121.0% | 195 | - | 195 | 195 |
| Purchasing | | | - | - | | - | - | - | - |
| Production Control | | | - | - | | - | - | - | - |
| Environmental | | | - | - | | - | - | | - |
| TOTAL OVERHEAD | | 4,537 | - | 4,537 | | 33,773 | 9,504 | 43,276 | 47,813 |
| OTHER DIRECT COSTS | | | | | | | | | |
| Professional Services | | - | - | - | | 1,250 | 31,250 | 32,500 | 32,500 |
| Travel | | - | - | - | | 6 | 3,172 | 3,178 | 3,178 |
| Subcontracts | | - | - | - | | - | - | - | - |
| | | | | | | - | - | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | 1,256 | 34,422 | 35,678 | 35,678 |
| TOTAL DIRECT COST & OVHD | | 7,143 | - | 7,143 | | 54,096 | 49,170 | 103,266 | 110,409 |
| G&A | 16.3% | 1,164 | - | 1,164 | 17.6% | 9,521 | 8,654 | 18,175 | 19,339 |
| COST OF MONEY | 0.00026 | 330 | - | 330 | 0.00026 | 2,268 | 672 | 2,941 | 3,270 |
| TOTAL CONTRACT COST | | 8,637 | - | 8,637 | | 65,885 | 58,497 | 124,382 | 133,019 |
| FEE | 0.0% | - | - | - | 0.0% | - | - | - | - |
| TOTAL CONTRACT COST + FEE | | 8,637 | - | 8,637 | | 65,885 | 58,497 | 124,382 | 133,019 |

*Reference Page Number -*

8

JApp 00205

PyGas™ TERMINATION

## CLOSURE COSTS -- REASSIGNMENT SCHEDULE

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9003 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Y-T-D 12/95 ACTUALS | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | $ 31.22 | | 0 | 0 | $ 32.78 | 119 | 119 |
| Engineering & Drafting | $ 25.22 | | 0 | 0 | $ 26.48 | 0 | - |
| Project Management | $ 28.78 | | 0 | 0 | $ 31.12 | 0 | - |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 0 | 0 | 0 | | 119 | 119 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | - | | | 0 | - | 3,716 | 3,716 |
| Engineering & Drafting | 0 | | | 0 | 0 | - | - |
| Project Management | | | | 0 | | - | - |
| Purchasing | | | | 0 | | - | - |
| Production Control | | | | 0 | | - | - |
| Environmental | | | | 0 | | - | - |
| TOTAL LABOR DOLLARS | | - | - | 0 | | 3,716 | 3,716 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | - | - | - | 181.2% | 6,734 | 6,734 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | - | - |
| Project Management | 121.0% | - | - | - | 121.0% | - | - |
| Purchasing | | | | - | | - | - |
| Production Control | | | | - | | - | - |
| Environmental | | | | - | | | - |
| TOTAL OVERHEAD | | - | - | - | | 6,734 | 6,734 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | | - | | - | - |
| Travel | | - | | - | | - | - |
| Subcontracts | | - | | - | | - | - |
| | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | - | - |
| TOTAL DIRECT COST & OVHD | | - | - | - | | 10,450 | 10,450 |
| G&A | 16.3% | - | - | - | 17.6% | 1,839 | 1,839 |
| COST OF MONEY | 0.00026 | - | - | - | - | - | - |
| TOTAL CONTRACT COST | | - | - | - | | 12,290 | 12,290 |
| FEE | 13.3% | - | - | - | 13.3% | | - |
| TOTAL CONTRACT COST + FEE | | - | - | - | | 12,290 | 12,290 |

JApp 00206

PyGas™ TERMINATION

## CLOSURE COSTS -- SEVERANCE PAYMENTS

***R&D ENGINNERING***

| | | |
|---|---|---|
| *William Place* | *12/95* | |
| *Jeff Kennedy* | *12/95* | |
| *Perumal Thamaraichelvan* | *12/95* | |
| *Vijay Dixit* | *12/95* | |
| ***TOTAL PAYMENTS*** | | ***$ 23,380.00*** |

