IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant our unopposed motion for an enlargement of time of 14 days, to and including August 28, 2006, to file our response to the motion for summary judgment filed by the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"). Our brief is due on August 14, 2006. This is our first request for an enlargement of time for this purpose. Counsel for Jacobs has authorized us to state that Jacobs does not oppose this motion for an enlargement of time.

Because of the press of other business, counsel has been unable to devote time to this matter, and counsel does not expect to have sufficient time to complete necessary work by August 14, 2006.

Since Jacobs filed its brief on July 14, 2006, counsel has completed substantial work upon a formal brief in Harper v. DVA, 2006-7167 (Fed. Cir.), prepared a draft memorandum for the Solicitor General in connection with a recent

decision, Gose v. United States Postal Service, 451 F.3d 831 (Fed. Cir. 2006), defended a deposition for a colleague (who was required to attend a hearing related to a bid protest on short notice) in SSA Marine, Inc. v. United States, No. 05-490C (Fed. Cl.), defended a deposition in HM2 Corporation v. United States, No. 05-551C (Fed. Cl.), and negotiated a proposed settlement in J.H. Parker Construction Company, Inc. v. United States, No. 04-471C (Fed. Cl.).

During the next few weeks, counsel expects to continue to be extremely busy. On July 31, 2006, counsel must file a joint status report in CPN Cascade, Inc. v. United States, No. 05-1316C (Fed. Cl.), and file an informal brief in DiMaggio v. USPS, 2006-3247 (Fed. Cir.). During the week of July 31, 2006, he must write a settlement memorandum for the Parker case. On August 7, 2006, he is due to file a response to the complaint in Shirley M. Priest v. United States, No. 06-346C (Fed. Cl.). On August 8, 2006, and August 11, 2006, he must defend depositions in the HM2 case. On August 21, 2006, he is due to file a formal brief in the Harper case. On August 22, 2006, he must attend a status conference in Arco Management Corp. v. United States, No. 04-1782C. Counsel must also perform many other, smaller tasks.

In addition, time is needed for preparation of the response to the motion for summary judgment, and for review of the final draft brief by counsel for the agency and supervisors at the Department of Justice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ David M. Cohen
DAVID M. COHEN
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

July __, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July __, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier