# In the United States Court of Federal Claims

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., Plaintiff, | ) | No. 02-1500 C |
| v. | ) | Filed August 18, 2006 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On August 17, 2006, defendant filed an unopposed motion for an enlargement of time within which to file its response to plaintiff's motion for summary judgment, presently due on August 28, 2006. Defendant requests an enlargement of 14 days, to and including September 11, 2006. Defendant requires additional time to file its response due to the obligations of defendant's counsel in other cases and to allow adequate time for preparation and supervisory review of defendant's response. This is defendant's second request for an enlargement of time for this purpose. Defendant represents that counsel for plaintiff does not oppose the requested extension.

In light of the foregoing, defendant's motion for an enlargement of time is hereby GRANTED. The Court ORDERS that defendant shall file and serve its response to plaintiff's motion for summary judgment by **Monday, September 11, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge