IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant our motion for an unopposed enlargement of time of 14 days, to and including September 25, 2006, to file our response to the motion for summary judgment filed by the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"). Our brief is due on September 11, 2006. This is our third request for an enlargement of time for this purpose, the Court having granted two enlargements of time of 14 days and 14 days, respectively. Counsel for Jacobs has authorized us to state that Jacobs does not oppose this motion for an enlargement of time.

Counsel for the United States has completed substantial work on a draft response. Furthermore, in an effort to narrow the issues before the Court, Jacobs has made an offer to settle a portion of the claim (related to incurred costs only). This offer will be considered by the authorized representative of the Attorney General.

Despite substantial progress in this matter, additional time is needed. Time is needed to complete the draft response. More importantly, time is needed to permit review of the Jacobs offer of compromise.

Because of illness and the press of other business, counsel was unable to complete his work on this matter as anticipated. Counsel was ill and away from the office on August 31, 2006 and September 1, 2006. Counsel was away from the office attending to the medical needs of a family member on September 8, 2006.

Since we filed our earlier motion for enlargement of time, counsel has devoted substantial time to this case. However, counsel has also had to attend to various other matters.

On August 17, 2006, counsel attended a meeting at the offices of the Solicitor General in connection with Gose v. United States Postal Service, 451 F.3d 831 (Fed. Cir. 2006), and he filed an informal brief in Wilson v. Department of Homeland Security, 2006-3276 (Fed. Cir.). From August 18, 2006 through August 22, 2006, counsel was away from the office on annual leave. On August 21, 2006, counsel filed a formal brief in Harper v. DVA, 2006-7167 (Fed. Cir.). On August 29, 2006, counsel attended a status conference in

Arco Management Corp. v. United States, No. 04-1782C (Fed. Cl.). On August 30, 2006, counsel filed a petition for panel rehearing in the Gose case. On August 31, 2006, counsel filed an informal brief in Meyer v. OPM, 2006-3300 (Fed. Cir.). On August 31, 2006 and September 1, 2006, counsel was ill and away from the office. On September 5-7, 2006, counsel devoted nearly all of his time to this case. In addition, counsel has been required to attend to numerous, smaller matters.

The full enlargement of time requested is needed. Counsel must help process the consideration of Jacobs's offer of partial settlement. Time is needed for consideration by the authorized representative of the Attorney General. Counsel must complete the draft response. In addition, time is needed for review of the draft response by agency counsel and by supervisors at the Department of Justice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ David M. Cohen
DAVID M. COHEN
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 11, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 11, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier