# In the United States Court of Federal Claims

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., Plaintiff, | ) | No. 02-1500 C |
| v. | ) | Filed September 14, 2006 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On September 11, 2006, defendant filed an unopposed motion for an enlargement of time within which to file its response to plaintiff's motion for summary judgment, presently due on September 11, 2006. Defendant requests an enlargement of 14 days, to and including September 25, 2006. Defendant requires additional time to file its response due to the obligations of defendant's counsel in other cases, to allow adequate time for preparation and supervisory review of defendant's response, and to permit review of plaintiff's offer to settle a portion of the claim. This is defendant's third request for an enlargement of time. Defendant represents that counsel for plaintiff does not oppose the requested extension.

In light of the foregoing, defendant's motion for an enlargement of time is hereby GRANTED. The Court ORDERS that defendant shall file and serve its response to plaintiff's motion for summary judgment by **Monday, September 25, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge