IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1500C |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant our motion for an unopposed enlargement of time of seven days, to and including October 2, 2006, to file our response to the motion for summary judgment filed by the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"). Our brief is due on September 25, 2006. This is our fourth request for an enlargement of time for this purpose, the Court having granted three enlargements of time of 14 days, 14 days, and 14 days, respectively. Counsel for Jacobs has authorized us to state that Jacobs does not oppose this motion for an enlargement of time.

Counsel for the United States has completed a draft brief, but initial comments from the agency have revealed a need to make certain revisions. In addition, the comments have revealed the need to collect at least one declaration from a person outside of Washington, D.C.

The full enlargement of time requested is needed. It is uncertain how long it will take to gather the needed declaration, but it is reasonable to assume that a few days might be required. In addition, time is needed for further review of the draft brief by agency counsel, for review by supervisors at the Department of Justice, and for further corrections to the draft brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ David M. Cohen
DAVID M. COHEN
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 21, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 21, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier