# In the United States Court of Federal Claims

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1500 C<br><br>Filed September 25, 2006 |

**ORDER**

On September 22, 2006, defendant filed its fourth unopposed motion for an enlargement of time within which to file its response to plaintiff's motion for summary judgment, presently due on September 25, 2006. Defendant requests an enlargement of 7 days, to and including October 2, 2006. Defendant requires additional time to file its response, both because certain revisions remain to be made and because defendant needs to collect at least one declaration from a person outside of Washington, D.C. Defendant represents that counsel for plaintiff does not oppose the requested extension.

In light of the foregoing, defendant's motion for an enlargement of time is hereby GRANTED. The Court ORDERS that defendant shall file and serve its response to plaintiff's motion for summary judgment by **Monday, October 2, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge