NO. 02-1500C

(Judge George W. Miller)

---

IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS

---

JACOBS ENGINEERING GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

October 2, 2006

Attorneys for Defendant

# TABLES OF CONTENTS

**PAGE**

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . 2

I. Summary Of Recent Proceedings . . . . . . . . . . . . 2

II. The Waiver Issue Has Become Moot . . . . . . . . . . 4

III. The Remaining Dispute Concerns Liability For Fee . . 5

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . 6

SUMMARY OF THE ARGUMENT . . . . . . . . . . . . . . . . . . . . 7

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . 10

I. Standard Of Review . . . . . . . . . . . . . . . . 10

II. The United States Is Liable For All Allowable Costs (As Defined In The Federal Acquisition Regulation) Incurred By Jacobs But Not Yet Paid . . 12

III. Jacobs Is Not Entitled To Be Paid Fee . . . . . . . 15

A. The Court Has Already Ruled That Jacobs Is Not Entitled To Fee . . . . . . . 15

B. The Contract Expressly Provides For No Fee . . 16

C. Jacobs Has Failed To Demonstrate Entitlement to Reformation Of The Contract . . 18

IV. Fee Is Not A Cost . . . . . . . . . . . . . . . . . 26

V. The Decision Of The Board Of Contract Appeals In January 2006 Does Not Establish That Jacobs Has Any Right To Be Paid Fee . . . . . . 30

A. The Board Never Possessed Jurisdiction . . . . 33

B. The Board Did Not Find That Fee Was A Cost . . 39

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 44

## TABLE OF AUTHORITIES

**CASES** **PAGE**

American President Lines, Ltd. v. United States,
821 F.2d 1571 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . 24

American Telephone and Telegraph Company v. United States,
307 F.3d 1374 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . 24

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . passim

Atlas Corporation v. United States,
895 F.2d 745 (Fed. Cir. 1990) . . . . . . . . . . . . . . . . . 24

Case, Inc. v. United States,
88 F.3d 1004 (Fed. Cir. 1996) . . . . . . . . . . . . . . . 31, 37

Dairyland Power Cooperative v. United States,
16 F.3d 1197 (Fed. Cir. 1994) . . . . . . . . . . . . . . . 24, 25

De Brousse v. United States,
28 Fed. Cl. 187 (1993) . . . . . . . . . . . . . . . . . . . . 40

D.L. Braughler Company v. West,
127 F.3d 1476 (Fed. Cir. 1997) . . . . . . . . . . . . . 32, 38

E.C. McAfee A/C Bristol Metal Industries of Canada, Ltd. v. United States,
832 F.2d 152 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . 40

Hol-Gar Manufacturing Corp. v. United States,
169 Ct. Cl. 384, 351 F.2d 972 (1965) . . . . . . . . . . 21, 26

Jacobs Engineering Group, Inc. v. United States,
65 Fed. Cl. 451 (2005) . . . . . . . . . . . . . . . . . . 3, 15

Jacobs Engineering Group, Inc. v. United States,
434 F.3d 1378 (Fed. Cir. 2006) . . . . . . . . . . . . . . passim

Jet, Inc. v. Sewage Aeration Systems,
223 F.3d 1360 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . 44

Manufacturer's Finance Company v. McKey,
294 U.S. 442 (1935) . . . . . . . . . . . . . . . . . . . . . 24

McAbee Construction, Inc. v. United States,
97 F.3d 1431 (Fed. Cir. 1996) . . . . . . . . . . . . . . . . 18

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . . . . . . . . . 10, 11

Montana v. United States,
440 U.S. 147 (1979) . . . . . . . . . . . . . . . . . . . 38

Ralph Larson & Son, Inc. v. United States,
17 Cl. Ct. 39 (1989) . . . . . . . . . . . . . . . . . . . 11

Reflectone, Inc. v. Dalton,
60 F.3d 1572 (Fed. Cir. 1995) . . . . . . . . . . . . . . 32

Richerson Construction, Inc.,
GSBCA 1161, 93-1 BCA ¶ 25239 . . . . . . . . . . . . . 29, 30

Sharman Company v. United States,
2 F.3d 1564 (Fed. Cir. 1993) . . . . . . . . . . . 32, 37, 38

Tronzo v. Bioment, Inc.,
236 F.3d 1342 (Fed. Cir. 2001) . . . . . . . . . . . . . 15, 16

Wilner v. United States,
24 F.3d 1397 (Fed. Cir. 1994) . . . . . . . . . . . . . 34, 37

**STATUTES**

41 U.S.C. § 601 . . . . . . . . . . . . . . . . . . . . . 32, 36

41 U.S.C. § 611 . . . . . . . . . . . . . . . . . . . . . passim

**REGULATIONS**

48 C.F.R. § 15.901 . . . . . . . . . . . . . . . . . . . passim

48 C.F.R. § 16.303(a) . . . . . . . . . . . . . . . . . . . . 25

48 C.F.R. Part 31 . . . . . . . . . . . . . . . . . . . . passim

48 C.F.R. § 31.201-1 . . . . . . . . . . . . . . . . . . passim

48 C.F.R. § 52.249-6 (1986) . . . . . . . . . . . . . . . passim

**INDEX TO THE SUPPLEMENTAL APPENDIX**

**PAGE**

Declaration of Mr. Russial,
dated September 26, 2006 . . . . . . . . . . . . . . . . . . . 284

Complaint filed by Jacobs
at the Energy Board of Contract Appeals,
dated December 2, 2005 . . . . . . . . . . . . . . . . . . . . 286

Sub-contract, between Jacobs
and Riley Stoker Corporation,
dated June 28, 1994 . . . . . . . . . . . . . . . . . . . . . 291

Sub-contract, between Jacobs
and PSI Powerserve,
dated November 22, 1992 . . . . . . . . . . . . . . . . . . . 380