IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. The sum of allowable costs plus fee sought by the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"), as of July 14, 2006 (when Jacobs filed its motion for summary judgment regarding damages) is $7,064,722. Jacobs PFUF 8 n.2 (total allowable costs claimed plus total fee claimed equals $7,064,722) (accepting the amount found by the contracting officer).[1]

2. The sum of fee for Jacobs and fee for its subcontractors included in the total claim identified by Jacobs ($7,064,722) in its motion for summary judgment, dated July 14, 2006, equals $565,450. Jacobs Mot. at 9 ("Included in Jacobs' total performance costs is fee of $565,450");[2] Jacobs PFUF 6 ("565,450 as fee for Jacobs and its subcontractors").

[1] "Jacobs PFUF" refers to the proposed findings of uncontroverted fact filed by Jacobs on July 14, 2006.

[2] "Jacobs Mot." refers to the motion for summary judgment filed by Jacobs, dated July 14, 2006.

3. The difference between the total sum claimed by Jacobs (for allowable costs plus fee) and the amount of fee claimed by Jacobs equals $6,499,272. Compare our PFUF 1 ($7,064,722) with our PFUF 2 ($565,450).

4. The amount that Energy has previously paid Jacobs equals $5,579,600. Jacobs PFUF 8 n.2 (total amount paid by Energy equals $5,579,600) (accepting amount found by the contracting officer).

5. The difference between the amount of allowable cost claimed by Jacobs (excluding fee) and the amount already paid by Energy equals 919,672. Compare our PFUF 3 ($6,499,272) with our PFUF 4 ($5,579,600).

6. Under contract no. DE-AC21-92MC-28202, the United States owes Jacobs a total amount of $919,672 for allowable costs (as defined in Federal Acquisition Regulation).

7. The United States owes Jacobs interest upon the sum identified in our PFUF 6, in accordance with 41 U.S.C. § 611, commencing from April 29, 2002, until paid.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ David M. Cohen
DAVID M. COHEN
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

October 2, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 2, 2006, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier