PSIT NO: 1171 20-Sep-93

TITLE: Gasifier Process Improvement Facility

Task 6: Detail Design

| COST ELEMENTS | | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|---|
| Principal Research Scientist 1 | | 18 | 2,464 |
| Principal Research Scientist 3 | | 45 | 5,176 |
| Principal Research Scientist 4 | | 280 | 28,724 |
| Principal Research Scientist 5 | | 8 | 701 |
| Senior Instrumentation Specialist | | 200 | 19,567 |
| Principal Scientist/Engineer 1 | | 32 | 2,673 |
| Senior Scientist/Engineer 1 | | 40 | 2,423 |
| Scientist/Engineer | | 120 | 5,433 |
| A) BURDENED COSTS | | | |
| 1. LABOR | | 743 | 67,161 |
| 2. LAB CHARGE | | | 0 |
| 3. TRAVEL | | | 0 |
| 4. MATERIALS | | | 0 |
| 5. COMPUTER | | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | | 0 |
| 7. FACILITIES CAPITAL COST OF MONEY | | | 116 |
| TOTAL ESTIMATED COSTS: | | | $67,277 |
| B) FEE/PROFIT (excludes FCCOM) | 10.0% | | $6,682 |
| C) TOTAL COST PLUS FIXED FEE | | | $73,959 |
| D) COST SHARE (via PSI Environmental Corporation) | | | $0 |
| C) TOTAL COST TO SPONSOR | | | $73,959 |

PSI fiscal year is from 1 July through 30 Jun

416

PSIT NO. 1171 20-Sep-93

TITLE: Gasifier Process Improvement Facility

| Task 7: Site Preparation/Construction<br>COST ELEMENTS | | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|---|
| Principal Research Scientist 1 | | 0 | 0 |
| Principal Research Scientist 3 | | 0 | 0 |
| Principal Research Scientist 4 | | 62 | 6,516 |
| Principal Research Scientist 5 | | 0 | 0 |
| Senior Instrumentation Specialist | | 0 | 0 |
| Principal Scientist/Engineer 1 | | 0 | 0 |
| Senior Scientist/Engineer 1 | | 0 | 0 |
| Scientist/Engineer | | 62 | 2,875 |
| A) BURDENED COSTS | | | |
| 1. LABOR | | 124 | 9,391 |
| 2. LAB CHARGE | | | 0 |
| 3. TRAVEL | | | 7,953 |
| 4. MATERIALS | | | 0 |
| 5. COMPUTER | | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | | 0 |
| 7. FACILITIES CAPITAL COST OF MONEY | | | 17 |
| TOTAL ESTIMATED COSTS: | | | $17,361 |
| B) FEE/PROFIT (excludes FCCOM) | 10.0% | | $1,725 |
| C) TOTAL COST PLUS FIXED FEE | | | $19,086 |
| D) COST SHARE (via PSI Environmental Corporation) | | | $0 |
| C) TOTAL COST TO SPONSOR | | | $19,086 |

PSI fiscal year is from 1 July through 30 Jun

417

PSIT NO. 1171 20-Sep-93

TITLE: Gasifier Process Improvement Facility

Task 8: Pre-Op Test Plan

| COST ELEMENTS | | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|---|
| Principal Research Scientist 1 | | 18 | 2,525 |
| Principal Research Scientist 3 | | 45 | 5,288 |
| Principal Research Scientist 4 | | 80 | 8,407 |
| Principal Research Scientist 5 | | 80 | 7,177 |
| Senior Instrumentation Specialist | | 80 | 8,018 |
| Principal Scientist/Engineer 1 | | 32 | 2,737 |
| Senior Scientist/Engineer 1 | | 80 | 4,966 |
| Scientist/Engineer | | 120 | 5,566 |
| A) BURDENED COSTS | | | |
| 1. LABOR | | 535 | 44,684 |
| 2. LAB CHARGE | | | 0 |
| 3. TRAVEL | | | 3,159 |
| 4. MATERIALS | | | 0 |
| 5. COMPUTER | | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | | 0 |
| 7. FACILITIES CAPITAL COST OF MONEY | | | 81 |
| TOTAL ESTIMATED COSTS: | | | $47,924 |
| B) FEE/PROFIT (excludes FCCOM) | 10.0% | | $4,760 |
| C) TOTAL COST PLUS FIXED FEE | | | $52,684 |
| D) COST SHARE (via PSI Environmental Corporation) | | | $0 |
| C) TOTAL COST TO SPONSOR | | | $52,684 |

