IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| UNITED STATES, | ) | (Judge George Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 616-0856.

S/ James W. Poirier
JAMES W. POIRIER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0856
Facsimile: (202) 514-7969

October 23, 2006

CERTIFICATE OF FILING

I hereby certify that on October 23, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF NEW TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier