# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1500C<br>(Judge George W. Miller) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. The sum of allowable costs plus fee sought by the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"), as of July 14, 2006 (when Jacobs filed its motion for summary judgment regarding damages) is $7,064,722. Jacobs PFUF 8 n.2 (total allowable costs claimed plus total fee claimed equals $7,064,722) (accepting the amount found by the contracting officer).

Plaintiff's Response: Plaintiff does not dispute the Defendant's Proposed Findings of Uncontroverted Fact ("PFUF").

2. The sum of fee for Jacobs and fee for its subcontractors included in the total claim identified by Jacobs ($7,064,722) in its Motion for Summary Judgment, dated July 14, 2006, equals $565,450. Jacobs Mot. At 9 ("Included in Jacobs' total performance costs is fee of $565,450"); Jacobs PFUF 6 ("565,450 as fee for Jacobs and its subcontractors").

Plaintiff's Response: Plaintiff does not dispute Defendant's PFUF.

3. The difference between the total sum claimed by Jacobs (for allowable costs plus fee) and the amount of fee claimed by Jacobs equals $6,499,272. Compare our PFUF 1 ($7,064,722) with our PFUF 2 ($565,450).

Plaintiff's Response: Plaintiff does not dispute Defendant's PFUF.

4. The amount that Energy has previously paid Jacobs equals $5,579,600. Jacobs PFUF 8 n. 2 (total amount paid by Energy equals $5,579,600) (accepting amount found by the contracting officer).

Plaintiff's Response: Plaintiff does not dispute Defendant's PFUF.

5. The difference between the amount of allowable cost claimed by Jacobs (excluding fee) and the amount already paid by Energy equals 919,672. Compare our PFUF 3 ($6,499,272) with our PFUF 4 ($5,579,600).

Plaintiff's Response: Plaintiff does not dispute Defendant's PFUF.

6. Under contract no. DE-AC21-92MC-28202, the United States owes Jacobs a total amount of $919,672 for allowable costs (as defined in Federal Acquisition Regulation).

Plaintiff's Response: The allegation contained in Defendant's PFUF 6 include Defendant's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied because Plaintiff contends it is owed a total amount of $1,485,122, plus interest.

7. The United States owes Jacobs interest upon the sum identified in our PFUF 6, in accordance with 41 U.S.C. § 611, commencing from April 29, 2002, until paid.

Plaintiff's Response: The allegation contained in Defendant's PFUF 7 include Defendant's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied because Plaintiff contends it is owed a total amount of $1,485,122, plus interest.

Respectfully submitted,

Robert J. Symon
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150
Counsel of Record for Plaintiff
JACOBS ENGINEERING GROUP INC.

October 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Proposed Findings of Uncontroverted Fact was served this 25TH day of October 2006, via electronic mail and by the Court's system, to the following:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Robert J. Symon