IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant our motion for an enlargement of time of 14 days, to and including November 27, 2006, to file our reply to the response to our cross-motion for summary judgment. Our brief is due on November 13, 2006. This is our first request for an enlargement of time for this purpose. We made several attempts to contact counsel for the plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"), but we were unable to reach him to determine whether Jacobs opposes this motion for an enlargement of time.

Jacobs filed its response on October 25, 2006. During the week beginning October 30th, counsel for the United States has devoted considerable time to preparation of a draft reply brief. Specifically, counsel has performed legal research, and counsel has begun to prepare the draft brief. However, counsel was unable to complete his draft brief by November 3, 2006, and counsel will be away from

Washington, D.C., on long-planned annual leave from November 4, 2006 through November 12, 2006. Thus, we will be unable to file our reply by November 13, 2006.

The full enlargement of time requested is needed. Time is needed for legal research, and for completion of the draft brief. In addition, time is needed for review of the draft brief by counsel for the agency and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ David M. Cohen
DAVID M. COHEN
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 616-0856
Fax: (202) 514-7969

November 3, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 3, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier