IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR COSTS

Pursuant to RCFC 68, defendant, the United States, respectfully requests that the Court award $246 in costs to the United States.

On September 15, 2006, the United States served an offer of judgment in the amount of $919,672. A1-3.[1] On March 28, 2007, the Court entered judgment in this case in the amount of $919,672. Pursuant to RCFC 68, the United States is entitled to its costs incurred subsequent to September 15, 2006 because "the judgment finally obtained by the offeree is not more favorable than the offer." RCFC 68.

We have calculated our bill of costs based upon the assumption that the Clerk taxes $0.15 per page filed, and that five copies are taxable. Excluding our motion for an enlargement

---

1/ "A" refers to the appendix to this motion.

of time, we filed 328 pages electronically subsequent to September 15, 2006:

| | |
|---|---|
| Cross-motion for summary judgment | 52 |
| Supplemental appendix (October 2, 2006) | 221 |
| Proposed findings of fact | 4 |
| Response to plaintiff's proposed findings | 10 |
| Reply brief | 37 |
| Supplemental appendix filed with reply brief | 4 |
| TOTAL | 328 |

For these reasons, we respectfully request that the Court award $246 for costs to the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April __, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April __ 2007, a copy of the foregoing "DEFENDANT’S MOTION FOR COSTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier

A P P E N D I X

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
00

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OFFER OF JUDGMENT

Pursuant to RCFC 68, defendant, the United States, makes this offer of judgment, to allow judgment to be entered against defendant in the amount of $919,672, plus interest in accordance with 41 U.S.C. § 611, commencing from April 29, 2002 until paid, with each party to bear its own costs, fees and expenses.

Acceptance of this offer of judgment, and payment of the judgment, shall resolve all claims alleged in the complaint (including any portion of the claims alleged in the complaint which were also presented to another tribunal). By accepting this offer of judgment, plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"), agrees to the dismissal of the complaint, with prejudice. By accepting this offer of judgment, Jacobs further agrees that payment of the judgment in this case also satisfies the judgment of the Department Of Energy Board Of Contract Appeals against the United States in Jacobs Engineering Group,

Inc., EBCA No. C-0510394, dated January 31, 2006, in the amount of $72,176.83, plus interest.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 15, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of September 2006, I caused to be served by United States Mail (first class mail, postage prepaid) copies of "DEFENDANT'S OFFER OF JUDGMENT" addressed as follows:

Robert J. Symon
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036

Dawn A. Pettaway