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
00

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1500C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OFFER OF JUDGMENT

Pursuant to RCFC 68, defendant, the United States, makes this offer of judgment, to allow judgment to be entered against defendant in the amount of $919,672, plus interest in accordance with 41 U.S.C. § 611, commencing from April 29, 2002 until paid, with each party to bear its own costs, fees and expenses.

Acceptance of this offer of judgment, and payment of the judgment, shall resolve all claims alleged in the complaint (including any portion of the claims alleged in the complaint which were also presented to another tribunal). By accepting this offer of judgment, plaintiff, Jacobs Engineering Group, Inc. ("Jacobs"), agrees to the dismissal of the complaint, with prejudice. By accepting this offer of judgment, Jacobs further agrees that payment of the judgment in this case also satisfies the judgment of the Department Of Energy Board Of Contract Appeals against the United States in Jacobs Engineering Group,

Inc., EBCA No. C-0510394, dated January 31, 2006, in the amount of $72,176.83, plus interest.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 15, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of September 2006, I caused to be served by United States Mail (first class mail, postage prepaid) copies of "DEFENDANT'S OFFER OF JUDGMENT" addressed as follows:

Robert J. Symon
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036

Dawn A. Pettaway