#066405

ORIGINAL

# In The United States Court of Federal Claims

Case Number 02-1500C

FILED
MAR 12 2007
U.S. COURT OF
FEDERAL CLAIMS

Jacobs Engineering Group Inc., Plaintiff,

v.

The United States, Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Jacobs Engineering Group Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order on Motion and Cross-Motion for Summary Judgment entered in this action on March 26, 2007.

Dated: April 12, 2007

Robert J. Symon
Bradley Arant Rose & White, LLP
1133 Connecticut Ave., NW, 12th Floor
Washington, DC 20036
Tel: 202-719-8294
Fax: 202 – 719-8394

#89