No. 02-1500C
(Judge George W. Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JACOBS ENGINEERING GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR COSTS AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KATHRYN A. BLEECKER
Assistant Director

JAMES W. POIRIER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969
Attorneys for Defendant

April 18, 2007

# TABLE OF CONTENT

**PAGE**

TABLE OF AUTHORITIES .......................................... ii

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR COSTS AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS ........................................... 1

I. Rule 68 Mandates An Award Of Costs .................. 2

II. Rule 68 Applies Even After Liability Is Established ...................................... 3

III. There Is No "Attractive Offer" Requirement .......... 5

IV. The Motion For Sanctions Lacks Any Rational Basis ... 9

CONCLUSION .................................................. 11

# TABLE OF AUTHORITIES

## CASES

**PAGE(S)**

Delta Air Lines, Inc. v. August,
450 U.S. 346 (1981) ................................ **passim**

Prowest Diversified, Inc. v. United States,
40 Fed. Cl. 879 (1998) ............................... 6, 8

## STATUTES

28 U.S.C. § 2412(b) ....................................... 8

## RULES

Rule 11 ................................................ 10

Rule 68 ............................................... **passim**