**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Jacobs Engineering Group, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 02-1500C |
| | ) | (Judge George Miller) |
| The United States | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW ITS OPPOSITION TO DEFENDANT'S MOTION FOR COSTS AND PLAINTIFF'S REQUEST FOR SANCTIONS**

Now comes Plaintiff Jacobs Engineering Group, Inc., by counsel, and, in response to the issues raised in the Court's Order of April 20, 2007 respectfully moves to withdraw its Opposition to Defendant's Motion For Costs And Plaintiff's Request For Sanctions filed on April 12, 2007 (docket entry 88), and in support thereof respectfully states:

1. Plaintiff has agreed, under protest, to pay the costs requested by Defendant, subject to the express understanding that such payment does not constitute an admission of liability on the Plaintiff's part. Plaintiff has appealed the Court's judgment and does not want its acquiescence in paying those costs to be construed against Plaintiff during the Appeal.

2. While the methodology for paying those costs remains to be worked out between counsel, the basis for the motions filed relating to costs has been mooted and there are, accordingly, no more issues before the Court to be determined.

WHEREFORE, Plaintiff respectfully moves to withdraw its Opposition to Defendant's Motion For Costs And Plaintiff's Request For Sanctions filed on April 12, 2007 (docket entry 88).

April 24, 2007

Respectfully submitted,

/s Robert J. Symon

ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue NW
12th Floor
Washington, D.C. 20036
(202) 393-7150
Counsel of Record for Plaintiff
JACOBS ENGINEERING GROUP, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2007, a true and correct copy of the foregoing Plaintiff's Motion to Withdraw Its Opposition to Defendant's Motion for Costs and Plaintiff's Request for Sanctions was served by electronic delivery to:

James W. Poirier, Esq.
U.S. Department of Justice
1100 L St., NW, Eighth Floor
Washington, DC 20005
E-mail: James.Poirier@usdoj.gov

*Counsel for the United States*

/s Robert J. Symon
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel of Record for Plaintiff
JACOBS ENGINEERING GROUP, INC.