# In the United States Court of Federal Claims

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC., Plaintiff, | No. 02-1500 C |
| v. | Filed April 24, 2007 |
| THE UNITED STATES, Defendant. | |

## ORDER

Upon consideration of plaintiff's motion to withdraw its opposition to defendant's motion for costs and plaintiff's request for sanctions (docket entry 92), filed this date, the Court does hereby **ORDER** that plaintiff's motion to withdraw its opposition and request for sanctions (docket entry 88) is **GRANTED**. In addition, it is **FURTHER ORDERED** that, based on the representations made by counsel for plaintiff in plaintiff's motion to withdraw its opposition and request for sanctions, defendant's motion for costs (docket entry 87), filed April 4, 2007, is **DENIED** as moot, plaintiff having agreed to pay the costs sought by defendant's motion without prejudice to its position that it is not liable for such costs and that the Court's judgment entered March 28, 2007 (docket entry 86) should be reversed by the Court of Appeals for the Federal Circuit.

In view of the foregoing, the Court hereby **CANCELS** the briefing schedule set forth in its Order of April 20, 2007 (docket entry 91), and it also **CANCELS** the requirement set forth therein that the parties file a joint status report by noon on Wednesday, April 25, 2007.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge