United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 23, 2007

Robert J. Symon, Esq.

Bradley, Arant, Rose & White

1133 Connecticut Ave., NW

12th Floor

Washington, DC 20036

In re: Jacobs Engineering Group, Inc. v. United States, No. 02-1500 C

Dear Mr. Symon:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 4, 2007, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: James William Poirier, Esq., Dept. Of Justice