# EXHIBIT A

Case 1:02-cv-01500-GWM Document 86 Filed 03/28/2007 Page 1 of 1

# In the United States Court of Federal Claims

No. 02-1500 C

JACOBS ENGINEERING GROUP, INC.,

v.

THE UNITED STATES

JUDGMENT

Pursuant to the Published Opinion and Order, filed March 26, 2007, granting in part plaintiff's motion for summary judgment with respect to plaintiff's claim for additional costs, and denying in part the motion with respect to plaintiff's claim to recover a fee, and granting defendant's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $919,672.00, plus interest pursuant to 41 U.S.C. § 611 (2000), from April 29, 2002, until the date of payment. Payment by defendant of this judgment shall satisfy any obligation of defendant to make any payment to plaintiff as a result of the BCA Decision.

Brian Bishop
Clerk of Court

March 28, 2007 By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.