# EXHIBIT B

**From:** Poirier, James (CIV) [James.Poirier@usdoj.gov]
**Sent:** Friday, December 14, 2007 1:33 PM
**To:** Symon, Robert J.
**Cc:** Pozefsky, Steven A.; Thomas Russial
**Subject:** RE: Jacobs/Morgantown
**Attachments:** NAB Opinion.pdf

Payments of judgments against the United States only may be made with respect to final judgments, partial or otherwise. 28 U.S.C. § 2517; see also 31 U.S.C. § 1304 (requiring "final judgment" for payment from Judgment Fund).

---

**From:** Panepinto, Catherine M. [mailto:cpanepinto@bradleyarant.com] **On Behalf Of** Symon, Robert J.
**Sent:** Thursday, December 13, 2007 7:30 PM
**To:** Poirier, James (CIV)
**Cc:** Symon, Robert J.; Pozefsky, Steven A.
**Subject:** Jacobs/Morgantown

Jim:

As you are aware, Jacobs Engineering ("Jacobs") obtained a judgment from the Court of Federal Claims' in *Jacobs Engineering v. U.S.* (02-1500C) in the amount of $919,672 plus CDA interest. This was more than eight (8) months ago and the Government has not paid it. It is my understanding that the Government refuses to pay until the appeal related to the issue is resolved. We do not believe Jacobs is required to wait for resolution of the appeal to get paid, nor is such conduct prudent action by the Government given the fact that interest is accruing daily on the judgment.

Accordingly, please be advised that Jacobs intends to file a motion next week seeking to enforce payment of the judgment. If you have other thoughts on how this matter can be resolved short of involving the assistance of the Court, I am happy to listen.

Regards, Bob

**Robert J. Symon, Esq.**
**Bradley Arant Rose & White LLP**
**1133 Connecticut Avenue, N.W.**
**12th Floor**
**Washington, D.C. 20036**
**(202) 719-8294 - Phone**
**(202) 719-8394 - Direct Fax**

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.