# In the United States Court of Federal Claims

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC., Plaintiff, | No. 02-1500 C |
| v. | Filed January 3, 2008 |
| THE UNITED STATES, Defendant. | |

**ORDER**

On December 20, 2007, plaintiff filed a motion for a designation of partial final judgment with respect to $919,672 award plus interest and an order directing the United States to pay such judgment (docket entry 95). On January 2, 2008, defendant filed a motion for leave to file a response to the motion (docket entry 96). Defendant stated that its response may aid the Court in addressing plaintiff's motion.

In light of the foregoing, defendant's motion for leave to file a response to plaintiff's motion is hereby GRANTED. The Court has already received defendant's response, filed as an attachment to its motion for leave to file a response (*see* docket entry 96-2), and therefore no additional filing is required.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge