# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

FILED
APR 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**2007-5103 - JACOBS ENGINEERING V US**

**Date of docketing:** 04/18/2007

**Appeal from:** United States Court of Federal Claims case no. 02-CV-1500

**Appellant(s):** JACOBS ENGINEERING GROUP, INC.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Robert J. Symon
James W. Poirier

2007-5103

# In the United States Court of Federal Claims

## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 18 2007
JAN HORBALY
CLERK

RECEIVED
2007 APR 13 AM 11:25
US COURT OF APPEALS FEDERAL CIRCUIT

**Judge George W. Miller**

**Nature of Suit: 104**

**Type of Case**: Contract - Lease (CDA)

JACOBS ENGINEERING GROUP, INC.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 02-1500 C.

**Cross or Related?** No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: March 28, 2007.

**Notice of Cross Appeal**: April 12, 2007.

15

**Fee**: $455.00.

***See Docket Sheet for Plaintiff and Defendant attorney information***.