**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACOBS ENGINEERING GROUP INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1500C<br>(Judge George W. Miller) |

**JACOBS ENGINEERING GROUP INC.'S MOTION TO WITHDRAW ITS MOTION FOR A DESIGNATION OF PARTIAL FINAL JUDGMENT WITH RESPECT TO $919,672 AWARD PLUS INTEREST AND AN ORDER DIRECTING THE UNITED STATES TO PAY SUCH JUDGMENT**

Plaintiff Jacobs Engineering Group, Inc., by counsel, hereby moves to withdraw its Motion for a Designation of Partial Final Judgment with Respect to $919,672 Award Plus Interest and an Order Directing The United States to Pay Such Judgment filed on December 20, 2007 (docket entry 95).

February 12, 2008

Respectfully submitted,

/s/ Robert J. Symon

ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue NW
12th Floor
Washington, D.C. 20036
(202) 393-7150
Counsel of Record for Plaintiff
JACOBS ENGINEERING GROUP, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 12th day of February 2008, via electronic mail, to the following:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Fax: (202) 514-7969

/s/ Robert J. Symon
Robert J. Symon