ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5103

JACOBS ENGINEERING GROUP, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Robert J. Symon, Bradley Arant Rose & White LLP, of Washington, DC, argued for plaintiff-appellant.

James W. Poirier, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge George W. Miller

ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5103

JACOBS ENGINEERING GROUP, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 02-CV-1500.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, BRYSON and GAJARSA, Circuit Judges):

#101

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: FEB - 6 2008

Jan Horbaly, Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FEB - 6 2008
JAN HORBALY
CLERK

Issued as Mandate: MAR 31 2008
COSTS:
Printing.................................... $ 378.00
Total.............................. $ 378.00

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: ________ Date: 3/31/08

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2007-5103 Caption: JACOBS ENGINEERING GROUP, INC. v. THE UNITED STATES

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT FEB 15 2008 JAN HORBALY CLERK

RECEIVED FEB 15 2008 United States Court of Appeals For The Federal Circuit

Clerk is requested to tax the following costs against: JACOBS ENGINEERING GROUP, PLAINTIFF-APPELLANT

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 5 | 6.00 | 6.00 | 30.00 | -30.00 |
| Table or Compilation of Designated Materials (copying and collating) | 16 | 5 | 0.08 | 0.08 | 6.40 | -6.40 |
| Brief (original) | xxxxx | 43 | 6.00 | 6.00 | 258.00 | -258.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | -32.00 |
| Brief (copying and collating) | 15 | 43 | 0.08 | 0.08 | 51.60 | -51.60 |
| Appendix (original-table of contents) | xxxxx | N/A | N/A | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS STIPULATED | | | | | $378.00 | -378.00 |

3/31/08

City/County of Washington ) District/State of Columbia ) SS

I, James W. Poirier swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.

Signature: [signature] Date: February 14 2008 Attorney for: Defendant-Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: [signature] Date: 3/31/08

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this **15th** day of February 2008, I caused to be served by United States mail (first-class mail, postage prepaid) copies of "BILL OF COST" addressed as follows:

Robert J. Symon, Esq.
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036

Ena M. Goddard