JApp 00207

PyGas™ TERMINATION

## CLOSURE COSTS -- REV 1 SCHEDULE

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9001 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Y-T-D 10/95 ACTUALS | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | | 80 | 0 | 80 | | 44 | 124 |
| Engineering & Drafting | | | | 0 | | 0 | - |
| Project Management | | | | 0 | | 0 | - |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 80 | 0 | 80 | | 44 | 124 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | 0.12576 | 2,265 | - | 2,265 | 0.12576 | 1,404 | 3,669 |
| Engineering & Drafting | 0.01581 | | - | - | 0.01581 | | - |
| Project Management | | | - | - | | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | - | | | - |
| TOTAL LABOR DOLLARS | | 2,265 | - | 2,265 | | 1,404 | 3,669 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | 3,943 | - | 3,943 | 181.2% | 2,544 | 6,487 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | - | - |
| Project Management | 121.0% | | - | - | 121.0% | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | | | | - |
| TOTAL OVERHEAD | | 3,943 | - | 3,943 | | 2,544 | 6,487 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | | - | | - | - |
| Travel | | - | | - | | - | - |
| Subcontracts | | - | | - | | 13 | 13 |
| | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | 13 | 13 |
| TOTAL DIRECT COST & OVHD | | 6,208 | - | 6,208 | | 3,960 | 10,168 |
| G&A | 16.3% | 1,012 | - | 1,012 | 17.6% | 697 | 1,709 |
| COST OF MONEY | 0.00026 | 286 | - | 286 | 0.00026 | 178 | 464 |
| TOTAL CONTRACT COST | | 7,507 | - | 7,507 | | 4,835 | 12,341 |
| FEE | 13.3% | 998 | - | 998 | 13.3% | 643 | 1,641 |
| TOTAL CONTRACT COST + FEE | | 8,505 | - | 8,505 | | 5,478 | 13,983 |

JApp 00208

PyGas™ Termination

## COMMERCIALIZATION PLAN

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9001 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Y-T-D 8/95 ACTUALS | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | | 123 | 0 | 123 | | 35 | 158 |
| Engineering & Drafting | | | | 0 | | 0 | - |
| Project Management | | | | 0 | | 0 | - |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 123 | 0 | 123 | | 35 | 158 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | 0.12576 | 4,253 | - | 4,253 | 0.12576 | 1,209 | 5,463 |
| Engineering & Drafting | 0.01581 | | - | - | 0.01581 | | - |
| Project Management | | | - | - | | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | - | | | - |
| TOTAL LABOR DOLLARS | | 4,253 | - | 4,253 | | 1,209 | 5,463 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | 7,405 | - | 7,405 | 181.2% | 2,192 | 9,597 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | - | - |
| Project Management | 121.0% | | - | - | 121.0% | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | | | | - |
| TOTAL OVERHEAD | | 7,405 | - | 7,405 | | 2,192 | 9,597 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | | - | | - | - |
| Travel | | - | | - | | - | - |
| Subcontracts | | - | | - | | - | - |
| | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | - | - |
| TOTAL DIRECT COST & OVHD | | 11,659 | - | 11,659 | | 3,401 | 15,060 |
| G&A | 16.3% | 1,900 | - | 1,900 | 17.6% | 599 | 2,499 |
| COST OF MONEY | 0.00026 | 538 | - | 538 | 0.00026 | 153 | 691 |
| TOTAL CONTRACT COST | | 14,097 | - | 14,097 | | 4,153 | 18,249 |
| FEE | 13.3% | 1,875 | - | 1,875 | 13.3% | 552 | 2,427 |
| TOTAL CONTRACT COST + FEE | | 15,972 | - | 15,972 | | 4,705 | 20,677 |