PSI fiscal year is from 1 July through 30 Jun

418

PSIT NO. 1171 20-Sep-93

TITLE: Gasifier Process Improvement Facility

Task 9: Pre-Op Testing

| COST ELEMENTS | | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|---|
| Principal Research Scientist 1 | | 0 | 0 |
| Principal Research Scientist 3 | | 0 | 0 |
| Principal Research Scientist 4 | | 60 | 6,305 |
| Principal Research Scientist 5 | | 0 | 0 |
| Senior Instrumentation Specialist | | 60 | 6,013 |
| Principal Scientist/Engineer 1 | | 0 | 0 |
| Senior Scientist/Engineer 1 | | 0 | 0 |
| Scientist/Engineer | | 60 | 2,783 |
| A) BURDENED COSTS | | | |
| 1. LABOR | | 180 | 15,101 |
| 2. LAB CHARGE | | | 0 |
| 3. TRAVEL | | | 2,746 |
| 4. MATERIALS | | | 0 |
| 5. COMPUTER | | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | | 0 |
| 7. FACILITIES CAPITAL COST OF MONEY | | | 27 |
| TOTAL ESTIMATED COSTS: | | | $17,874 |
| B) FEE/PROFIT (excludes FCCOM) | 10.0% | | $1,783 |
| C) TOTAL COST PLUS FIXED FEE | | | $19,657 |
| D) COST SHARE (via PSI Environmental Corporation) | | | $0 |
| C) TOTAL COST TO SPONSOR | | | $19,657 |

PSI fiscal year is from 1 July through 30 Jun

PSIT NO. 1171 20-Sep-93

TITLE: Gasifier Process Improvement Facility

| PSI Environmental Instruments Corporation<br>COST ELEMENTS | | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|---|
| Principal Research Scientist 1 | | 0 | 0 |
| Principal Research Scientist 3 | | 0 | 0 |
| Principal Research Scientist 4 | | 0 | 0 |
| Principal Research Scientist 5 | | 0 | 0 |
| Senior Instrumentation Specialist | | 0 | 0 |
| Principal Scientist/Engineer 1 | | 0 | 0 |
| Senior Scientist/Engineer 1 | | 0 | 0 |
| Scientist/Engineer | | 0 | 0 |
| A) BURDENED COSTS | | | |
| 1. LABOR | | 0 | 0 |
| 2. LAB CHARGE | | | 0 |
| 3. TRAVEL | | | 0 |
| 4. MATERIALS | | | 0 |
| 5. COMPUTER | | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | | 372,400 |
| 7. FACILITIES CAPITAL COST OF MONEY | | | 53 |
| TOTAL ESTIMATED COSTS: | | | $372,453 |
| B) FEE/PROFIT (excludes FCCOM) | 2.0% | | $7,537 |
| C) TOTAL COST PLUS FIXED FEE | | | $379,990 |
| D) COST SHARE (via PSI Environmental Corporation) | | | ($187,601) |
| C) TOTAL COST TO SPONSOR | | | $192,389 |

PSI fiscal year is from 1 July through 30 Jun

PSI Environmental Instruments Corporation 20-Sep-93

TITLE: Gasifier Process Improvement Facility

| Total to PSI Technology Company<br>COST ELEMENTS | GRAND TOTAL HOURS | GRAND TOTAL $$$$$ |
|---|---|---|
| President | 0 | 0 |
| Director, Product Development | 890 | 79,579 |
| Lead Product Development Engineer | 1,270 | 84,273 |
| Mechanical Engineer or Something or other | 1,270 | 76,171 |
| Manufacturing Engineer | 120 | 6,150 |
| Product Development Engineer | 743 | 37,554 |
| A) BURDENED COSTS | | |
| 1. LABOR | 4,293 | 283,727 |
| 2. LAB CHARGE | | 0 |
| 3. TRAVEL | | 3,422 |
| 4. MATERIALS | | 35,000 |
| 5. COMPUTER | 0 | 0 |
| 6. SUBCONTRACTS/CONSULTANTS | | 0 |
| 7. FACILITIES CAPITAL COST OF MONEY | | 0 |
| TOTAL ESTIMATED COSTS: | | $322,149 |
| B) FEE/PROFIT (excludes FCCOM) 0.0% | | $0 |
| C) TOTAL COST PLUS FIXED FEE | | $322,149 |
| D) COST SHARE | | ($161,075) |
| C) TOTAL COST TO SPONSOR | | $161,074 |

EIC fiscal year is from 1 July through 30 Jun

421

EXHIBIT "E"
TASK 4 UPDATE - 10 AUGUST, 1993

## Purpose of Report

The role of PowerServe in the GPIF design involves four GPIF subsystems:

- Alkali and Trace Metal Control
- Clinker Control
- Tars and $NH_3$ Control
- Monitoring and Instrumentation for the gasifier.