JApp 00209

**OTHER DIRECT COSTS DETAIL**

| FISCAL YEAR | BASE CONTRACT COSTS 1995 | BASE CONTRACT COSTS 1996 | BASE CONTRACT COSTS TOTAL | EWA 9002 - CLOSURE COSTS 1995 | EWA 9002 - CLOSURE COSTS 1996 | EWA 9002 - CLOSURE COSTS TOTAL | REF |
|---|---|---|---|---|---|---|---|
| **I. PROFESSIONAL SERVICES** | | | | | | | |
| Price Waterhouse | | | $ - | $ 1,250 | | $ 1,250 | |
| Legal Fees-L.Rawicz | | | $ - | $ 10,000 | | $ 10,000 | |
| Pygas Patents(1) | | | $ - | $ 20,000 | | $ 20,000 | |
| Totals | $ - | $ - | $ - | $ 31,250 | $ - | $ 31,250 | |
| **II. TRAVEL** | | | | | | | |
| TO: Greenville, SC, 1 Day, 2 Trips, 2 People at AF=$650; Per Diem=$77; Car Rental=$35/day | | | $ - | $ 2,978 | | $ 2,978 | |
| | | | $ - | | | $ - | |
| Miscellaneous | | | $ - | $ 194 | | $ 194 | |
| Totals | $ - | $ - | $ - | $ 3,172 | $ - | $ 3,172 | |
| **III. SUBCONTRACTS** | | | | | | | |
| RCI | | | $ - | | | $ - | |
| PACE | | | $ - | | | $ - | |
| BLK | | | $ - | | | $ - | |
| | | | $ - | | | $ - | |
| | | | $ - | | | $ - | |
| Totals | $ - | $ - | $ - | $ - | $ - | $ - | |
| TOTAL OTHER DIRECT COSTS | $ - | $ - | $ - | $ 34,422 | $ - | $ 34,422 | |

(1) Patent costs are related to outside legal firms hired for patent litigation. DB Riley has had to defend several international patent challenges related to the PyGas™ technology.

JApp 00210

PyGAS™ TERMINATION

## SUMMARY OF INDIRECT RATES

| *FISCAL YEAR* | ***1993*** | ***1994*** | ***1995*** | ***1996*** |
|---|---|---|---|---|
| **LABOR RATES:** | | | | |
| R&D Engineering | | | $ 31.22 | $ 32.78 |
| Engineering & Drafting | | | $ 25.22 | $ 26.48 |
| Project Management | | | $ 28.78 | $ 31.12 |
| Purchasing | | | | |
| Production Control | | | | |
| Environmental | | | | |
| **OVERHEAD RATES:** | | | | |
| R&D Engineering | 242.8% | 179.0% | 174.1% | 181.2% |
| Engineering & Drafting | 111.8% | 106.9% | 125.7% | 121.7% |
| Project Management | | | 121.0% | 121.0% |
| Purchasing | | | 161.0% | 161.0% |
| Production Control | | | 85.0% | 85.0% |
| Environmental | | | 56.0% | 56.0% |
| **G&A RATE** | 9.3% | 15.6% | 16.3% | 17.6% |
| **FCCOM:** | | | | |
| R&D Engineering | 0.23522 | 0.13834 | 0.12576 | 0.12576 |
| Engineering & Drafting | 0.00813 | 0.01391 | 0.01581 | 0.01581 |
| G&A | 0.00038 | 0.00020 | 0.00026 | 0.00026 |

*NOTES:*
*(1) 1993 rates are DCAA approved rates.*
*(2) 1994 rates are DCAA approved rates (as of 1/31/96)*
*(3) 1995 are forecasted rates based on actual data.*
*(4) 1996 are forecasted rates based on budget data.*

JApp 00211

DEUTSCHE BABCOCK

James S. Brantl
Vice President – Contract Administration
and General Counsel

DB RILEY, INC.

September 27, 1995

Forest V. Schweitzer
Jacobs Engineering Group, Inc.
125 Broadway Ave.
Oak Ridge, TN 37830

GPIF Project
DOE Contract DE-AC-21-92MC28202
Jacobs Sirrine Engineers (JSE)
Job No. 16N25706
Riley Contract 93856

Subject: DB Riley Termination Cost Proposal

Dear Mr. Schweitzer:

In response to your letter of August 10, 1995 to Vijay Dixit, enclosed is the DB Riley Termination Cost Proposal for the subject contract.