The activities of PowerServe in Tasks 4 to 6 are:

### Task 4

- Provide subsystem functional descriptions and cost estimates
- Assist Riley and CRSS with control philosophy and conceptual design
- Provide input into gasifier design
- Define design deficiencies and plan of action

### Task 5

- Conduct technical concept studies to address the GPIF design and operational issues for the PowerServe subsystems
- Develop and test in-situ monitors and extractive systems

### Task 6

- Provide procurement and installation specifications for subsystems based on Task 5 results
- Assist with gasifier and control system detailed design
- Contribute to quality assurance plan

This report summarizes the work performed in Task 4 relevant to the gasifier cost estimate. In the case of the first three subsystems (Alkali/Trace Metals, Clinker, Tars and $NH_3$ Control), the information in this report defines the constraints the control subsystems will have on the overall design. A significant amount of information is required in these developmental areas before the design is finalized. The required information includes data from Task 5 studies which cannot be planned until we receive the preliminary design of the gasifier subsystem. These information deficiencies are pointed out in each section, and plans to acquire and use the information given.

Each section begins with a description of the design problem to be addressed and a general description of the approach taken in Task 4. Then there is a description of how the subsystem design will affect the overall gasifier cost.

## Design Input of Alkali and Trace Metal Control

The objective of the alkali and trace metal work is to design the GPIF facility with the ability to measure alkali and trace metal concentrations and to ensure that the flexibility exists to test alkali control schemes developed by PowerServe, METC, or CRSS.

The PyGas design is unique in its ability to capture alkali and trace metals. Most gasification systems will cool the gas to condense alkali and remove the resulting particulate with candle or cross flow filters. In the GPIF facility, the majority of the alkali are released in the pyrolyzer and upper gasifier. In the downward flowing bed, the temperature is ideal for capture of these species due to contact and reaction with aluminosilicates in the ash or with limestone. The possibility exists to increase this capture by recycling ash or adding sorbents to the coal feed stream.

Thus, the control system envisaged involves injecting sorbent into the bed via the coal feed or the limestone feed system. The main design features that will affect the amount of alkalis and trace metals captured are,

- the amount of sorbent
- the sorbent surface area and adsorption activity
- the contact time available in the upper bed region
- the concentration of water vapor and HCl in the gases
- temperature profile in upper bed.

Previous research has shown the ability of clays and other minerals found in coal to capture alkali and trace metals. However, not enough work exists at conditions similar to those expected to be found in the GPIF facility. Therefore, there is a significant amount of work required in Task 5 to gather data on this system, including:

- Determination of the alkali and trace metal emissions during gasification
- Determination of the effect of operating conditions on emissions and capture
- Determination of the rate and capacity of char, ash, recycled bottom ash, and clay as sorbents for emissions control
- Use of the rate and capacity data to define the temperature, residence time, and sorbent concentration requirements to control alkalis and trace metals in the co-flowing bed region

The overall control approach relies on a definition of gasifier design and operating conditions required to minimize emissions, combined with the addition of sorbents, if necessary.

The gasifier design objectives addressed in Task 4 were:

- Determine the amount of sorbent to be added
- Determine the effect of sorbent addition on the solids handling equipment
- Develop a strategy to utilize the data generated in the Task 5 studies
- Make preliminary estimates of the design constraints on the co-flow region with respect to alkali and trace metal control.

**Sorbent Feed Rate:** Because the tests in Task 5 are designed to define the kinetics of the reaction of alkalis and trace metals under GPIF conditions, it is not possible to set a design specification of the maximum amount of sorbent required with absolute certainty. However, preliminary estimates suggest that sorbent addition rate of 1,200 lb/hr or 10% of the coal feed rate should be adequate. The details of these estimates will be presented in the Conceptual Design report.

This estimate of 1,200 lb/hr is based on preliminary calculations of the amount of adsorption in the co-flow bed using kinetic data from Westinghouse. We recommend designing a maximum feed rate of 1,200 lb/hr and testing at 0, 600, and 1,200 lb/hr. Data gained from these tests combined with the results of Task 5 will show the feasibility of alkali adsorption in the gasifier and lead to further improvements in the gasifier design and operation.

Given the information PowerServe has about the solids handling equipment, the addition of 10% mass flow should be acceptable. This flow rate is well below the maximum of the limestone feeding system which will be used periodically and should be within the excess capacity in this design. However, more detailed information about the solids handling system design and capacity limits are necessary to determine the maximum amount of sorbent feeding possible.

**Sorbent Feeding Method:** The second area of interest is the method for feeding the extra sorbent. The feeding method will depend on the sorbent chosen, but provisions should be made for recycling bottom ash as well.

If bottom ash from the gasifier is used, the ash must be recovered from the filter cake on the drum filter. This filter cake could be transported with a front end loader and mixed with the coal before it is loaded onto the charge hopper and introduced into the GPIF facility. A system to meter and mix the sorbent and coal will be required. Also, the design of the crusher and drier system must be reviewed to determine if this system can handle the added capacity of solids and moisture and if the size and hardness of the recycled ash will present problems.