To provide you with a reliable cost estimate we decided to revise the 1993 and 1994 costs to incorporate audited rates for labor, overhead and G&A expenses in our cost proposal. Work associated with the preparation of this information resulted in submitting our proposal two weeks later than September 11, 1995 proposed in your letter. We do not expect to impact the April 30, 1996 date for final settlement. However, we do believe that the 45 day period estimated for the DCAA audit is aggressive and may have to be revised after talking to the DOE.

Very truly yours,

DB RILEY, INC.

James S. Brantl
Vice President

JSB/jcw

enc.

JApp 00212



Mailing Address:
Post Office Box 15040

Shipping Address:

Telephone:

# INTRODUCTION to the COST PROPOSAL

*DB Riley PyGas™ Subcontract Letter#PGVD-L29*

Prime Contract: *DOE CONTRACT DE-AC2-92MC28202*

Our proposal consists of (1) a summary of actual costs incurred-to-date for the base contract (2) an estimate for termination of the contract, and (3) costs incurred to complete the REV 1 package.

The base contract cost summary reflects all actual costs incurred through August 1995, updated to reflect actual burden rates as appropriate. The cost-to-complete represents cost from our subcontractors to be processed in the month of September. Reference ATTACHMENT I for a summary of subcontractor activity represented by these costs.

The estimate for settlement expenses reflects costs associated with the closure of the contract, documentation, consolidation of files, termination proposal preparation, and negotiations. These costs are primarily for internal labor with some support from outside consultants.

The internal planning budget for the PyGas™ project in 1995 and 1996 reflected a significant amount of R&D and Engineering labor activity. A majority of these personnel have been reassigned to other projects. However, a few key individuals remain without full time assignments. The estimated reassignment expenses represents the cost for these individuals. These key people are also closely involved with the termination activity and cannot yet be fully reassigned.

The cost included for the completion of the REV 1 package reflects all actual labor hours incurred to-date.

DB Riley requests payment for all costs incurred to date, including our negotiated fee. We also hereby request reimbursement of all cost share dollars contributed to the program. Inasmuch as Riley, as subcontractor on the project, shared in the Government's costs based upon the probability that the resultant product would have commercial value, the termination of the prime contract for the Government's convenience invalidated this basis for cost sharing. Reference ATTACHMENT II for documentation regarding DB Riley's commercial interest in the PyGas™ project.

# TABLE OF CONTENTS


*Page*

INTRODUCTION .......... i

SUMMARY OF CLAIM .......... 1

CONTRACT SUMMARY (Base Contract Costs, REV 1, and Termination Costs) .......... 2

BASE CONTRACT COST - SUMMARY BY YEAR .......... 3

CLOSURE COSTS - SETTLEMENT EXPENSES SUMMARY BY YEAR .......... 4

CLOSURE COSTS - REASSIGNMENT EXPENSES SUMMARY BY YEAR .......... 5

REV 1 COST SUMMARY .......... 6

PROPOSAL SUPPORT DATA
- Summary of Actual Hours Incurred to-date .......... 7
- Summary of Forecasted Other Direct Costs .......... 8
- Rates .......... 9

ATTACHMENT I - SUBCONTRACTOR SUMMARY OF ACTIVITIES .......... I-1,I-2

ATTACHMENT II - DB RILEY, INC. COMMERCIALIZATION PLAN .......... II-1II-12

PyGAS™ TERMINATION

## TOTAL SUMMARY OF CLAIM TO JSE

| | | TOTALS | Reference |
|---|---|---|---|
| *Total Base Contract Cost* | $ | 1,456,555 | *Page3* |
| *Cost Share Dollars* | $ | 364,139 | *Page3, Attachment II* |
| *Settlement Expenses* | $ | 229,199 | *Page4* |
| *Reassignment Expenses* | $ | 180,438 | *Page5* |
| *REV 1* | $ | 9,443 | *Page6* |
| TOTAL SUMMARY | $ | 2,239,774 | |