Sorbents such as clay would be added into the limestone feeding system. If the sorbent is added by itself, it would be fed in the same manner as the limestone, through a pneumatic transport line to the limestone storage hopper. If the sorbent is added with limestone, the mixture will be prepared off-site, and transported pneumatically into the system as a mixture. In this case the design of the limestone feeding system must be reviewed to assure that it has the capacity and the ability to handle materials of different density and particle size than the limestone.

**Upper Gasifier Design:** The second area of impact is in the design of the downward flowing char bed in the upper gasifier. While there are many constraints on the design of this bed, one critical constraint may be the capture of alkali and trace metal species. The release of these species will occur mainly in the pyrolyzer.

Vapor phase alkali species react with silicates or aluminosilicates by reactions such as:

$$2NaCl + Al_2O_3 \cdot 2SiO_2 + H_2O \rightarrow Na_2O \cdot Al_2O_3 \cdot 2SiO_2 + HCl$$

Other metal species can react with the aluminosilicates (clays) and limestone in similar ways. The capture of these elements is controlled by the following parameters:

- Sorbent loading, activity and surface area
- Upper gasifier bed residence time
- Water vapor concentration
- Chlorine content of the coal
- Temperature.

The goal of the Task 5 activities is to define the conditions required for alkali and trace metal control. Therefore, the design requirements for the upper bed cannot be set at this time. In the preliminary design report, a methodology for utilizing the data generated in Task 5 will be given, along with the data deficiencies at present. The conclusion, at present, is that the capture of alkali and trace metals will increase as the residence time in this portion of the bed increases. Therefore, the bed height should be maximized and the gas velocity minimized to increase capture.

In the absence of conclusive rate information, the approach taken for the preliminary design is to ensure adequate capacity for up to 10% additional feed material and ensure that residence time in the upper gasifier bed is maximized with respect to other design constraints. This approach will ensure the flexibility of the system to study control of alkali and trace metal emissions while minimizing the restrictions on the design until the necessary data is created.

## Design Impacts of Clinker Control

Clinker formation results from sintering of ash particles at temperatures found in the gasifier fixed bed combustion zone. The sintering can result in two problems. First, large agglomerates of ash particles can form which are difficult to pass through the ash grate. A more difficult problem is the formation of large agglomerates on the gasifier walls. In the GPIF reactor, the agglomerates could bind either to the outer gasifier surface or the pyrolyzer tube.

The main ways to control this problem are :

- control the maximum bed temperature (add steam to the blast air)
- control the distribution of air and steam flow through the bed
- limit the coal choice due to ash properties
- minimize limestone and sorbent addition
- select gasifier shell and pyrolyzer tube materials that do not react with ash
- provide mechanical means to dislodge clinkers.

The approach to designing the clinker control subsystem involves experimental work to understand clinker formation and adhesion as a function of:

- temperature
- ash particle properties and interaction between ash particles
- limestone and sorbent addition
- gasifier materials of construction.

The results of this study will be combined with a sintering model to predict the effect of coal choice, additives, gasifier design, and operation on the tendency for clinker formation and adhesion.

The overall control approach is to define gasifier design and operating conditions required to minimize clinker formation and adhesion with respect to the coal and additives being utilized.

The Task 5 studies are necessary to state the adjustments necessary to the lower bed design to prevent clinker formation.

## Design Impacts of Tar and $NH_3$ Control

Previous fixed-bed gasification experience indicates that tars and $NH_3$ emissions could pose significant problems to the success of GPIF. If tars are emitted from the gasifier in

significant quantities, restrictions in flow can occur where the tars condense; this condensation can occur throughout the gas handling equipment resulting in gasifier downtime. $NH_3$ is produced during gasification where significant amounts of steam are added. It is expected that high concentrations of $NH_3$ will emerge from the pyrolyzer section, and if left untreated could result in high concentrations of $NO_x$ when the gas is combusted.

The control of tars and $NH_3$ will be accomplished in the upper dome of the gasifier by injection air through a "reburner". The conceptual design allow for the addition of enough air to increase the gas temperature from 1600°F at the pyrolyzer exit to 2300°F at the top of the fixed bed.

There are two main mechanisms for tar destruction, cracking and oxidation. Both of these reactions can be accomplished by air injection. Some fraction of the tars will be oxidized and the rest will be cracked by the high temperatures resulting from the oxidation of the tars and other gases. In order to ensure total tar destruction, all the tars emerging from the pyrolyzer must be mixed with the air and hot combustion products and given enough time to react. Thus, complete mixing and maintaining sufficient residence time are the main goals of the reburner/upper gasifier dome design; the main constraints are reburner reliability, ease of operation, safety, and cost.