JApp 00215

PyGAS™ TERMINATION

## CONTRACT SUMMARY

| TOTALS | BASE CONTRACT | REV 1 | TERMINATION COSTS SETTLEMENT | TERMINATION COSTS REASSIGNMENT | GRAND TOTAL |
|---|---|---|---|---|---|
| LABOR HOURS | | | | | |
| R&D Engineering | 10,107 | 88 | 1,588 | 1,424 | 13,207 |
| Engineering & Drafting | 2,482 | - | 191 | 100 | 2,773 |
| Project Management | 427 | - | 94 | - | 521 |
| Purchasing | 119 | - | - | - | 119 |
| Production Control | 631 | - | - | - | 631 |
| Environmental | - | - | - | - | - |
| TOTAL HOURS | 13,765 | 88 | 1,873 | 1,524 | 17,250 |
| LABOR DOLLARS | | | | | |
| R&D Engineering | 263,497 | 2,515 | 49,630 | 44,457 | 360,099 |
| Engineering & Drafting | 68,217 | - | 4,780 | 2,522 | 75,518 |
| Project Management | 7,727 | - | 2,705 | - | 10,433 |
| Purchasing | 2,661 | - | - | - | 2,661 |
| Production Control | 10,201 | - | - | - | 10,201 |
| Environmental | 303 | - | - | - | 303 |
| TOTAL LABOR DOLLARS | 352,605 | 2,515 | 57,116 | 46,979 | 459,215 |
| OVERHEAD DOLLARS | - | | | | |
| R&D Engineering | 479,418 | 4,378 | 88,561 | 80,557 | 652,914 |
| Engineering & Drafting | 80,606 | - | 5,908 | 3,069 | 89,583 |
| Project Management | 9,350 | - | 3,273 | - | 12,623 |
| Purchasing | 4,284 | - | - | - | 4,284 |
| Production Control | 8,671 | - | - | - | 8,671 |
| Environmental | 169 | - | - | - | 169 |
| TOTAL OVERHEAD | 582,498 | 4,378 | 97,742 | 83,626 | 768,244 |
| OTHER DIRECT COSTS | | | | | |
| Material | 98,222 | - | 32,500 | - | 130,722 |
| Travel | 32,759 | - | 3,178 | - | 35,937 |
| Subcontracts | 291,486 | - | - | - | 291,486 |
| TOTAL OTHER DIRECT COSTS | 422,466 | - | 35,678 | - | 458,144 |
| TOTAL DIRECT COST & OVHD | 1,357,570 | 6,893 | 190,535 | 130,605 | 1,685,604 |
| G&A | 211,325 | 1,124 | 32,297 | 22,987 | 267,732 |
| COST OF MONEY | 38,072 | 318 | 6,367 | 5,665 | 50,422 |
| TOTAL CONTRACT COST | 1,606,967 | 8,335 | 229,199 | 159,256 | 2,003,757 |
| FEE | 213,727 | 1,108 | - | 21,181 | 236,016 |
| TOTAL CONTRACT COST + FEE | 1,820,694 | 9,443 | 229,199 | 180,438 | 2,239,774 |
| COST PARTICIPATION | | | | | |
| Fee | (213,727) | - | - | - | (213,727) |
| Cost Share | (150,412) | - | - | - | (150,412) |
| TOTAL COST PARTICIPATION | (364,139) | - | - | - | (364,139) |
| NET COST - JSE | 1,456,555 | 9,443 | 229,199 | 180,438 | 1,875,635 |
| Reference Attached Page Number: | 3 | 6 | 4 | 5 | |