The second area addressed by the reburner is the reduction of $NH_3$ generated in the pyrolyzer. Under the average conditions present in the gasifier, $NH_3$ is a relatively stable compound. However, addition of air can be optimized to minimize $NH_3$ leaving the gasifier. Injection of air in the upper gasifier will reduce $NH_3$ to $N_2$ by two main reaction paths. The first step in the process is the formation of NO; while the second step is the reaction of NO with $NH_3$ to form $N_2$. While there are a large number of actual reactions occurring on the atomic level, the overall reaction path can be listed as.

$$4NH_3 + 5O_2 \rightarrow 4NO + 6H_2O$$

$$4NH_3 + 6NO \rightarrow 5N_2 + 6H_2O$$

Therefore the upper gasifier air injection results in the creation of sufficient NO to react with the $NH_3$ present and then allow the reduction reaction to occur.

While the overall approach to tar and $NH_3$ reduction is clear, a significant amount of information is necessary to finalize the design. The overall approach includes work in Task 4 and 5. In Task 4, the desired conditions in the upper gasifier have been considered, resulting in number of conceptual designs. In Task 5, the different designs will be considered in detail regarding the different mixing patterns created. Also, work will be performed to better understand the effect of temperature, pressure, and residence time on the extent and rate of both $NH_3$ and tar destruction in the upper dome

The work in Task 4 has resulted in three design alternatives which are shown schematically in Figures 1 to 3. The design details of these alternatives will be presented in the Conceptual Design Report.

Option 1 is the mixing of the pyrolysis gases with the air right at the pyrolyzer exit, which involves designing an air-cooled annulus within the pyrolyzer tube to convey the air. Option 2 is injection of the air through one port located directly above the pyrolyzer exit. Option 3 involves injection of the air through three or four locations on the gasifier roof to create a vortex in the upper gasifier.

The choice of the best injection system will require consideration of a number of conflicting requirements:

- tar emissions
- $NH_3$ emissions
- simple, reliable design
- structural integrity
- impact on flexibility of gasifier operation
- cost impact.




Figure 1. GPIF pyrolyzer exit design - Option 1 - annular injection.




Figure 2. GPIF pyrolyzer exit design - Option 2 - top injection.




Figure 3. GPIF pyrolyzer exit design - Option 3 - vortex injection.

Each of the design options has advantages and disadvantages. Option 1 provides direct contact of the injected air with all of the pyrolysis gas. Mixing is rapid, since the gases are contacted with the reburn air right at the pyrolyzer exit. Also, conveying the reburn air through the pyrolyzer annulus will preheat the air and will improve the stability of the reburn flame. Extracting heat from the fixed bed side of the pyrolyzer may even be advantageous in choice of materials of construction. A heat transfer analysis should be performed to estimate the cooling effect of the reburn air on the pyrolyzer tube. Since the tube will see temperatures as high as 2300°F on the outside and 1600°F on the inside, cooling will be required if the pyrolyzer is to be fabricated from metal instead of a structural refractory. Also, injection of air through the pyrolyzer would eliminate one or more penetrations through the pressure vessel. Each penetration is expected to be expensive to build and seal. The main disadvantages are the potential for plugging the air jets due to intimate contact with coal, the possibility of overheating the pyrolyzer exit due to the combustion of gases by the reburner, and the general increase in complexity of the design.

Options 2 and 3 are really variations on one design, injection through the upper dome. The reason for evaluating two options is to determine which design creates the best and most flexible mixing patterns. The options differ in the number of furnace intrusions, injectors and flame detectors required, and the complexity of the control system.

At this stage, the impact of the reburner design on the gasifier cost estimate depends on how many injector concepts we want to test. However, enough information exists to quantify this estimate. PowerServe proposes to design the GPIF with two reburn systems. Considering the difficulty in accurately modelling the behavior of these reburners, the best path to insure success is to create flexibility in the GPIF design. Therefore, the systems will each be designed with the ability to vary inputs such as jet velocity, swirl, and injection angle. The concept is to allow for variations in the rate and degree of mixing which will affect the conversion of tars and $NH_3$. Additionally, the best path for this prototype facility will be to allow for the testing of two burner concepts with very different mixing patterns.

**Option 1** is the most complicated design task because of the interface between the design of the pyrolyzer, being performed by Riley, and the design of the air reburner being performed by PowerServe. This design option will affect the gasifier design in a number of ways:

- Pyrolyzer materials of construction
- Injector tip(s)
- Distance between pyrolyzer exit and dome, i.e., pyrolyzer length
- Increase from one to two pyrolyzer tubes to convey the reburn air.

The exact impact of change in pyrolyzer materials cannot be made until a detailed heat transfer analysis is performed. An initial analysis has been performed and will be reported in the Conceptual Design report. However, more information about the gasifier

conceptual design will be needed as a basis for the final heat transfer analysis to be made in Task 6, detailed design.

The injector tip designs will have minimum impact on the gasifier cost with each tip being in the $5,000 to $10,000 range. Option 1 is the design which affected the length of the pyrolyzer least because the mixing is occurring at the pyrolyzer exit. Other designs may involve lengthening the pyrolyzer (or reducing the dome height) to ensure proper mixing.