JApp 00216

PyGAS™ TERMINATION

## BASE CONTRACT COSTS

| *FISCAL YEAR* | *1993* Rates | *1993* Total | *1994* Rates | *1994* Total | *1995* Rates | *1995* ACT 8/95 | *1995* C-T-C | *1995* Total | *TOTAL* PROGRAM |
|---|---|---|---|---|---|---|---|---|---|
| LABOR HOURS | | | | | | | | | |
| R&D Engineering | | 561 | | 3,027 | | 6,519 | | 6,519 | 10,107 |
| Engineering & Drafting | | 342 | | 623 | | 1,517 | | 1,517 | 2,482 |
| Project Management | | 0 | | - | | 427 | | 427 | 427 |
| Purchasing | | 0 | | - | | 119 | | 119 | 119 |
| Production Control | | 0 | | - | | 631 | | 631 | 631 |
| Environmental | | | | | | | | - | - |
| TOTAL HOURS | | 903 | | 3,650 | | 9,212 | 0 | 9,212 | 13,765 |
| LABOR DOLLARS | FCCOM | | FCCOM | | FCCOM | | | | |
| R&D Engineering | 0.23522 | 25,001 | 0.13834 | 71,322 | 0.12576 | 167,174 | | 167,174 | 263,497 |
| Engineering & Drafting | 0.00813 | 11,712 | 0.01391 | 18,694 | 0.01581 | 37,811 | | 37,811 | 68,217 |
| Project Management | | - | | - | | 7,727 | | 7,727 | 7,727 |
| Purchasing | | - | | - | | 2,661 | | 2,661 | 2,661 |
| Production Control | | - | | - | | 10,201 | | 10,201 | 10,201 |
| Environmental | | - | | - | | 303 | | 303 | 303 |
| TOTAL LABOR DOLLARS | | 36,712 | | 90,015 | | 225,878 | - | 225,878 | 352,605 |
| OVERHEAD DOLLARS | | | | | | | | | |
| R&D Engineering | 242.8% | 60,701 | 179.0% | 127,666 | 174.1% | 291,051 | - | 291,051 | 479,418 |
| Engineering & Drafting | 111.8% | 13,094 | 106.9% | 19,983 | 125.7% | 47,529 | - | 47,529 | 80,606 |
| Project Management | | - | | - | 121.0% | 9,350 | - | 9,350 | 9,350 |
| Purchasing | | - | | - | 161.0% | 4,284 | - | 4,284 | 4,284 |
| Production Control | | - | | - | 85.0% | 8,671 | - | 8,671 | 8,671 |
| Environmental | | - | | - | 56.0% | 169 | - | 169 | 169 |
| TOTAL OVERHEAD | | 73,795 | | 147,649 | | 361,054 | - | 361,054 | 582,498 |
| OTHER DIRECT COSTS | | | | | | | | | |
| Professional Services | | 1,041 | | 69,561 | | 27,620 | | 27,620 | 98,222 |
| Travel | | - | | - | | 32,759 | | 32,759 | 32,759 |
| Subcontracts | | - | | - | | | 291,486 | 291,486 | 291,486 |
| | | - | | - | | | | - | - |
| TOTAL OTHER DIRECT COSTS | | 1,041 | | 69,561 | | 60,378 | 291,486 | 351,864 | 422,466 |
| TOTAL DIRECT COST & OVHD | | 111,549 | | 307,225 | | 647,310 | 291,486 | 938,796 | 1,357,570 |
| G&A | 9.3% | 10,374 | 15.6% | 47,927 | 16.3% | 105,512 | 47,512 | 153,024 | 211,325 |
| COST OF MONEY | 0.00038 | 6,018 | 0.00020 | 10,188 | 0.00026 | 21,790 | 76 | 21,866 | 38,072 |
| TOTAL CONTRACT COST | | 127,941 | | 365,340 | | 774,612 | 339,074 | 1,113,686 | 1,606,967 |
| FEE | 13.3% | 17,016 | 13.3% | 48,590 | 13.3% | 103,023 | 45,097 | 148,120 | 213,727 |
| TOTAL CONTRACT COST + FEE | | 144,957 | | 413,931 | | 877,635 | 384,171 | 1,261,806 | 1,820,694 |
| COST PARTICIPATION | | | | | | | | | |
| Fee | | (17,016) | | (48,590) | | (103,023) | (45,097) | (148,120) | (213,727) |
| Cost Share | | (11,975) | | (34,196) | | (72,504) | (31,737) | (104,241) | (150,412) |
| TOTAL COST PARTICIPATION | -20.0% | (28,991) | -20.0% | (82,786) | -20.0% | (175,527) | (76,834) | (252,361) | (364,139) |
| NET COST - JSE | | 115,966 | | 331,145 | | 702,108 | 307,337 | 1,009,445 | 1,456,555 |
| *Reference Attached Page Number* | | 7 | | 7 | | 7 | 8 | | |