It is easier to estimate the cost impacts of **Options 2 and 3**. The main issues are:

- The number and size of furnace intrusions
- The injectors themselves
- Distance between pyrolyzer exit and dome, i.e., pyrolyzer length.

In the case of Option 2, one furnace intrusion will be necessary; Option 3 requires three or four intrusions. The injectors will be simple, with water cooled injector tubes and nozzle tips being the main items. The cost of these injectors is estimated at $10,000 each. The effect on the pyrolyzer length will be determined in the Task 4 mixing studies.

<u>Design Impact of GPIF Instrumentation</u>

Accurate and reliable process monitoring and control of the GPIF facility is of critical importance. The test gasifier facility will be equipped with a state-of-the-art control and instrumentation system which will include advanced measurement techniques to monitor temperature profiles, gas composition, and other parameters of the process.

PSI PowerServe (formerly PSI Technology) is responsible for the instrumentation needed to assess gasifier performance. PSI PowerServe will design and develop, or select and specify, all specialized instrumentation for monitoring the PyGAS reactor. Our goal is to provide all the measurements required for successful commercial development of the PyGas system. A list of the all the instrumentation around the gasifier is contained in Table 1. Figure 4 presents these monitoring devices. Most are standard pressure, temperature and flow instruments on inlet and outlet streams which should require no development work. However, there are a number of measurement tasks which will be more difficult. These tasks are related to the fact that GPIF is a pilot-scale facility, and one of the tasks is to fully evaluate the performance of this first version of the PYGAS process. It is expected that latter units will not have the same level of monitoring equipment necessary.

This document contains a functional description and cost estimate of the above instrumentation subsystems. The discussion in this report concerns the non-standard and difficult tasks. Both levels of instruments are shown in Figure 4.

Table 1. GPIF Instrument List

| Tag No. | Description | Quantity | Cost/ Instrument | Total Cost |
|---|---|---|---|---|
| AT-001 | $NH_3$/HCN analyzer | 1 | *Included | *Included |
| AT-002 | Extraction probes | 3 | $10,000 | $30,000 |
| AT-003 | Particle impactor for PSD | 1 | $10,000 | $10,000 |
| AT-004 | Alkali and trace metal trap | 2 | $15,000 | $30,000 |
| AT-05 | Gas conditioning system CO, $H_2$, $CH_4$, $H_2S$ analyzers<br>Data acquisition system and cabinet | 1 | $150,000 | $150,000 |
| AT-006 | HHV monitor | 1 | $20,000 | $20,000 |
| TT-001 | Vertical temperature probe | 10 | $2,000 | $20,000 |
| TT-002 | Horizontal temperature probe | 12 | $1,000 | $12,000 |
| TT-003 | Optical pyrometer | 2 | *Included | *Included |
| TT-004 | Miscellaneous thermocouples | 1 | Various | $5,000 |
| TP-001 | Pressurized optical pyrometer port | 5 | $2,000 | $10,000 |
| TR-001 | Data logger for temperature data | 1 | $30,000 | $30,000 |
| PT-001 | Upper dome pressure | 1 | $2,000 | $2,000 |
| PT-002 | Miscellaneous pressure transducers | 14 | $1,000 | $14,000 |
| LT001 | Gasifier bed level - microwave technology | 1 | $5,000 | $5,000 |
| FT-001 | Flow transducer | 13 | Various | $21,300 |
| *Part of PSI proposal subcontract; all other costs are responsibility of CRSS. | | | | |

The issues to be discussed in detail are:

- Gas and particulate sample extraction system
- Optical sampling port
- Gas analysis system
- Alkali and trace metal analysis system
- Continuous gas temperature monitoring in the upper gasifier
- Reactor bed temperature profile monitoring




Figure 4. Monitoring and control devices around GPIF.



434

- Gasifier pressure measurement
- Gasifier bed level measurement.

Gas and solids will be sampled at two points: after the cyclone located downstream of the gasifier and in the upper gasifier region. The expected conditions after the cyclone and pressure let down are:

- Maximum temperature of 1100°F
- Gas pressure of 20 to 30 psi
- Very low particle and tar loadings under normal conditions.

Sampling will also be performed in the upper dome; this will give information about the operation of the various stages of the gasifier: the pyrolyzer, the upper dome, and the fixed bed. The expected conditions in the dome are much more difficult:

- Maximum temperature of 2500°F
- Operating gas pressure of 200 to 600 psi
- Moderately high particle and tar loadings.

Both systems will utilize the same sampling probe design. This extraction probe will transfer the gas and particles to either a sample collection device, a remote monitor setup, or analysis equipment located adjacent to the gasifier. Sampling will occur continuously for some species and on an intermediate basis for others.