JApp 00217

PyGAS™ TERMINATION

## CLOSURE COSTS – SETTLEMENT EXPENSES SCHEDULE

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9002 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Total C-T-C | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | $ 31.22 | 218 | 398 | 616 | $ 32.78 | 972 | 1,588 |
| Engineering & Drafting | $ 25.22 | 14 | 77 | 91 | $ 26.48 | 100 | 191 |
| Project Management | $ 28.78 | 4 | 20 | 24 | $ 31.12 | 70 | 94 |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 236 | 495 | 731 | | 1142 | 1,873 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | 0.12576 | 6,859 | 12,426 | 19,285 | 0.12576 | 30,346 | 49,630 |
| Engineering & Drafting | 0.01581 | 316 | 1,942 | 2,258 | 0.01581 | 2,522 | 4,780 |
| Project Management | | 115 | 576 | 691 | | 2,015 | 2,705 |
| Purchasing | | | - | - | | - | - |
| Production Control | | | - | - | | - | - |
| Environmental | | | - | - | | - | - |
| TOTAL LABOR DOLLARS | | 7,290 | 14,943 | 22,233 | | 34,882 | 57,116 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | 11,942 | 21,633 | 33,574 | 181.2% | 54,987 | 88,561 |
| Engineering & Drafting | 125.7% | 397 | 2,441 | 2,838 | 121.7% | 3,069 | 5,908 |
| Project Management | 121.0% | 139 | 696 | 836 | 121.0% | 2,438 | 3,273 |
| Purchasing | | | - | - | | - | - |
| Production Control | | | - | - | | - | - |
| Environmental | | | - | - | | - | - |
| TOTAL OVERHEAD | | 12,478 | 24,770 | 37,248 | | 60,494 | 97,742 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | 32,500 | 32,500 | | - | 32,500 |
| Travel | | - | 3,178 | 3,178 | | - | 3,178 |
| Subcontracts | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | 35,678 | 35,678 | | - | 35,678 |
| TOTAL DIRECT COST & OVHD | | 19,768 | 75,391 | 95,159 | | 95,376 | 190,535 |
| G&A | 16.3% | 3,222 | 12,289 | 15,511 | 17.6% | 16,786 | 32,297 |
| COST OF MONEY | 0.00026 | 873 | 1,613 | 2,486 | 0.00026 | 3,881 | 6,367 |
| TOTAL CONTRACT COST | | 23,863 | 89,293 | 113,156 | | 116,043 | 229,199 |
| FEE | 0.0% | - | - | - | 0.0% | - | - |
| TOTAL CONTRACT COST + FEE | | 23,863 | 89,293 | 113,156 | | 116,043 | 229,199 |

*Reference Attached Page Number* 7 8,9,10 9,10

JApp 00218

PyGAS™ TERMINATION

## CLOSURE COSTS – REASSIGNMENT SCHEDULE

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9003 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Total C-T-C | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | $ 31.22 | | 0 | 0 | $ 32.78 | 1424 | 1,424 |
| Engineering & Drafting | $ 25.22 | | 0 | 0 | $ 26.48 | 100 | 100 |
| Project Management | $ 28.78 | | 0 | 0 | $ 31.12 | 0 | - |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 0 | 0 | 0 | | 1524 | 1,524 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | 0.12576 | | | 0 | 0.12576 | 44,457 | 44,457 |
| Engineering & Drafting | 0.01581 | | | 0 | 0.01581 | 2,522 | 2,522 |
| Project Management | | | | 0 | | - | - |
| Purchasing | | | | 0 | | - | - |
| Production Control | | | | 0 | | - | - |
| Environmental | | | | 0 | | - | - |
| TOTAL LABOR DOLLARS | | - | - | 0 | | 46,979 | 46,979 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | - | - | - | 181.2% | 80,557 | 80,557 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | 3,069 | 3,069 |
| Project Management | 121.0% | - | - | - | 121.0% | - | - |
| Purchasing | | | | - | | - | - |
| Production Control | | | | - | | - | - |
| Environmental | | | | - | | - | - |
| TOTAL OVERHEAD | | - | - | - | | 83,626 | 83,626 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | | - | | - | - |
| Travel | | - | | - | | - | - |
| Subcontracts | | - | | - | | - | - |
| | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | - | - |
| TOTAL DIRECT COST & OVHD | | - | - | - | | 130,605 | 130,605 |
| G&A | 16.3% | - | - | - | 17.6% | 22,987 | 22,987 |
| COST OF MONEY | 0.00026 | - | - | - | 0.00026 | 5,665 | 5,665 |
| TOTAL CONTRACT COST | | - | - | - | | 159,256 | 159,256 |
| FEE | 13.3% | - | - | - | 13.3% | 21,181 | 21,181 |
| TOTAL CONTRACT COST + FEE | | - | - | - | | 180,438 | 180,438 |