In addition to withstanding the temperatures and pressures cited, the extraction system must not allow deposition of tars or particles inside the sample line or react with anything in the gas stream. The extraction probe conceptual design is similar to designs PSI PowerServe has used for other experimental devices, and PowerServe will provide the design for these probes. Each probe is water-cooled, made of 316-stainless steel and lined with a porous metal tube through which nitrogen passes into the gas stream. The purge would reduce the sample gas temperature but maintain the high pressure and prevent deposition on the probe walls. Care must be taken to use minimum dilution of the gases so that the concentrations do not fall below minimum detection limits for each gas. Different lengths of probes will be made to alter the sampling location within the gasifier. The differences in temperature found at the two sample locations will be compensated for by the amount of nitrogen addition in the extraction probe, so that the gas temperature exiting the probe is constant.

After the extraction probe, there would be a number of sampling lines for gas conditioning prior to the gas analysis systems. The design will depend on the sampling location, and the specifics of these systems will be discussed later in this report when the analysis technique is addressed.

Optical Access Ports

The gasifier will also contain optical access ports to utilize the two optical temperature monitors (GASTEMP™) being provided by PSI Environmental Instruments. The design of each port should be such that the end of the port containing the window and associated elements can be connected to the gas sampling ports. In this way, we can obtain maximum flexibility with minimum pressure vessel intrusions. About ten furnace intrusions will be necessary to accommodate the locations for GASTEMP™ and gas sampling, five in the upper gasifier dome and five in gasifier outer shell (before the gas exits). End pieces will be designed for these ports including optical access windows, extraction probes, and blank end caps to block off the ports not being used at any particular time.

The optical access assembly provides a 2 in. diam clear opening and bolts to standard ANSI flanges. Standard sizes up to 8 in. diam are available from vendors for other applications. It can be equipped with an optional "spray ring" which is used to keep the window clean. This ring can be steam, air, or nitrogen fed for use in the gasifier. (Morgantown Energy Technology Center personnel will give advice based on their patented process for window cleaning.) Materials of construction should be 316-stainless steel for corrosion resistance with either quartz or sapphire windows for high temperature and pressure. The ports should also be water-cooled in order to maintain the high pressure rating of the steel at elevated temperatures. The standard GASTEMP™ rail-type mounting system can be used with a clamping ring attached to the optical port flange to stabilize the instrument's sight tube if necessary. Additionally, valves may be attached to the ports to allow cleaning while the gasifier is on line.

Gas, Particle, Tar, Alkali, and Trace Metal Sample Conditioning, Capture, and Analysis

The gas, particulate, tar, alkali and trace metal analysis systems all have interdependent requirements, and therefore must be discussed together. Gas and particle sampling will occur at two points, the upper dome and after the cyclone. The extraction system will be very similar at both locations, and a conceptual design was presented previously. The next step after the temperature reduction will be the reduction of pressure to the level necessary for the sample conditioning and analysis system.

At present, a conceptual design for the system exists which is detailed enough to give an overall view of the system requirements and cost. However, this area represents the largest cost component of the instrumentation under the PowerServe scope. Vendors are still being contacted, and consideration is being given to a number of major issues, including purchasing components from one or more vendors or purchasing the whole system from one vendor, complete with instrument housing, data acquisition, control system, and a manual. The overall system approach is preferred if the price, reliability, accuracy, and precision necessary can be guaranteed.

A schematic of the overall system which will be applied to sampling and analysis at both locations is shown in Figure 5. The most important difference in the two locations




Figure 5. Conceptual gas and particle sampling and analysis train.

from a sample analysis standpoint will be the concentration of particulate and tar in the upper dome. Two strategies are being considered for dealing with tars so that clean gases can be analyzed for CO, $H_2$, $CH_4$, $H_2S$, HCN, and $NH_3$:

- immediately quench and remove the tars and particulate before gas analysis
- capture the particulate in a cyclone and filter system and keep the gas temperature above 600°F to keep the tars from condensing until after gas analysis

The latter system has been offered by a vendor experienced in instrumentation for gasifiers, and, if it can be proven to work, should be a very attractive alternative.

As stated, the alkali and trace metals will be measured in a batch mode. Two systems are being considered for capturing tars, particulate and vapor species close to the gasifier. The first option is a modification of EPA Method 29 to be capable of running under the reactor pressure. The second is a modification of a novel Hazardous Element Sampling Train (HEST) being developed by Chester Environmental Companies for the EPA and EPRI. Once again, we have to adapt the system to the temperatures and pressures of GPIF, but the system consists of a cyclone followed by carbon impregnated filters to capture the finer material. The HEST system is preferred for a number of reasons, including ease of operation, accuracy, cost, and the fact that the system can be more readily adapted to measuring $NH_3$. The $NH_3$ monitor will require a clean sample that is at 450° to 500°F, and bubbling the sample through impingers will remove the $NH_3$.