*Reference Attached Page Number* 9,10

JApp 00219

PyGAS™ TERMINATION

## CLOSURE COSTS -- REV 1 SCHEDULE

| FISCAL YEAR | 1995 | | | | 1996 | | TOTAL |
|---|---|---|---|---|---|---|---|
| EWA 9001 | FCST Rates | Y-T-D 8/95 ACTUALS | C-T-C | Total | FCST Rates | Total C-T-C | PROGRAM |
| LABOR HOURS | | | | | | | |
| R&D Engineering | $ 31.22 | 80 | 8 | 88 | $ 32.78 | 0 | 88 |
| Engineering & Drafting | $ 25.22 | | | 0 | $ 26.48 | 0 | - |
| Project Management | $ 28.78 | | | 0 | $ 31.12 | 0 | - |
| Purchasing | | | | 0 | | | - |
| Production Control | | | | 0 | | | - |
| Environmental | | | | 0 | | | - |
| TOTAL HOURS | | 80 | 8 | 88 | | 0 | 88 |
| LABOR DOLLARS | FCCOM | | | | FCCOM | | |
| R&D Engineering | 0.12576 | 2,265 | 250 | 2,515 | 0.12576 | | 2,515 |
| Engineering & Drafting | 0.01581 | | - | - | 0.01581 | | - |
| Project Management | | | - | - | | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | - | | | - |
| TOTAL LABOR DOLLARS | | 2,265 | 250 | 2,515 | | - | 2,515 |
| OVERHEAD DOLLARS | | | | | | | |
| R&D Engineering | 174.1% | 3,943 | 435 | 4,378 | 181.2% | - | 4,378 |
| Engineering & Drafting | 125.7% | - | - | - | 121.7% | - | - |
| Project Management | 121.0% | | - | - | 121.0% | | - |
| Purchasing | | | | - | | | - |
| Production Control | | | | - | | | - |
| Environmental | | | | - | | | - |
| TOTAL OVERHEAD | | 3,943 | 435 | 4,378 | | - | 4,378 |
| OTHER DIRECT COSTS | | | | | | | |
| Professional Services | | - | | - | | - | - |
| Travel | | - | | - | | - | - |
| Subcontracts | | - | | - | | - | - |
| | | - | - | - | | - | - |
| TOTAL OTHER DIRECT COSTS | | - | - | - | | - | - |
| TOTAL DIRECT COST & OVHD | | 6,208 | 685 | 6,893 | | - | 6,893 |
| G&A | 16.3% | 1,012 | 112 | 1,124 | 17.6% | - | 1,124 |
| COST OF MONEY | 0.00026 | 286 | 32 | 318 | 0.00026 | - | 318 |
| TOTAL CONTRACT COST | | 7,507 | 828 | 8,335 | | - | 8,335 |
| FEE | 13.3% | 998 | 110 | 1,108 | 13.3% | - | 1,108 |
| TOTAL CONTRACT COST + FEE | | 8,505 | 938 | 9,443 | | - | 9,443 |
| *Reference Attached Page Number* | | 7 | 9 | | | | |

JApp 00220