The information generated from the on-site gas analysis equipment should be sent to a central data acquisition system for monitoring, manipulating, and storing experimental data output. This system should be capable of providing updated reports on the gas composition,

gas temperature, and bed temperature systems along with other key data points concerning gasifier operation so that this system function can be manipulated independently from the gasifier operation.

Particulate will be sampled and size-segregated in a particle impactor system to create samples which will be analyzed to show the dependence of trace metals and alkali content on particle size. This information will be used to understand the behavior of these elements and to predict the efficiency of emission control equipment for removing alkali and trace elements from the gas.

Temperature Measurement

For gas temperature measurements, the PSI GASTEMP™ will be used. This instrument is developed for high temperature applications in coal-fired combustors. Two regions will be continuously monitored, the upper dome and the outer shell/gasifier exit.

Pyrolyzer and gasifier bed temperature profiles will be monitored using vertical and horizontal ceramic temperature probes (CTP) (Figure 6). In the conceptual design, we have proposed ten vertical ceramic probes, inserted from the gasifier top and extending through the gasifier. The horizontal probes will extend 3 to 6 in. into the bed; four probes will be located on three levels to get a full picture of the gasifier temperature profile.




Figure 6. GPIF temperature profile monitoring system.

EXHIBIT "F"

LETTER OF OCTOBER 22, 1993

PowerServe
A DIVISION OF PHYSICAL SCIENCES INC

October 22, 1993
PSIT No. 1171

CRS Sirrine Engineers, Inc.
Power Division
1041 Butler Road
Greenville, SC 29606-5456

Attention: Mr. Larry S. House, Project Director

Subject: Gasification Product Improvement Facility (GPIF) PSIT Subcontract No. 1171

Dear Mr. House:

PSI Technology Company (PSIT) is pleased to confirm the conclusion of negotiations of its subcontract as follows:

| | |
|---|---|
| Total Estimated Cost and Fee: | $904,625 |
| Cost Share: | (180,925) |
| Total Cost to Sponsor: | $723,700 |

The following changes shall be made to the resultant subcontract as discussed 21 October 1993 at METC with M. Morgan (PSI), L. Brandt and R. Johnson (METC), and L. House (CRS) and outlined in METC letter (unsigned) dated October 19, 1993:

1) PSI agrees to delete subtasks 5.1 and 5.2, concerning bench scale experiments on alkali and trace metal capture, entirely and has reduced costs appropriately.

2) It is understood that subtask 5.4, concerning mathematical modelling of the gasifier air injector, shall remain unchanged and shall continue to remain a part of PSI's work scope and subcontract.

3) PSI has revised the description of Task 5 in Exhibit A, to exclude the statement "evaluating work at METC."

In addition to the above, please note that PSI had outlined in its 20 September 1993 submission a reduction/revision to the work scope of subtasks 5.1 and 5.2 and the deletion of subtask 5.3 (bench scale studies of clinker formation) as well as a reduction to tasks 7 and 9 (on site activities) of the PSI work scope.

The combined revisions/reductions (20 September 1993 and item 1 above) result in an overall cost reduction to the PSI subcontract of $83,379, before cost share. PSI believes that further reductions could jeopardize the success of the GPIF program. In fact PSI believes that after consent and subsequent execution of the PSI subcontract the deletion of work in task 5 should be revisited for possible inclusion at a later date.

A revised Certificate of Current Cost or Pricing Data is provided herewith which supersedes any others.

I trust that these changes can be incorporated quickly so that METC can approve (consent) and CRS can finally award PSI the long past due subcontract. If you have any questions or require additional information, please feel free to contact the undersigned or Dr. Mark E. Morgan.

Sincerely,

Randy B. Ewing

Randy B. Ewing
Contracts Administrator

Enclosure: as stated above

g:1171-4

PowerServe
A DIVISION OF PHYSICAL SCIENCES INC

# CERTIFICATE OF CURRENT COST OR PRICING DATA

This is to certify that, to the best of my knowledge and belief, the cost or pricing data (as defined in section 15.801 of the Federal Acquisition Regulation (FAR) and required under FAR subsection 15.804-2) submitted either actually or by specific identification in writing, to the contracting officer or the contracting officer's representative in support of **PSIT Proposal No. 1171** are accurate, complete, and current as of **22 October 1993**. This certification includes the cost or pricing data supporting any advance agreements and forward pricing rate agreements between the offeror and the Government that are part of the proposal.

FIRM: PSI PowerServe
A Division of Physical Sciences Inc.

NAME: Stephen A. Johnson

TITLE: Vice President & General Manager

SIGNATURE: Stephen A Johnson

Date of Execution: 22 October 1993

442

20 New England Business Center, Andover, MA 01810
Telephone: (508) 689-0003 CompuServe: [76300, 2167] Facsimile: (508) 689-3232

Printed on Recycled Paper

CERTIFICATE OF FILING

I hereby certify that on October 2, 2006, a copy of the foregoing "DEFENDANT'S SUPPLEMENTAL APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier